Robert H. Tyler, Esq., CA Bar No. 179572
rtyler@faith-freedom.com
Nada Higuera, State Bar No. 299819
nhiguera@faith-freedom.com
Mariah Gondeiro, State Bar No. 323683
mgondeiro@faith-freedom.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone:     (951) 600-2733
Facsimile:      (951) 600-4996

Attorneys for **Plaintiffs**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **UNIFYSCC,** an unincorporated California association on behalf of employees in Santa Clara County; **TOM DAVIS,** an individual; and **MARIA RAMIREZ,** an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>**SARA H. CODY,** in her official capacity as the Santa Clara County Public Health Officer; **JAMES WILLIAMS,** in his official capacity as the County Counsel of Santa Clara County; **JEFFREY SMITH,** in his official capacity as the County Executive of Santa Clara County; and **SANTA CLARA COUNTY**;<br><br>Defendants. | Case No. 5:22-cv-01019-SVK<br><br>*[Honorable Beth L. Freeman]*<br><br>**DECLARATION OF MARIAH GONDEIRO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     June 23, 2022<br>Time:    9:00 a.m.<br>Courtroom: 3 |

I, Mariah Gondeiro, declare as follows:

1. I am an attorney duly licensed in the State of California and represent the interests of Plaintiffs Unify Santa Clara County, Tom Davis, and Maria Ramirez (collectively, "Plaintiffs"). I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the matters set forth below and could and would testify competently to them if called upon to do so.

1

**DECLARATION OF MARIAH GONDEIRO**

2. On or around December 17, 2021, I was retained to represent the interests of Plaintiffs.

3. On or around the beginning of February 2022, I became aware of how Santa Clara County (the "County") implements its vaccination orders and policies. For instance, I was aware of emails, attached as **Exhibits E-F** to the Complaint (ECF No. 1), revealing that the County prioritizes medical exemptions over religious exemptions.

4. On February 28, 2022, I informed Defendants' counsel, Jose Martinez, via phone, that Plaintiffs intended to file a motion for temporary restraining order and order to show cause on the basis that defendants' vaccine orders and policies violated the Free Exercise Clause and Equal Protection Clause. I also informed counsel that the First Amendment violations amounted to irreparable harm.

5. On March 2, 2022, I spoke with Defendants' counsel, via phone, and informed him that Plaintiffs intended to file a motion for temporary restraining order and order to show cause the following day, March 3, 2022. Again, I reiterated the Plaintiffs basis for bringing the motion – namely – the violation of the First Amendment and Fourteenth Amendment.

6. On March 8, 2022, the Court denied Plaintiffs' motion for temporary restraining order but ordered Defendants to show cause on June 23, 2022 why they should not be preliminary enjoined. ECF No. 25. The Court also stated Plaintiffs shall file their motion for preliminary injunction no later than April 1, 2022. *Id.*

7. In addition to the notice provided in the Court's order, I reached out to Defendants' counsel on March 30, 2022 to confirm Plaintiffs were filing a motion for preliminary injunction on April 1, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 1, 2022.

_____
Mariah Gondeiro

2
**DECLARATION OF MARIAH GONDEIRO**