JAMES R. WILLIAMS, County Counsel (S.B. #271253)
BRYAN K. ANDERSON, Deputy County Counsel (S.B. #170666)
JOSÉ L. MARTINEZ, Deputy County Counsel (S.B. #318540)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
bryan.anderson@cco.sccgov.org
jose.martinez@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, SARA H. CODY,
JAMES WILLIAMS, AND JEFFREY SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San José Division)

| | |
|---|---|
| UNIFYSCC, an unincorporated California association on behalf of employees in Santa Clara County; TOM DAVIS, an individual; and MARIA RAMIREZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SARA H. CODY, in her official capacity as the Santa Clara County Public Health Officer; JAMES WILLIAMS, in her official capacity as the County Counsel of Santa Clara County; JEFFREY SMITH, in her official capacity as the County Executive of Santa Clara County; and SANTA CLARA COUNTY,<br><br>Defendants. | No. 22-CV-01019 BLF<br><br>**DECLARATION OF JOSÉ L. MARTINEZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   June 23, 2022<br>Time:   9:00 a.m.<br>Ctrm:   3<br>Judge:  The Honorable Beth Labson Freeman |

I, JOSÉ L. MARTINEZ, declare as follows:

1.  I have personal knowledge of the following facts, and if called to testify as to those facts, could and would do so competently.

2.  Since 2020, I have worked as an attorney for the Office of the County Counsel for the County of Santa Clara. I am a Deputy County Counsel and am one of the attorneys assigned to the

1

above-captioned case, and represent Defendants County of Santa Clara ("County"), Sara H. Cody, James Williams, and Jeffrey Smith.

3.      On December 22, 2021, counsel for Plaintiffs sent a letter to County officials objecting to the County's employee vaccination requirement and warning that they would "take legal action to protect the rights of Unify SCC if the County employees' employment is not immediately restored and they are reimbursed for all lost wages." A true and correct copy of Plaintiffs' letter is attached as **Exhibit 1**.

4.      On April 18, 2022, I emailed Mariah Gondeiro, counsel for Plaintiffs, and requested the right-to-sue letters Plaintiffs received from the Equal Employment Opportunity Commission (EEOC) and the California Department of Fair Employment and Housing (DFEH). In response, Ms. Gondeiro provided me with the DFEH right-to-sue letter. As to my request for the EEOC right-to-sue letter, Ms. Gondeiro noted only that Plaintiffs have a meeting scheduled with the EEOC on May 3, 2022. She did not provide me with a right-to-sue letter from the EEOC. A true and correct copy of the foregoing email correspondence is attached as **Exhibit 2**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 29, 2022 at San José, California.

                                                                            /s/ José L. Martinez
                                                                            JOSÉ L. MARTINEZ

2620974

# EXHIBIT 1



**REPLY TO:**

| | |
|---|---|
| **Riverside County Office:** | Orange County Office: |
| **25026 Las Brisas Road** | 17875 Von Karman Avenue, #150 |
| **Murrieta, California 92562** | Irvine, California 92614 |
| **Telephone:  (951) 600-2733** | Telephone: (714) 978-2060 |
| **Facsimile:   (951) 600-4996** | Facsimile:  (714) 922-8241 |

December 22, 2021

**Email:** matthew.cottrell@esa.sccgov.org
robert.coelho@cco.sccgov.org
county.counsel@cco.sccgov.org

Jeffrey v. Smith
Matthew Cottrell
Office of the County Executive
70 West Hedding Street
East Wing, 11th Floor
San Jose, California 95110

James Williams
Office of the County Counsel
70 West Hedding Street
East Wing, 9th Floor
San Jose, California 95110

*Re:     County Vaccination Exemption Reasonable Accommodation Process*

Dear County Counsel James Williams and County Executive Jeffrey Smith:

Advocates for Faith and Freedom is a nonprofit public interest law firm that promotes and defends religious liberty through litigation and education.  We presently represent the interests of Unify Santa Clara County ("Unify SCC"), an unincorporated association, which is made up of at least 35 county employees.

In response to Santa Clara County's ("County") vaccination accommodation process, we are writing to ensure that you are aware of your legal obligation to provide religious accommodations in good faith.

**Summary of Law**

When an employee has a bona fide religious belief (that the employer is aware of) that conflicts with an employment policy, the employer must provide a reasonable accommodation of that belief if such an accommodation is possible without incurring undue hardship.  *Ansonia Bd. of Ed. v. Philbrook,* 479 U.S. 60, 66 (1986). An undue hardship is "more than a de minimis cost" to the operation of the employer's business. The EEOC recommends that "the employer should ordinarily assume that an employee's request for religious accommodation is based on a sincerely

mgondeiro@tylerbursch.com

held religious belief." **Failure to adhere to Title VII may result in the employer facing a federal lawsuit against the employer for damages and/or equitable relief.**

Under California's FEHA, an employer requiring employees to receive an FDA-approved vaccination against COVID-19 infection must not discriminate against, harass employees, or job applicants on the basis of a protected characteristic, provide reasonable accommodations related to disability or sincerely held religious beliefs or practices, and must not retaliate against anyone for engaging in protected activity (such as requesting a reasonable accommodation). Specifically, FEHA requires employers to reasonably accommodate employees with a known disability or sincerely held religious belief or practice that prevents them from being vaccinated against COVID-19, as well as prohibits employers from retaliating against anyone for engaging in protected activity.

We have been informed that the County is willing to accept requests for accommodation. However, we have also been informed that the County created a risk tier system that places employees into the category of low risk, intermediate risk, or high risk. The majority of employees who we represent in Unify SCC were placed in high risk and relegated to unpaid leave due to their unwillingness to take the COVID-19 vaccine. Stripping someone of their livelihood for failure to comply with the vaccination mandate is not a reasonable accommodation.

Furthermore, the County's vaccination policy is in violation of the Free Exercise Clause. A policy that forces a person to choose between observing her religious beliefs and receiving a generally available government benefit for which she is otherwise qualified burdens her free exercise rights. *See Fulton v. City of Phila.*, 141 S. Ct. 1868, 1876 (2021). The reason is simple: denying a person "an equal share of the rights, benefits, and privileges enjoyed by other citizens" because of her faith discourages religious activity. *Lyng v. Nw. Indian Cemetery Protective Ass'n*, 485 U.S. 439, 449 (1988).

Of course, not every burden on the free exercise of religion is unconstitutional. A policy that provides a "mechanism for individualized exemptions", as is the case here, is not generally applicable. *Fulton*, 141 S. Ct. at 1877 (citation omitted). For instance, the Sixth Circuit Court of Appeals affirmed a preliminary injunction in favor of student athletes who refused to take the COVID-19 vaccine and were thereafter denied a reasonable accommodation for their religious beliefs. *See Dahl v. Bd. of Trustees of W. Mich. Univ.*, No. 21-2945, 2021 WL 4618519 (6th Cir. Oct. 7, 2021). Conditioning the County employees' right to earn a living on their willingness to abandon their sincere religious beliefs is a violation of the Free Exercise Clause.

The County's vaccine procedure also violates the Fourteenth Amendment's equal protection of the laws. All employees in the low risk or intermediate risk tiers that seek a religious accommodation can maintain their employment if they wear a surgical mask or more protective mask and test weekly. In other words, the County treats employees who request a religious accommodation differently than vaccinated employees. The County cannot treat unvaccinated employees differently because they sought to exercise their religious rights.

Advocates for Faith and Freedom is monitoring this matter very closely and will take legal action to protect the rights of Unify SCC if the County employees' employment is not immediately restored and they are reimbursed for all lost wages.

Sincerely,

**ADVOCATES FOR FAITH & FREEDOM**


Mariah Gondeiro

# EXHIBIT 2

| | |
|---|---|
| **From:** | Mariah Gondeiro - Advocates |
| **To:** | Martinez, Jose; Mariah Gondeiro - Advocates |
| **Cc:** | Sue Kenney; Shelly Padilla; Robert Tyler; Nada Higuera; Anderson, Bryan |
| **Subject:** | [EXTERNAL] RE: Unify SCC |
| **Date:** | Monday, April 18, 2022 5:28:02 PM |
| **Attachments:** | image001.png |
| | image002.jpg |
| | Record of Scheduled Call with EEOC.png |
| | Right to Sue Letter and Complaint with DFEH.pdf |

Hello Jose – Attached is the right to sue letter from the Department of Fair Employment and Housing. We have a meeting with the EEOC on May 3, 2022. Do the Defendants plan to file a motion to dismiss?

Mariah

**From:** Martinez, Jose <jose.martinez@cco.sccgov.org>
**Sent:** Monday, April 18, 2022 4:20 PM
**To:** Mariah Gondeiro - Advocates <mgondeiro@faith-freedom.com>
**Cc:** Sue Kenney <skenney@tylerbursch.com>; Shelly Padilla <SPadilla@tylerbursch.com>; Robert Tyler <rtyler@tylerbursch.com>; Nada Higuera <NHiguera@tylerbursch.com>; Anderson, Bryan <bryan.anderson@cco.sccgov.org>
**Subject:** RE: Unify SCC

Mariah –

I hope you're well. Would you please provide us with the right-to-sue letters Plaintiffs received from the Equal Employment Opportunity Commission and the California Department of Fair Employment and Housing?

Thank you.

Best,
José



**José L. Martinez** | Deputy County Counsel
Office of the County Counsel, County of Santa Clara

70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-9046 | Mobile: (669) 309-3196 | Pronouns: he/him/his
jose.martinez@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited.  Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.

**From:** Mariah Gondeiro - Advocates <mgondeiro@faith-freedom.com>
**Sent:** Wednesday, March 30, 2022 2:15 PM
**To:** Mariah Gondeiro - Advocates <mgondeiro@faith-freedom.com>; Martinez, Jose

<jose.martinez@cco.sccgov.org>
**Cc:** Sue Kenney <skenney@tylerbursch.com>; Shelly Padilla <SPadilla@tylerbursch.com>; Robert Tyler <rtyler@tylerbursch.com>; Nada Higuera <NHiguera@tylerbursch.com>; Anderson, Bryan <bryan.anderson@cco.sccgov.org>
**Subject:** [EXTERNAL] RE: Unify SCC

Jose,

This email is to confirm that Plaintiffs do intend to file a motion for preliminary injunction pursuant to the Court's order denying the temporary restraining order. We intend to raise the same issues previously discussed. Please let me know if you have any questions.

Mariah

---

**From:** Mariah Gondeiro - Advocates <mgondeiro@faith-freedom.com>
**Sent:** Thursday, March 3, 2022 11:57 AM
**To:** Martinez, Jose <jose.martinez@cco.sccgov.org>; Mariah Gondeiro - Advocates <mgondeiro@faith-freedom.com>
**Cc:** Sue Kenney <skenney@tylerbursch.com>; Shelly Padilla <SPadilla@tylerbursch.com>; Robert Tyler <rtyler@tylerbursch.com>; Nada Higuera <NHiguera@tylerbursch.com>; Anderson, Bryan <bryan.anderson@cco.sccgov.org>
**Subject:** RE: Unify SCC

Jose,

Attached are the documents that were filed today regarding Plaintiffs' Motion for TRO and Order to Show Cause. Please let me know by the end of the day tomorrow whether you will stipulate to expedite the hearing date. Otherwise, I will have to prepare a motion over the weekend to file by Monday.

Mariah

---

**From:** Martinez, Jose <jose.martinez@cco.sccgov.org>
**Sent:** Wednesday, March 2, 2022 1:32 PM
**To:** Mariah Gondeiro - Advocates <mgondeiro@faith-freedom.com>
**Cc:** Sue Kenney <skenney@tylerbursch.com>; Shelly Padilla <SPadilla@tylerbursch.com>; Robert Tyler <rtyler@tylerbursch.com>; Nada Higuera <NHiguera@tylerbursch.com>; Anderson, Bryan <bryan.anderson@cco.sccgov.org>
**Subject:** RE: Unify SCC

Mariah –

Thank you for your email and for speaking with me just now.  I've added my colleague Bryan Anderson to this email; please include him on all case correspondence going forward as well.

As discussed, Defendants cannot agree to stipulate to a hearing date on your application for a TRO before reviewing the papers.  Once we review your filing, we can be in touch.

Best,
José



**José L. Martinez** | Deputy County Counsel
Office of the County Counsel, County of Santa Clara

70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-9046 | Mobile: (669) 309-3196 | he/him/his
jose.martinez@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited.  Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.

**From:** Mariah Gondeiro - Advocates <mgondeiro@faith-freedom.com>
**Sent:** Wednesday, March 2, 2022 10:02 AM
**To:** Martinez, Jose <jose.martinez@cco.sccgov.org>
**Cc:** Sue Kenney <skenney@tylerbursch.com>; Shelly Padilla <SPadilla@tylerbursch.com>; Robert Tyler <rtyler@tylerbursch.com>; Nada Higuera <NHiguera@tylerbursch.com>
**Subject:** [EXTERNAL] Unify SCC

Hi Jose – Thank you for taking the call. As I stated over the phone, we intend to file our motion for TRO and order to show cause tomorrow. We would like a response from you today whether you will agree to advance the hearing date from June to April, at the latest. Also, if there is any chance we can enter an agreement whereby the county will agree to lift their vaccine policies and orders and allow the employees to go back to work, let me know soon.

Mariah

## Mariah Gondeiro
Litigation Counsel



Donate: www.faith-freedom.com

25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 600-2733 | Facsimile:  (951) 600-4996
mgondeiro@faith-freedom.com

**Your Name:** Unify Santa Clara County
**Your E-Mail:** tbflight313@yahoo.com
**Your Phone Number:** (406) 899-0927
**Interpreter/Language:** No interpreter needed
**Additional Information:**

**Appointment Code:** 556-2022-00297
**Appointment Date:** Tuesday, 05/03/2022
**Appointment Time:** 08:00 AM (Time Zone: Pacific)
**Appointment Office:** San Jose
**Office Address:** 96 North Third Street, Suite 250; San Jose, CA 95112
**What type of interview :** Phone

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency    GAVIN NEWSOM, GOVERNOR
**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**    KEVIN KISH, DIRECTOR
2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
(800) 884-1684 (Voice) I (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov I Email: contact.center@dfeh.ca.gov

January 10, 2022

Unify Santa Clara County
25026 Las Brisas Rd
Murrieta, CA 92562

RE:    **Notice to Complainant**
        DFEH Matter Number: 202201-15823611
        Right to Sue: Santa Clara County / Santa Clara County

Dear Unify Santa Clara County:

Attached is a copy of your complaint of discrimination filed with the Department of Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq. Also attached is a copy of your Notice of Case Closure and Right to Sue.

**Pursuant to Government Code section 12962, DFEH will not serve these documents on the employer.** You must serve the complaint separately, to all named respondents. If you do not have an attorney, you must serve the complaint yourself. Please refer to the attached Notice of Case Closure and Right to Sue for information regarding filing a private lawsuit in the State of California. A courtesy "Notice of Filing of Discrimination Complaint" is attached for your convenience.

Be advised that the DFEH does not review or edit the complaint form to ensure that it meets procedural or statutory requirements.

Sincerely,


Department of Fair Employment and Housing

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency  GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**  KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
(800) 884-1684 (Voice) I (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov I Email: contact.center@dfeh.ca.gov

January 10, 2022

RE: **Notice of Filing of Discrimination Complaint**
DFEH Matter Number: 202201-15823611
Right to Sue: Santa Clara County / Santa Clara County

To All Respondent(s):

Enclosed is a copy of a complaint of discrimination that has been filed with the Department of Fair Employment and Housing (DFEH) in accordance with Government Code section 12960. This constitutes service of the complaint pursuant to Government Code section 12962. The complainant has requested an authorization to file a lawsuit. A copy of the Notice of Case Closure and Right to Sue is enclosed for your records.

This matter may qualify for DFEH's Small Employer Family Leave Mediation Pilot Program. Under this program, established under Government Code section 12945.21, a small employer with 5 -19 employees, charged with violation of the California Family Rights Act, Government Code section 12945.2, has the right to participate in DFEH's free mediation program. Under this program both the employee requesting an immediate right to sue and the employer charged with the violation may request that all parties participate in DFEH's free mediation program. The employee is required to contact the Department's Dispute Resolution Division prior to filing a civil action and must also indicate whether they are requesting mediation.  The employee is prohibited from filing a civil action unless the Department does not initiate mediation within the time period specified in section 12945.21, subdivision (b) (4), or until the mediation is complete or is unsuccessful. The employee's statute of limitations to file a civil action, including for all related claims not arising under section 12945.2, is tolled from the date the employee contacts the Department regarding the intent to pursue legal action until the mediation is complete or is unsuccessful. You may contact DFEH's Small Employer Family Leave Mediation Pilot Program by emailing DRDOnlinerequests@dfeh.ca.gov and include the DFEH matter number indicated on the Right to Sue notice.

Please refer to the attached complaint for a list of all respondent(s) and their contact information.

No response to DFEH is requested or required.

Sincerely,

Form 0T_157EAC345513 (Revised 12/21)                                                                            DFEH-ENF 80 RS

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING** KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
(800) 884-1684 (Voice) I (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov I Email: contact.center@dfeh.ca.gov

Department of Fair Employment and Housing



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency     GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**     KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
(800) 884-1684 (Voice) I (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov I Email: contact.center@dfeh.ca.gov

January 10, 2022

Unify Santa Clara County
25026 Las Brisas Rd
Murrieta, CA 92562

RE:  **Notice of Case Closure and Right to Sue**
DFEH Matter Number: 202201-15823611
Right to Sue: Santa Clara County / Santa Clara County

Dear Unify Santa Clara County:

This letter informs you that the above-referenced complaint filed with the Department of Fair Employment and Housing (DFEH) has been closed effective January 10, 2022 because an immediate Right to Sue notice was requested.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

This matter may qualify for DFEH's Small Employer Family Leave Mediation Pilot Program. Under this program, established under Government Code section 12945.21, a small employer with 5 -19 employees, charged with violation of the California Family Rights Act, Government Code section 12945.2, has the right to participate in DFEH's free mediation program. Under this program both the employee requesting an immediate right to sue and the employer charged with the violation may request that all parties participate in DFEH's free mediation program. The employee is required to contact the Department's Dispute Resolution Division prior to filing a civil action and must also indicate whether they are requesting mediation. The employee is prohibited from filing a civil action unless the Department does not initiate mediation within the time period specified in section 12945.21, subdivision (b) (4), or until the mediation is complete or is unsuccessful. The employee's statute of limitations to file a civil action, including for all related claims not arising under section 12945.2, is tolled from the date the employee contacts the Department regarding the intent to pursue legal action until the mediation is complete or is unsuccessful. Contact DFEH's Small Employer Family Leave Mediation Pilot Program by emailing DRDOnlinerequests@dfeh.ca.gov and include the DFEH matter number indicated on the Right to Sue notice.

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                                    GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                        KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
(800) 884-1684 (Voice) I (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov I Email: contact.center@dfeh.ca.gov

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this DFEH Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Department of Fair Employment and Housing

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
Under the California Fair Employment and Housing Act
(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**

Unify Santa Clara County                                         DFEH No. 202201-15823611

                                  Complainant,

vs.

Santa Clara County
70 West Hedding Street East Wing, 9th Floor
San Jose, CA 95110

                                  Respondents
_____

**1.** Respondent **Santa Clara County** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

**2**. Complainant **Unify Santa Clara County**, resides in the City of **Murrieta,** State of **CA.**

**3**. Complainant alleges that on or about **January 10, 2022**, respondent took the following adverse actions:

**Complainant was discriminated against** because of complainant's religious creed - includes dress and grooming practices and as a result of the discrimination was denied accommodation for religious beliefs.

**Additional Complaint Details:** Under California's FEHA, an employer requiring employees to receive an FDA-approved vaccination against COVID-19 infection must not discriminate against, harass employees, or job applicants on the basis of a protected characteristic, provide reasonable accommodations related to disability or sincerely held religious beliefs or practices, and must not retaliate against anyone for engaging in protected activity (such as requesting a reasonable accommodation). Specifically, FEHA requires employers to reasonably accommodate employees with a known disability or sincerely held religious belief or practice that prevents them from being vaccinated against COVID-19, as well as prohibits employers from retaliating against anyone for engaging in protected activity.

-1-
*Complaint – DFEH No. 202201-15823611*

Date Filed: January 10, 2022

Form 0T_157EAC345513 (Revised 12/21)                                                          DFEH-ENF 80 RS

1  We have been informed that the County is willing to accept requests for accommodation.
2  However, we have also been informed that the County created a risk tier system that places
   employees into the category of low risk, intermediate risk, or high risk. The majority of
3  employees who we represent in Unify SCC were placed in high risk and relegated to unpaid
   leave due to their unwillingness to take the COVID-19 vaccine. Stripping someone of their
4  livelihood for failure to comply with the vaccination mandate is not a reasonable
   accommodation.

-2-
*Complaint – DFEH No. 202201-15823611*

Date Filed: January 10, 2022

Form 0T_157EAC345513 (Revised 12/21)                                              DFEH-ENF 80 RS

1  VERIFICATION

2  I, **Tony Black**, am the **Attorney** in the above-entitled complaint.  I have read the
3  foregoing complaint and know the contents thereof.  The matters alleged are based on information and belief, which I believe to be true.
4
5  On January 10, 2022, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6                                                                                                                    **Murrieta, CA**

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26                                                             -3-
                                       *Complaint – DFEH No. 202201-15823611*
27
    Date Filed: January 10, 2022
28

Form 0T_157EAC345513 (Revised 12/21)                                              DFEH-ENF 80 RS