JAMES R. WILLIAMS, County Counsel (S.B. #271253)
BRYAN K. ANDERSON, Deputy County Counsel (S.B. #170666)
JOSÉ L. MARTINEZ, Deputy County Counsel (S.B. #318540)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
bryan.anderson@cco.sccgov.org
jose.martinez@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, SARA H. CODY,
JAMES WILLIAMS, and JEFFREY SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San José Division)

| | |
|---|---|
| UNIFYSCC, an unincorporated California association on behalf of employees in Santa Clara County; TOM DAVIS, an individual; and MARIA RAMIREZ, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SARA H. CODY, in her official capacity as the Santa Clara County Public Health Officer; JAMES WILLIAMS, in his official capacity as the County Counsel of Santa Clara County; JEFFREY SMITH, in his official capacity as the County Executive of Santa Clara County; and SANTA CLARA COUNTY,<br><br>　　　　　Defendants. | No. 22-CV-01019 BLF<br><br>**DECLARATION OF LINDOLFO ORTEGA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　　June 23, 2022<br>Time:　　9:00 a.m.<br>Ctrm:　　3<br>Judge:　　The Honorable Beth Labson Freeman |

I, LINDOLFO ORTEGA, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am employed by the County of Santa Clara as Deputy Director of Building Operations for the Facilities and Fleets Department (FAF). I have worked at the County since July 1990.

3.      The Building Operations division of FAF provides maintenance for most County facilities. To perform these services, Building Operations employs a variety of staff, including but not limited to, heating, ventilation, and air conditioning/refrigeration (HVAC/R) mechanics, plumbers, electricians, elevator mechanics, janitors, general maintenance mechanics, and gardeners. I manage and oversee the seven units (Trades, Custodial, Grounds, Support, Logistics, Utility & Energy, and Administration) of Building Operations.

4.      Plaintiff Tom Davis is a HVAC/R Mechanics who has been employed by the County of Santa Clara since 2018.  Since 2020, the Buildings Operations division has had a staff of between 13 and 16 HVAC/R Mechanics.

5.      During the COVID-19 pandemic, the County implemented guidance from the Public Health Department to identify County facilities that presented a high risk with respect to infection and the vulnerability of populations served by the facilities.  Such high-risk facilities include the County's hospitals and clinics, jail facilities, shelters, and other congregate settings.  These high-risk facilities normally operate extended hours and days, with some facilities, such as the jails and hospitals, operate every day and at all hours.  As a result, such facilities often require services during off hours.

6.      HVAC/R Mechanics, as with other FAF trades such as plumbers and electricians, are required to rotate on-call duties and must respond to off-hours service requests, including such requests from high-risk facilities including the hospitals, clinics, and jail facilities.  Rotations also apply to regular shift assignments at the jail facilities.  Assigned staff report to and work at these jail facilities every workday.

7.      Our HVAC/R Mechanics are required to maintain, troubleshoot, and repair heating, ventilation, and air conditioning (HVAC) systems that supply conditioned air to occupiable spaces at jail and clinic facilities.  They are often required to walk through occupied interior spaces of these facilities to access roofs or interior mechanical rooms.  They also must enter occupiable spaces to perform work such as inspecting/installing/replacing/programming/calibrating thermostats and air flow, pressure, and humidity sensors used to regulate air supply and temperature; perform air flow measurements to determine air volume adequacy; inspect and repair variable air volume boxes to

2

1  ensure air flow and temperature are properly regulated; perform major repairs on integrated building

2  temperature control panels; and replace and repair solenoid valves and Direct Digital Controls

3  (DDC) on Energy Management Systems (EMS).

4         8.    Our trades staff require a greater level of attention and care when working in high-

5  risk facilities as they must always be aware of their surroundings for safety, health, and security

6  reasons.  In general, our trades staff have expressed a preference to avoid working in these areas

7  because of the added burden.

8         9.    High risk facilities represent 61% of HVAC/R Mechanic work assignments on

9  average since 2020.  Mr. Davis worked a total of 1,853 hours in high-risk facilities in 2020 and

10  2021, accounting for 58% of his total work hours.

11       10.    Attached as **Exhibit 1** is a true and correct copy of an August 21, 2021, email from

12  the County's Equal Opportunity Division (EOD) to Mr. Davis on which I was copied, and which

13  informed Mr. Davis that his request for religious exemption had been received.

14       11.    Attached as **Exhibit 2** is a true and correct copy of a November 2, 2021, letter from

15  Jeff Draper, Director of FAF, to Mr. Davis advising him that his requested religious exemption to

16  the County's COVID-19 vaccination mandate had been provisionally granted.

17       12.    Mr. Draper's November 2, 2021, letter further advised Mr. Davis that—based on his

18  status as not fully vaccinated and the significant COVID-19 health and safety risks in his current

19  position, job duties, and work environment—the County could not safely accommodate him in his

20  current role and he would be placed on administrative leave.  Mr. Davis was also informed that he

21  may apply his applicable leave banks to his leave of absence, after which his leave would be unpaid.

22       13.    Mr. Draper's November 2, 2021 letter further advised that the Department would

23  meet with Mr. Davis to determine whether there was a reasonable accommodation that would allow

24  him to continue working for the Department, such as a reassignment, transfer, or application for an

25  alternate low risk or intermediate risk position.  Mr. Davis was also told that reassignments and

26  transfer opportunities in the Department were very limited.  Mr. Davis was also informed that if he

27  was able to be reassigned to or selected for an alternate position while on administrative leave, he

28  would be returned to paid status.

3

14.     Mr. Draper's November 2, 2021 letter further advised Mr. Davis that if the Department was unable to reassign or accommodate him in a low risk or intermediate risk position, he would be referred to EOD for potential placement elsewhere in the County in an open position for which he meets the minimum qualifications.  He was also advised that the County anticipated that placement opportunities would be limited given the number of personnel who may also be seeking such opportunities outside their departments.

15.     I met with Mr. Davis on November 16, 2021.  During this meeting I explained to Mr. Davis that his job duties as a HVAC/R Mechanic could not exclude high-risk facilities given the service demand of the high-risk facilities, the lack of staffing to meet such demand, and equity considerations with non-exempt HVAC/R Mechanics concerning work assignments.  I also discussed possible re-assignment or transfer by Mr. Davis to a low risk or intermediate risk position in the Department and shared with him a listing of currently open positions.  I also discussed with him the opportunity to work with the County's dedicated exemption team from the EOD to identify and apply for potential placement elsewhere in the County in an open position for which he met the minimum qualifications.

16.     After my November 16, 2021, meeting with Mr. Davis, I communicated with him on multiple occasions concerning low risk or intermediate risk positions in the Department, was copied on his communications with EOD concerning alternative placements and was copied on comments to his applications for alternate positions with the County.  These communications included discussions concerning several County positions for which Mr. Davis applied.

17.     Attached as **Exhibit 3** is a true and correct copy of email correspondence to and from Mr. Davis and on which I was a sender or recipient concerning alternate job opportunities with the County, and which include his referral to and communications with a dedicated team with the County's Employee Services Agency to assist vaccination exempt employees in identifying and applying for re-assignment or transfer opportunities to a low risk or intermediate risk position in the Department or placement elsewhere in the County in an open position for which Mr. Davis met the minimum qualifications.  In my efforts to assist Mr. Davis to identify an alternate lower risk or intermediate risk position, I have not considered the basis for his exemption, nor have I been biased

4

against him because he obtained an exemption based on his religious beliefs, nor have I been instructed to expend less effort on Mr. Davis' behalf because his exemption is based on religious belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on *April 26, 2022* at San José, California.

Lindolfo Ortega

2601750

Declaration of Lindolfo Ortega ISO Defendants' Opposition
to Plaintiff's Motion for Preliminary Injunction

22-CV-01019 BLF

# Exhibit 1

**From:** "EODRA" <EODRA@eod.sccgov.org>
**To:** "Davis, Tom" <tom.davis@faf.sccgov.org>
**Subject:** RE: Religious Exemption
**Date:** Sun, 22 Aug 2021 03:11:36 -0000
**Importance:** Normal

---

Greetings,
We received your COVID-19 Vaccination Exemption/Exception Request before the August 20, 2021 deadline. While your request is being evaluated, no personnel action will be taken against you for not being vaccinated. We will notify you if additional information or other follow-up is needed.
**Please do not reply to this email.**
Thank you
*Equal Opportunity Division*
*Office of the County Counsel – EOD*



**The mission of the County of Santa Clara is to** *plan* **for the needs of a dynamic community,** *provide* **quality services, and** *promote* **a healthy, safe and prosperous community for all.**

NOTICE: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

---

**From:** Davis, Tom <tom.davis@faf.sccgov.org>
**Sent:** Thursday, August 19, 2021 10:54 PM
**To:** EODRA <EODRA@eod.sccgov.org>
**Cc:** babiesnflowers@gmail.com
**Subject:** Religious Exemption


Tom Davis
(Dad, Husband, Friend)
HVAC Mechanic
County of Santa Clara
1555 Berger Dr. Bldg. #3
San Jose, Ca 95112
C. 408-436-7948

**#2.1**

# Exhibit 2

# County of Santa Clara

Facilities and Fleet Department

County Center at Charcot
2310 North First Street, Suite 200
San Jose, California 95131-1011
(408) 993-4600



November 2, 2021

Dear Thomas Davis,

The County is provisionally granting your request for a religious exemption from its vaccination requirement, subject to the conditions in this letter. The County does so without having yet concluded that you have stated a legally sufficient basis to support your exemption. [1]

However, based on your status as not fully vaccinated and the significant COVID-19 health and safety risks in your current position, job duties, and work environment, the County cannot safely accommodate you in your current role. Accordingly, you will be placed on administrative leave effective immediately. The Department will now meet with you to determine whether there is a reasonable accommodation that would allow you to continue working for the Department, such as a reassignment or transfer to a lower-risk position, or an unpaid leave of absence. Please note that reassignments and transfer opportunities are very limited.

Please contact Andy Walker if you wish to schedule an appointment with the Department to discuss reassignment, transfer, or your application for an alternate position in the Department (or, if that is unavailable, an alternate position within the County). You may apply your applicable leave banks (such as accrued vacation, STO, comp time, and, if applicable, sick time) to this leave of absence, after which your leave will be unpaid. If you are able to be reassigned to or selected for an alternate position while you are on administrative leave, you will return to paid status.

If the Department is unable to reassign or accommodate you in a lower-risk position, you will be referred to the Equal Opportunity Division (EOD) for potential placement elsewhere in the County in an open position for which you meet the minimum qualifications. For your convenience, a link to the County's job specifications may be accessed through sccjobs.org, using the *Job Specifications* quick-link. To facilitate EOD's placement efforts, you are encouraged to update your job application using the County's Neogov system at www.sccjobs.org, using the *Access to NEOGOV Online Job Application Account* quick-link. The County anticipates that placement opportunities will be limited given the number of personnel who may also be seeking such opportunities outside their departments.

If you have questions regarding this process, please contact Andy Walker.

---

[1] The County reserves the option to hold an interactive process meeting regarding, or to challenge the legal and/or factual grounds for, your exemption request. The County further reserves the right to revoke the decision to provisionally grant your exemption request if it later determines that you have not provided a legally sufficient basis to support your request.

**Board of Supervisors**: Mike Wasserman, Cindy Chavez, Otto Lee, Susan Ellenberg, S. Joseph Simitian
**County Executive:** Jeffrey V. Smith

Sincerely,

Jeff Draper
Director

c:       Equal Opportunity Division (EODRA@eod.sccgov.org)

Exhibit 3

| | |
|---|---|
| **From:** | Ortega, Lin |
| **To:** | Davis, Tom |
| **Cc:** | Walker, Andy (Andy.Walker@faf.sccgov.org); Kiefel, Kim |
| **Subject:** | RE: Application for janitor position |
| **Date:** | Monday, November 22, 2021 11:40:00 AM |

Good morning again Tom,
This follow is to inform you that the Janitor positions are no longer available; offers were extended, and accepted, for these positions. I will forward you an updated list of FAF available positions by end of day tomorrow. Also, as a reminder, there are other County positions available outside of the FAF Department; please go to www.sccjobs.org to view all available Open Competitive, Promotional, and Transfer job opportunities.

Regards,

Lin

-----Original Message-----
From: Ortega, Lin
Sent: Monday, November 22, 2021 10:30 AM
To: Davis, Tom <tom.davis@faf.sccgov.org>
Cc: Oberst, Kim <Kim.Oberst@faf.sccgov.org>; Walker, Andy (Andy.Walker@faf.sccgov.org)
<Andy.Walker@faf.sccgov.org>; Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>
Subject: RE: Application for janitor position

Thank you for the notice Tom. I've added Kim Kiefel to the communication for more details re the application process and next steps.
Your email from November 17, 2021 was forwarded to County Counsel the same day; a response is pending.

And thank you for the Thanksgiving well-wishes...likewise for you and your family.

Best regards,

Lin

-----Original Message-----
From: Davis, Tom <tom.davis@faf.sccgov.org>
Sent: Monday, November 22, 2021 10:21 AM
To: Ortega, Lin <Lin.Ortega@faf.sccgov.org>
Cc: Oberst, Kim <Kim.Oberst@faf.sccgov.org>
Subject: Application for janitor position

I will be making application to take one of the janitor jobs.
Of course I am still looking forward to hearing from the counsel to my letters.

I hope you and your family have a good thanksgiving.

If you have any suggestions for expediting my application t would appreciate it.


Best regards

Tom

Tom Davis
(Dad, Husband, Friend)

Santa Clara County HVAC
Tom.davis@faf.sccgov.org
408-439-7948

| | |
|---|---|
| **From:** | Ortega, Lin |
| **To:** | Tom Davis |
| **Cc:** | Kiefel, Kim |
| **Subject:** | RE: Tom Davis job search |
| **Date:** | Thursday, December 2, 2021 1:41:00 PM |

Thank you Tom.

When you get a chance, please forward a PDF of your application to Kim Kiefel (copied here) so that she can make ESA aware that you have submitted an application. Since the position you applied for is in a different Department, you would be assisted in the process by County ESA and/or EODRA.

Regards,

Lin

---

**From:** Tom Davis <airman61@hotmail.com>
**Sent:** Thursday, December 2, 2021 11:40 AM
**To:** Ortega, Lin <Lin.Ortega@faf.sccgov.org>
**Subject:** [EXTERNAL] Tom Davis job search

Greetings Lin,

I trust you had a wonderful Thanksgiving day with family and friends.

I'm touching base with you that I searched the open job postings and made application to the Parks Department, as a park's maintenance person.

I'm hoping to secure something soon, if you could check on my application or give me the proper contact I would greatly appreciate it.

Tom Davis
408-857-9113

Get Outlook for iOS

| | |
|---|---|
| **From:** | Davis, Tom |
| **To:** | Kiefel, Kim; Ortega, Lin |
| **Cc:** | "Tom Davis"; VaxJobReview |
| **Subject:** | RE: Tom Davis Job search |
| **Date:** | Friday, December 3, 2021 5:15:20 PM |
| **Attachments:** | Print - Park Maintenance Crafts Worker.pdf |

This is much better, I created a PDF and copied it here.

Tom Davis
(Dad, Husband, Friend)
HVAC Mechanic
County of Santa Clara
1555 Berger Dr. Bldg. #3
San Jose, Ca 95112
C. 408-439-7948

---

**From:** Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>
**Sent:** Friday, December 3, 2021 3:27 PM
**To:** Davis, Tom <tom.davis@faf.sccgov.org>; Ortega, Lin <Lin.Ortega@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>; VaxJobReview <VaxJobReview@esa.sccgov.org>
**Subject:** RE: Tom Davis Job search

Unfortunately it didn't work.
If you open your application and hit print it should give you an option that you could hit file save as.

It looks like the Parks Maintenance Crafts Worker will close 12/06/2021. Please make sure that you filled out the County's Application as the link that you sent is not ours.

Please use this link to apply:
Park Maintenance Crafts Worker | Job Details tab | Career Pages (governmentjobs.com)

The link below is for all Santa Clara County Jobs.
Job Opportunities - Employee Services Agency - County of Santa Clara (sccgov.org)

I am also adding ESA to this email as they have an email address to help you by assessing your application to see what positions you may qualify for based on your experience.

vaxjobreview@esa.sccgov.org

---

**From:** Davis, Tom <tom.davis@faf.sccgov.org>
**Sent:** Friday, December 3, 2021 2:08 PM

**To:** Ortega, Lin <Lin.Ortega@faf.sccgov.org>; Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>
**Subject:** FW: Tom Davis Job search

Kim, this is my attempt to forward to you the application for Parks Maintenance Crafts Worker.

The link says there is an error, it may be that you have to log on.

So I am trying to get a position there if I am still locked out of the HVAC dept.

Thank you so much.

Tom Davis
(Dad, Husband, Friend)
HVAC Mechanic
County of Santa Clara
1555 Berger Dr. Bldg. #3
San Jose, Ca 95112
C. 408-439-7948
Personal PH. 408-857-9113

**From:** Tom Davis <airman61@hotmail.com>
**Sent:** Friday, December 3, 2021 2:00 PM
**To:** Davis, Tom <tom.davis@faf.sccgov.org>
**Subject:** [EXTERNAL] Job search

https://www.governmentjobs.com/Applications/Print/1e64c847-c222-4e1a-9409-4b2d5d47496c

Get Outlook for iOS

| | |
|---|---|
| **From:** | Davis, Tom |
| **To:** | VaxJobReview; Kiefel, Kim; Ortega, Lin |
| **Cc:** | "Tom Davis" |
| **Subject:** | RE: Tom Davis Job search/ Roads Dept. Electronic Assistant |
| **Date:** | Monday, December 6, 2021 1:16:51 PM |
| **Attachments:** | Print - Electrical_Electronic Assistant.pdf |

Thank you for looking into this for me.

Tom Davis
(Dad, Husband, Friend)
HVAC Mechanic
County of Santa Clara
1555 Berger Dr. Bldg. #3
San Jose, Ca 95112
C. 408-439-7948

**From:** VaxJobReview <VaxJobReview@esa.sccgov.org>
**Sent:** Monday, December 6, 2021 8:16 AM
**To:** Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>; Davis, Tom <tom.davis@faf.sccgov.org>; Ortega, Lin <Lin.Ortega@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>
**Subject:** RE: Tom Davis Job search

Thom all experience before coming to the county will also count, please include to expand our search.  You are in the exam process for the Park Maintenance Crafts Worker and someone from that exam will assess your application to see if you qualify, you may or may not have to take an exam if you are accepted.

Thanks

**From:** Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>
**Sent:** Monday, December 6, 2021 6:58 AM
**To:** Davis, Tom <tom.davis@faf.sccgov.org>; Ortega, Lin <Lin.Ortega@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>; VaxJobReview <VaxJobReview@esa.sccgov.org>
**Subject:** RE: Tom Davis Job search

Tom,

Please elaborate on your skills and include past job history that shows that you are qualified for the position. Each position has a specific job specifications that lists the experience that is required and typical tasks. I have included the job specifications link for your review.

[Class Specifications | Park Maintenance Crafts Worker | Class Spec Details (governmentjobs.com)](governmentjobs.com)

**From:** Davis, Tom <tom.davis@faf.sccgov.org>
**Sent:** Friday, December 3, 2021 5:15 PM
**To:** Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>; Ortega, Lin <Lin.Ortega@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>; VaxJobReview <VaxJobReview@esa.sccgov.org>
**Subject:** RE: Tom Davis Job search

This is much better, I created a PDF and copied it here.

Tom Davis
(Dad, Husband, Friend)
HVAC Mechanic
County of Santa Clara
1555 Berger Dr. Bldg. #3
San Jose, Ca 95112
C. 408-439-7948

**From:** Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>
**Sent:** Friday, December 3, 2021 3:27 PM
**To:** Davis, Tom <tom.davis@faf.sccgov.org>; Ortega, Lin <Lin.Ortega@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>; VaxJobReview <VaxJobReview@esa.sccgov.org>
**Subject:** RE: Tom Davis Job search

Unfortunately it didn't work.
If you open your application and hit print it should give you an option that you could hit file save as.

It looks like the Parks Maintenance Crafts Worker will close 12/06/2021. Please make sure that you filled out the County's Application as the link that you sent is not ours.

Please use this link to apply:
[Park Maintenance Crafts Worker | Job Details tab | Career Pages (governmentjobs.com)](governmentjobs.com)

The link below is for all Santa Clara County Jobs.
[Job Opportunities - Employee Services Agency - County of Santa Clara (sccgov.org)](sccgov.org)

I am also adding ESA to this email as they have an email address to help you by assessing your application to see what positions you may qualify for based on your experience.

[vaxjobreview@esa.sccgov.org](mailto:vaxjobreview@esa.sccgov.org)

**From:** Davis, Tom <tom.davis@faf.sccgov.org>
**Sent:** Friday, December 3, 2021 2:08 PM
**To:** Ortega, Lin <Lin.Ortega@faf.sccgov.org>; Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>
**Subject:** FW: Tom Davis Job search

Kim, this is my attempt to forward to you the application for Parks Maintenance Crafts Worker.

The link says there is an error, it may be that you have to log on.

So I am trying to get a position there if I am still locked out of the HVAC dept.

Thank you so much.

Tom Davis
(Dad, Husband, Friend)
HVAC Mechanic
County of Santa Clara
1555 Berger Dr. Bldg. #3
San Jose, Ca 95112
C. 408-439-7948
Personal PH. 408-857-9113

**From:** Tom Davis <airman61@hotmail.com>
**Sent:** Friday, December 3, 2021 2:00 PM
**To:** Davis, Tom <tom.davis@faf.sccgov.org>
**Subject:** [EXTERNAL] Job search

https://www.governmentjobs.com/Applications/Print/1e64c847-c222-4e1a-9409-4b2d5d47496c

Get Outlook for iOS

| | |
|---|---|
| **From:** | Davis, Tom |
| **To:** | VaxJobReview; Kiefel, Kim; Ortega, Lin |
| **Cc:** | "Tom Davis" |
| **Subject:** | RE: Tom Davis Job search/Utility Worker |
| **Date:** | Monday, December 6, 2021 2:04:19 PM |
| **Attachments:** | Print - Utility Worker.pdf |

Tom Davis

(Dad, Husband, Friend)

HVAC Mechanic

County of Santa Clara

1555 Berger Dr. Bldg. #3

San Jose, Ca 95112

C. 408-439-7948

Personal Ph. 408-857-9113

---

**From:** VaxJobReview <VaxJobReview@esa.sccgov.org>
**Sent:** Monday, December 6, 2021 8:16 AM
**To:** Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>; Davis, Tom <tom.davis@faf.sccgov.org>; Ortega, Lin <Lin.Ortega@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>
**Subject:** RE: Tom Davis Job search

Thom all experience before coming to the county will also count, please include to expand our search.  You are in the exam process for the Park Maintenance Crafts Worker and someone from that exam will assess your application to see if you qualify, you may or may not have to take an exam if you are accepted.

Thanks

---

**From:** Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>
**Sent:** Monday, December 6, 2021 6:58 AM
**To:** Davis, Tom <tom.davis@faf.sccgov.org>; Ortega, Lin <Lin.Ortega@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>; VaxJobReview <VaxJobReview@esa.sccgov.org>
**Subject:** RE: Tom Davis Job search

Tom,

Please elaborate on your skills and include past job history that shows that you are qualified for the position. Each position has a specific job specifications that lists the experience that is required and typical tasks. I have included the job specifications link for your review.

[Class Specifications | Park Maintenance Crafts Worker | Class Spec Details (governmentjobs.com)](governmentjobs.com)

**From:** Davis, Tom <tom.davis@faf.sccgov.org>
**Sent:** Friday, December 3, 2021 5:15 PM
**To:** Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>; Ortega, Lin <Lin.Ortega@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>; VaxJobReview <VaxJobReview@esa.sccgov.org>
**Subject:** RE: Tom Davis Job search

This is much better, I created a PDF and copied it here.

Tom Davis
(Dad, Husband, Friend)
HVAC Mechanic
County of Santa Clara
1555 Berger Dr. Bldg. #3
San Jose, Ca 95112
C. 408-439-7948


**From:** Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>
**Sent:** Friday, December 3, 2021 3:27 PM
**To:** Davis, Tom <tom.davis@faf.sccgov.org>; Ortega, Lin <Lin.Ortega@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>; VaxJobReview <VaxJobReview@esa.sccgov.org>
**Subject:** RE: Tom Davis Job search

Unfortunately it didn't work.
If you open your application and hit print it should give you an option that you could hit file save as.

It looks like the Parks Maintenance Crafts Worker will close 12/06/2021. Please make sure that you filled out the County's Application as the link that you sent is not ours.

Please use this link to apply:
[Park Maintenance Crafts Worker | Job Details tab | Career Pages (governmentjobs.com)](governmentjobs.com)

The link below is for all Santa Clara County Jobs.
[Job Opportunities - Employee Services Agency - County of Santa Clara (sccgov.org)](sccgov.org)

I am also adding ESA to this email as they have an email address to help you by assessing your application to see what positions you may qualify for based on your experience.

[vaxjobreview@esa.sccgov.org](mailto:vaxjobreview@esa.sccgov.org)

**From:** Davis, Tom <tom.davis@faf.sccgov.org>
**Sent:** Friday, December 3, 2021 2:08 PM
**To:** Ortega, Lin <Lin.Ortega@faf.sccgov.org>; Kiefel, Kim <Kim.Kiefel@faf.sccgov.org>
**Cc:** 'Tom Davis' <airman61@hotmail.com>
**Subject:** FW: Tom Davis Job search

Kim, this is my attempt to forward to you the application for Parks Maintenance Crafts Worker.

The link says there is an error, it may be that you have to log on.

So I am trying to get a position there if I am still locked out of the HVAC dept.

Thank you so much.

Tom Davis
(Dad, Husband, Friend)
HVAC Mechanic
County of Santa Clara
1555 Berger Dr. Bldg. #3
San Jose, Ca 95112
C. 408-439-7948
Personal PH. 408-857-9113

**From:** Tom Davis <airman61@hotmail.com>
**Sent:** Friday, December 3, 2021 2:00 PM
**To:** Davis, Tom <tom.davis@faf.sccgov.org>
**Subject:** [EXTERNAL] Job search

https://www.governmentjobs.com/Applications/Print/1e64c847-c222-4e1a-9409-4b2d5d47496c

Get Outlook for iOS