JAMES R. WILLIAMS, County Counsel (S.B. #271253)
BRYAN K. ANDERSON, Deputy County Counsel (S.B. #170666)
JOSÉ L. MARTINEZ, Deputy County Counsel (S.B. #318540)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
bryan.anderson@cco.sccgov.org
jose.martinez@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, SARA H. CODY,
JAMES WILLIAMS, and JEFFREY SMITH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| UNIFYSCC, an unincorporated California association on behalf of employees in Santa Clara County; TOM DAVIS, an individual; and MARIA RAMIREZ, an individual,<br><br>                    Plaintiffs,<br><br>v.<br><br>SARA H. CODY, in her official capacity as the Santa Clara County Public Health Officer; JAMES WILLIAMS, in her official capacity as the County Counsel of Santa Clara County; JEFFREY SMITH, in her official capacity as the County Executive of Santa Clara County; and SANTA CLARA COUNTY,<br><br>                    Defendants. | No. 22-CV-01019 BLF<br><br>**DECLARATION OF SONIA MENZIES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:      June 23, 2022<br>Time:      9:00 a.m.<br>Ctrm:     3<br>Judge:    The Honorable Beth Labson Freeman |

I, SONIA MENZIES, declare as follows:

1.      I submit this declaration in support of the County of Santa Clara's Opposition to Plaintiffs' Motion for a Preliminary Injunction.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to the matters set forth below.

//

1

2.      I am the Director of Ambulatory Care and Community Health at the Santa Clara Valley Medical Center ("SCVMC" or the "Hospital"), a position I have held since 2012.  I am a Registered Nurse with a background in acute care hospital and outpatient nursing.  I have worked for Santa Clara County (the "County") since 1993 in progressively more senior positions, including as an Assistant Nurse Manager, Nurse Manager, Staff Developer, Director of Ambulatory Care Quality and now Executive Director of Ambulatory and Community Health Services with oversight of Ambulatory Care, Quality, Standards and Utilization Management, Ambulatory Care Budget and Analytics, Ambulatory Care Patient Health Education, Clerical and Nursing Staff Education.  Additionally, I oversee all of the SCVMC Specialty Outpatient Services, including Cancer Care and Renal Care, along with Community Health Services, which comprise, Infections Disease, HIV Services and the TB and Refugee Clinics. In this capacity, I supervise and oversee ambulatory care administration and several specialty clinics within the SCVMC, including Cancer Services.

3.      SCVMC's mission is to provide high-quality accessible healthcare and excellent service to all persons in Santa Clara County regardless of their social-economic status and ability to pay.

4.      In August 2021, based on the County Public Health Department's guidance, the County mandated that all County personnel—including all employees, interns, volunteers, and contractors—receive the COVID-19 vaccination by September 30, 2021, to protect County personnel, the community members with whom County personnel interact, and all residents of the county.

5.      I was involved in implementing guidance from the County Public Health Department to determine the level of COVID-19 transmission risk (i.e., lower, intermediate, or high risk) that work areas and work assignments within my teams posed.  Factors considered included, for example, the nature of contact an employee had with others; the risk posed to vulnerable populations served by the County; the risk posed to persons at serious risk of illness and death from COVID-19; the risk posed to employees; the risk of COVID-19 outbreaks in the work setting; and the essential job functions the employee must perform with or without accommodations.

2

6.    Pursuant to the County Public Health Department's guidance, based on the significant health and safety risks to and posed by unvaccinated employees working in high-risk roles, the County could not safely accommodate them in their high-risk positions, but the County would reasonably accommodate them with leave, with the option of using applicable leave banks, during which the County would assist them in seeking reassignment or transfer to a lower- or intermediate-risk position.  Examples of high-risk positions include doctors, nurses and technicians providing in-person patient care.  Technical direct care providers include radiation therapists, ultrasonographers, X-ray technicians, and EEG technicians.

7.    There are very few medical nursing or technical health positions in hospitals and clinics that do not present a high risk of COVID-19 exposure or outbreak, because of direct contact or proximity to patients and vulnerable populations.

8.    I was involved in the response to medical and religious accommodations requests to the County vaccine policy submitted by members of my teams.  I ensured that these individuals had a point of contact regarding their accommodations requests and personally answered questions about the vaccination policy and the job position risk assessment.  I also engaged with these individuals in the interactive process to determine if a reasonable accommodation could be provided to them.

9.    Plaintiff Maria Ramirez has been employed by the County as a Registered Nurse (RN) since 2019.  Ms. Ramirez's job duties require her to provide in-person care to patients at SCVMC.  As a result, she works closely with patients and other staff in our hospital.  Her job duties as a nurse at SCVMC do not permit Ms. Ramirez to work remotely from patients or in non-clinical facilities.

10.    Ms. Ramirez is a Clinical Nurse II on an acute care medical unit.  Patients who are admitted to hospital and into such units are already significantly ill and extremely vulnerable to acquiring other infections.  Many of our patients in acute care have multiple comorbidities that place them at extreme risk for poor outcomes should they contract COVID-19, including patients with cancers, diabetes, heart disease, pulmonary and renal diseases.

11.    The work required of Ms. Ramirez includes direct clinical care, such as evaluation of vital signs, including lung sounds, which requires direct patient contact, along with any associated

3

1   wound care, management of medications, including IV-line care as well as extensive time at the

2   bedside interacting with assigned patients.  Her work includes attending to patients' immediate needs

3   for assistance with mobilizing, toileting, management of urinary catheters and other direct care

4   activities, as well as systems review that would be completed at regular intervals, such as skin

5   integrity evaluation, that are essential elements of the role of a clinical RN.  Nurses in this unit also

6   assist with patient emergency situations, including resuscitation efforts as required.  The work is

7   extremely "hands on".

8        12.   At various times during the past two years of the COVID-19 pandemic we have also

9   seen surges of COVID-19 infections impacting our community and health care facilities quite

10   substantially and resulting in extra burdens on staff engaged in direct care to patients with severe

11   illness and infection as part of their daily work.

12        13.   Attached as **Exhibit 1** is a true and correct copy of an October 18, 2021 letter from

13   Paul Lorenz, Chief Executive Officer at SCVMC, to Ms. Ramirez advising her that her requested

14   religious exemption to the County's COVID-19 vaccination mandate had been provisionally granted.

15        14.   Mr. Lorenz's October 18, 2021 letter further advised Ms. Ramirez that—based on her

16   status as not fully vaccinated and the significant COVID-19 health and safety risks in her current

17   position, job duties, and work environment—the County could not safely accommodate her in her

18   current role and she would be placed on administrative leave.  Ms. Ramirez was also informed that

19   she may apply her applicable leave banks to her leave of absence, after which her leave would be

20   unpaid.

21        15.   Mr. Lorenz's October 18, 2021 letter further advised Ms. Ramirez that the department

22   would meet with her to determine whether there was a reasonable accommodation that would allow

23   her to continue working for the department, such as a reassignment or transfer to a lower-risk

24   position.  Ms. Ramirez was also told that reassignments and transfer opportunities in the department

25   were very limited.  Ms. Ramirez was also informed that if the County was able to reassign her to or

26   select her for an alternate position while she was on administrative leave, she would be returned to

27   paid status.  Ms. Ramirez was advised to contact me if she wished to schedule an appointment to

28   discuss reassignment or transfer to an alternate position in the department.

16.     Mr. Lorenz's October 18, 2021 letter further advised Ms. Ramirez that if the department was unable to reassign or accommodate her in a lower-risk position, she would be referred to EOD for potential placement elsewhere in the County in an open position for which she meets the minimum qualifications.  She was also advised that the County anticipated that placement opportunities would be limited given the number of personnel who may also be seeking such opportunities outside their departments.

17.     Attached as **Exhibit 2** is a true and correct copy of email correspondence between Ms. Ramirez and me between October 19, 2021 and November 1, 2021 concerning searches for alternative lower-risk positions at the County.  In her October 3, 2021 email, Ms. Ramirez stated:

> I envoked (sic) my rights to exercise my religious beliefs and to this day I have not received adequate accommodations.  The law is on my side and I'm covered by Title VII of the U.S. Civil Rights Act. I'm asking to be adequately accommodated by continuing to wear a surgical mask and performing symptom testing, in the same manner as I've been doing for the past almost 2 years. Applying for open vacancies is not an adequate accommodation.

18.     Attached as **Exhibit 3** is a true and correct copy of a November 3, 2021 email sent on my behalf to several SCVMC employees, including Ms. Ramirez.  My email informed Ms. Ramirez that our goal was to find each unvaccinated worker who could not continue to work in their high-risk role a position for which they are qualified within the department and if that was not possible, then an alternate position elsewhere in the County.  My email also identified the link to the County's job opportunities website and encouraged Ms. Ramirez to look for additional positions and update her qualifications for any application she pursued.

19.     My November 3, 2021 email also informed Ms. Ramirez that:

> Consistent with legal requirements, those with provisionally accepted disability/medical exemptions may be entitled to priority consideration for vacant positions as part of the accommodation process, consistent with the Americans with Disabilities Act and FEHA.   For legal reasons, the County cannot provide advantages or priority to individuals based on religion or sincerely held religious beliefs, because an employer cannot favor someone based on religious considerations; but the goal and efforts for those with provisionally approved religious exemptions remains to identify positions for which they are qualified within the department they work; and if not possible, then countywide; and to give those with exemptions opportunities to apply for and be considered for positions that are either lower risk or intermediate risk.

5

All employees with provisionally approved exemptions may apply for positions through the normal County job-filling and recruitment processes (transfer line, internal recruitments, open recruitments, etc.). But since priority cannot be given based on religious beliefs, it is very important for employees with provisionally approved religious exemptions to apply for positions through these normal processes, including updating their job applications on NeoGov and considering their qualifications for posted positions.

20.     My November 3, 2021 email also informed Ms. Ramirez that if she could not be placed in an alternative position, we would explore other options like using her applicable leave banks, and that if no banks were available, she would be placed on unpaid leave.  I stressed that our goal was to determine as quickly as reasonably possible what non-high-risk positions may be available within her department for which she was qualified and may move into, and then to look to Countywide openings if there were none in the department.  I informed Ms. Ramirez that we anticipated that— subject to extensions required by law or labor contract—unvaccinated employees with provisional exemptions in high-risk roles would be allowed to take a total of three months of unpaid leave.  I further informed Ms. Ramirez that, for those who also used leave banks, we expected their paid and unpaid leave would not extend beyond June 30, 2022.

21.     Ms. Ramirez did not contact me further concerning alternate lower risk positions available in the department or Countywide subsequent to my November 3, 2021 email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 27, 2022 at San José, California.

Sonia Menzies

2617049

Declaration of Sonia Menzies ISO Defendants' Opposition
to Plaintiff's Motion for Preliminary Injunction

22-CV-01019 BLF

# Exhibit 1

DocuSign Envelope ID: 30E3F19A-A383-422B-8C5B-6EF1DD5B5238




**SANTA CLARA**
**VALLEY MEDICAL CENTER**
Hospital & Clinics

**O'CONNOR HOSPITAL**
A COMMUNITY HOSPITAL

**ST. LOUISE**
**REGIONAL HOSPITAL**
A COMMUNITY HOSPITAL

**Hospitals and Clinics Administration**

**Email and Regular Mail**

October 18, 2021

Ramirez, Maria
3893 Forester Ct
San Jose, CA  95121

Dear Ramirez, Maria,

The County is provisionally granting your request for a Religious exemption from its vaccination requirement, subject to the conditions in this letter. The County does so without having yet concluded that you have stated a legally sufficient basis to support your exemption.[1]

However, based on your status as not fully vaccinated and the significant COVID-19 health and safety risks in your current position, job duties, and work environment, the County cannot safely accommodate you in your current role. The Department will now meet with you to determine whether there is a reasonable accommodation that would allow you to continue working for the Department, such as a reassignment or transfer to a lower-risk position, or an unpaid leave of absence. Please note that reassignments and transfer opportunities are very limited.

Please contact Sonia Menzies, Director of Ambulatory Community Health Services, Sonia.menzies@hhs.sccgov.org by October 22, 2021, if you wish to schedule an appointment with the Department to discuss reassignment or transfer to an alternate position in the Department. Unless you can be placed in a new position in the Department before November 1, 2021, you will be placed on administrative leave effective November 1, 2021. You may apply your applicable leave banks (such as accrued vacation, STO, comp time, and, if applicable, sick time) to this leave of absence, after which your leave will be unpaid. If you are able to be reassigned to an alternate position while you are on administrative leave, you will return to paid status.

---

[1] The County reserves the option to hold an interactive process meeting regarding, or to challenge the legal and/or factual grounds for, your exemption request. The County further reserves the right to revoke the decision to provisionally grant your exemption request if it later determines that you have not provided a legally sufficient basis to support your request.

DocuSign Envelope ID: 30E3F19A-A383-422B-8C5B-6EF1DD5B5238

 

**O'CONNOR HOSPITAL**
A COMMUNITY HOSPITAL

**ST. LOUISE REGIONAL HOSPITAL**
A COMMUNITY HOSPITAL

**SANTA CLARA VALLEY MEDICAL CENTER**
Hospital & Clinics

**Hospitals and Clinics Administration**

If the Department is unable to reassign or accommodate you in a lower-risk position, you will be referred to the Equal Opportunity Division (EOD) for potential placement elsewhere in the County in an open position for which you meet the minimum qualifications. For your convenience, a link to the County's job specifications may be accessed through www.sccjobs.org, using the *Job Specifications* quick-link. To facilitate EOD's placement efforts, you are encouraged to update your job application using the County's Neogov system at www.sccjobs.org using the *Access to NEOGOV Online Job Application Account* quick-link. The County anticipates that placement opportunities will be limited given the number of personnel who may also be seeking such opportunities outside their departments.

If you have questions regarding this process, please email Sonia.menzies@hhs.sccgov.org.

Sincerely,

Paul E. Lorenz
47ECF3A78343489

Paul E. Lorenz
Chief Executive Officer, SCVMC

c:      Equal Opportunity Division (EODRA@eod.sccgov.org)
        Executive Manager
        Department Manager
        Labor Relations

# Exhibit 2

**From:** "Menzies, Sonia" <Sonia.Menzies@hhs.sccgov.org>
**To:** "Ramirez, Maria A" <maria.a.ramirez@hhs.sccgov.org>
**Cc:** "D'Amore, Cynthia" <Cynthia.DAmore@hhs.sccgov.org>
**Subject:** RE: Reassignment appointment
**Date:** Mon, 01 Nov 2021 17:37:38 -0000
**Importance:** Normal

---

Thank you Maria,
I am not the decision maker around this situation, but rather your liaison, if you have questions.
Please know that it is important to consider an update your application in Neogov and begin to look at open positions if you wish to do so and that if you have questions about whether or not the positions you identify are infact at a lower level, I will assist you with that.


Regards,
Sonia

---

**From:** Ramirez, Maria A <maria.a.ramirez@hhs.sccgov.org>
**Sent:** Sunday, October 31, 2021 10:06 PM
**To:** Menzies, Sonia <Sonia.Menzies@hhs.sccgov.org>
**Cc:** D'Amore, Cynthia <Cynthia.DAmore@hhs.sccgov.org>
**Subject:** Re: Reassignment appointment

Dear Sonia/Cynthia,

I envoked my rights to exercise my religious beliefs and to this day I have not received adequate accommodations. The law is on my side and I'm covered by Title VII of the U.S. Civil Rights Act. I'm asking to be adequately accommodated by continuing to wear a surgical mask and performing symptom testing, in the same manner as I've been doing for the past almost 2 years. Applying for open vacancies is not an adequate accommodation.

Please advise
Maria Ramirez BSN, PHN, RN

---

**From:** Menzies, Sonia <Sonia.Menzies@hhs.sccgov.org>
**Sent:** Tuesday, October 26, 2021, 13:50
**To:** Ramirez, Maria A
**Cc:** D'Amore, Cynthia
**Subject:** RE: Reassignment appointment

Good afternoon Maria,
If your exemption is not for medical reasons it is different to the usual medical reasonable accommodations request.

At this time I believe the best course will be to update your resume and begin to look at vacancies on line that may fit your qualifications and which do not require any direct patient interactions.  If you have questions about the positions you see as to whether these may be a fit, please let me know and I will try to get that information for you so that you can apply accordingly.
I am also working with the HR team to identify possible openings people may apply for.

Thank you,

**#18267.1**

sonia

---

**From:** Ramirez, Maria A <maria.a.ramirez@hhs.sccgov.org>
**Sent:** Tuesday, October 26, 2021 1:02 PM
**To:** Menzies, Sonia <Sonia.Menzies@hhs.sccgov.org>
**Cc:** D'Amore, Cynthia <Cynthia.DAmore@hhs.sccgov.org>
**Subject:** Re: Reassignment appointment

Hi Sonia and Cynthia,

I'm following up on the status of my reassignment. If you can provide me with any updates that would be great.

Please advise
Maria Ramirez BSN, PHN, RN

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Ramirez, Maria A <maria.a.ramirez@hhs.sccgov.org>
**Sent:** Wednesday, October 20, 2021 11:41:25 AM
**To:** Menzies, Sonia <Sonia.Menzies@hhs.sccgov.org>
**Cc:** D'Amore, Cynthia <Cynthia.DAmore@hhs.sccgov.org>
**Subject:** Re: Reassignment appointment

Thank you for your reply Sonia!
I look forward to discussing options with you.

Maria

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Menzies, Sonia <Sonia.Menzies@hhs.sccgov.org>
**Sent:** Wednesday, October 20, 2021 10:50:24 AM
**To:** Ramirez, Maria A <maria.a.ramirez@hhs.sccgov.org>
**Cc:** D'Amore, Cynthia <Cynthia.DAmore@hhs.sccgov.org>
**Subject:** RE: Reassignment appointment

Thanks for your message Maria,
For this week I am receiving the many messages for staff requesting an opportunity to reassign and in parallel, working with other county teams to identify possible opportunities.
After this Friday, we will have more detail and plan to discuss options.
I am copying my assistant Cynthia, so that she can help to get contact details in file and I can reach out to you for further updates

Thank you,
Sonia

---

**From:** Ramirez, Maria A <maria.a.ramirez@hhs.sccgov.org>
**Sent:** Tuesday, October 19, 2021 7:47 PM
**To:** Menzies, Sonia <Sonia.Menzies@hhs.sccgov.org>
**Subject:** Re: Reassignment appointment

**#18267.2**

Hi Sonia,

My manager Christina handed me a letter that my religious exemption is provisionally granted and to contact you for reassignment or transfer since I'm not being allowed to continue in my current role. Please provide me with an appointment to discuss this further.

Thank you!
Maria Ramirez BSN, RN
Employee ID# 84991

Exhibit 3

| | |
|---|---|
| **From:** | D"Amore, Cynthia |
| **Bcc:** | "Jalene ONeill"; Padilla, Serge; "Kaycee Parker"; Lananh Dâ€™Amour; Pham, Truc; verodiaz408@gmail.com; "Yves Preval"; "Erin Tablang"; "Essie O"; Ramirez, Maria A; Ownbey, Kristine; "Amber Risner"; "Lisa Rizzato"; "Tania Robledo"; "roxy ruano"; Sattler, Aaron; Tablang, Esther; "Jacqueline Them"; "chrismargareth sulayao"; "Dalilah Schotter"; "Sarah Suter"; Tony Thomas; "mont_Thompson@yahoo.com"; Tran, Diem |
| **Subject:** | Information on Reasonable Accommodation for Exemption Requests |
| **Date:** | Wednesday, November 3, 2021 2:58:58 PM |
| **Attachments:** | Good morning - Notes to employee regarding RA.docx |

*Sent on behalf of Sonia Menzies*
Good morning,
Please see noted below that refer to some questions you may have and includes some information that is also shared with your union.

For each unvaccinated worker who cannot continue to work in their high-risk role, the goal is to find the worker a position for which they are qualified within the department they work; and if not possible, then countywide, consistent with the County's longstanding Reasonable Accommodation process.

Workers are encouraged to go to NeoGov website Job Opportunities - Employee Services Agency - County of Santa Clara (sccgov.org) to look for available positions in addition to updating their job application there so workers can see if they are qualified for vacant positions and update their own qualifications.

To the extent that the person cannot be moved into an alternate position, we will explore other options like using their vacation banks. If no applicable leave banks are available, the worker will be placed on unpaid leave. If someone requests an IP after this Friday, the County will try and process them quickly and try to find them positions and coordinate the meeting. There is no current deadline to find a job for a worker. The goal is to determine as quickly as reasonably possible what non-high-risk positions may be available within the worker's department for which they are qualified and may move into, and then to look Countywide if there are none in the department.

Updated information/supplemental response:  Consistent with legal requirements, those with provisionally accepted disability/medical exemptions may be entitled to priority consideration for vacant positions as part of the accommodation process, consistent with the Americans with Disabilities Act and FEHA.  For legal reasons, the County cannot provide advantages or priority to individuals based on religion or sincerely held religious beliefs, because an employer cannot favor someone based on religious considerations; but the goal and efforts for those with provisionally approved religious exemptions remains to identify positions for which they are qualified within the department they work; and if not possible, then countywide; and to give those with exemptions opportunities to apply for and be considered for positions that are either lower risk or intermediate risk.

All employees with provisionally approved exemptions may apply for positions through the normal County job-filling and recruitment processes (transfer line, internal recruitments, open recruitments, etc.).  But since priority cannot be given based on religious beliefs, it is very important for employees with provisionally approved religious exemptions to apply for positions through these normal

processes, including updating their job applications on NeoGov and considering their qualifications for posted positions.

We anticipate that unvaccinated employees with provisional exemptions in high-risk roles will be allowed to take a total of three months of unpaid leave, subject to extensions if required by law or labor contract.  For those who also use leave banks, we expect their paid and unpaid leave will not extend beyond June 30, 2022, again subject to extensions required by law or labor contract.

Please reach out to your manager or director to set up an appointment.  If you have questions regarding HR issues, including benefits you can also reach out to Rhonda.Schmidt@ESA.sccgov.org for Service Center or benefit questions.

Message from the County Counsel's Office

To begin this County-wide process, we encourage Departments and employees to contact EOD by email at EODRA@eod.sccgov.org so that EOD can communicate with the employee from that point forward.  Or you may inform employees in high-risk positions that they can simply contact EOD by email directly.  In either case, emails to EOD regarding potential County-wide job opportunities should include the subject line "**Vaccine Exemption Job Search**."

Thank you,

Sonia

Good morning,

Please see noted below that refer to some questions you may have and includes some information that is also shared with your union.

For each unvaccinated worker who cannot continue to work in their high-risk role, the goal is to find the worker a position for which they are qualified within the department they work; and if not possible, then countywide, consistent with the County's longstanding Reasonable Accommodation process.

Workers are encouraged to go to NeoGov website Job Opportunities - Employee Services Agency - County of Santa Clara (sccgov.org) to look for available positions in addition to updating their job application there so workers can see if they are qualified for vacant positions and update their own qualifications.

To the extent that the person cannot be moved into an alternate position, we will explore other options like using their vacation banks. If no applicable leave banks are available, the worker will be placed on unpaid leave. If someone requests an IP after this Friday, the County will try and process them quickly and try to find them positions and coordinate the meeting. There is no current deadline to find a job for a worker. The goal is to determine as quickly as reasonably possible what non-high-risk positions may be available within the worker's department for which they are qualified and may move into, and then to look Countywide if there are none in the department.

<u>Updated information/supplemental response:</u>  Consistent with legal requirements, those with provisionally accepted disability/medical exemptions may be entitled to priority consideration for vacant positions as part of the accommodation process, consistent with the Americans with Disabilities Act and FEHA.  For legal reasons, the County cannot provide advantages or priority to individuals based on religion or sincerely held religious beliefs, because an employer cannot favor someone based on religious considerations; but the goal and efforts for those with provisionally approved religious exemptions remains to identify positions for which they are qualified within the department they work; and if not possible, then countywide; and to give those with exemptions opportunities to apply for and be considered for positions that are either lower risk or intermediate risk.

All employees with provisionally approved exemptions may apply for positions through the normal County job-filling and recruitment processes (transfer line, internal recruitments, open recruitments, etc.).  But since priority cannot be given based on religious beliefs, it is very important for employees with provisionally approved religious exemptions to apply for positions through these normal processes, including updating their job applications on NeoGov and considering their qualifications for posted positions.

We anticipate that unvaccinated employees with provisional exemptions in high-risk roles will be allowed to take a total of three months of unpaid leave, subject to extensions if required by law or labor contract.  For those who also use leave banks, we expect their paid and unpaid leave will not extend beyond June 30, 2022, again subject to extensions required by law or labor contract.

Please reach out to your manager or director to set up an appointment.  If you have questions regarding HR issues, including benefits you can also reach out to Rhonda.Schmidt@ESA.sccgov.org for Service Center or benefit questions.

<u>Message from the County Counsel's Office</u>

To begin this County-wide process, we encourage Departments and employees to contact EOD by email at EODRA@eod.sccgov.org so that EOD can communicate with the employee from that point forward.  Or you may inform employees in high-risk positions that they can simply contact EOD by email directly.  In either case, emails to EOD regarding potential County-wide job opportunities should include the subject line "**Vaccine Exemption Job Search**."

Thank you,

Sonia