1   Robert H. Tyler, Esq., CA Bar No. 179572
    btyler@faith-freedom.com
2   Mariah Gondeiro, Esq., CA Bar No. 323683
    mgondeiro@faith-freedom.com
3   **ADVOCATES FOR FAITH & FREEDOM**
    25026 Las Brisas Road
4   Murrieta, California 92562
    Telephone:    (951) 600-2733
5   Facsimile:    (951) 600-4996

6   Rachele R. Byrd (190634)
    byrd@whafh.com
7   **WOLF HALDENSTEIN ADLER**
      **FREEMAN & HERZ LLP**
8   750 B Street, Suite 1820
    San Diego, CA  92101
9   Telephone:    (619) 239-4599
    Facsimile:    (619) 234-4599
10

11  *Attorneys for Plaintiffs and the Proposed Class*

12              **UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                    **SAN JOSE DIVISION**

14  **UNIFYSCC**, an unincorporated California          Case No.:  22-cv-01019-BLF
    association on behalf of employees in Santa
15  Clara County; **TOM DAVIS**, individually          **PLAINTIFFS' ADMINISTRATIVE**
    and on behalf of all others similarly situated;    **MOTION TO CONSIDER WHETHER**
16  **MARIA RAMIREZ**, individually and on             **ANOTHER PARTY'S MATERIAL**
    behalf of all others similarly situated; and       **SHOULD BE SEALED**
17  **ELIZABETH BALUYUT**, individually and
    on behalf of all others similarly situated,        Hon. Beth Labson Freeman
18
19
20              Plaintiffs,
         vs.
21
22  **SARA H. CODY**, in her official capacity as
    the Santa Clara County Public Health Officer;
23  **JAMES WILLIAMS**, in his official capacity
    as the County Counsel of Santa Clara County;
24  **JEFFREY SMITH**, in his official capacity as
    the County Executive of Santa Clara County;
25  and **SANTA CLARA COUNTY**,

26              Defendants.

27

28

Plaintiffs UnifySCC, Tom Davis, Maria Ramirez and Elizabeth Baluyut ("Plaintiffs") bring this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed under Civil Local Rules 7-11(a) and 79-5(f), specifically the following:

| ECF or Ex. No. | Document | Portion(s) to Seal |
|---|---|---|
| Exhibit K | Declaration of Mariah Gondeiro in Support of Plaintiffs' Motion for Class Certification (the "Gondeiro Decl.") (Deposition Transcript of Megan Doyle) | Pages 93-94 |
| Exhibit V | Gondeiro Decl. (Expert Declaration of Mr. Keith L. Mendes, CFA In Support of Plaintiffs' Motion for Class Certification) | Highlighted portions at pages: 7, n.20 9, n.28 13, n.44 14, Subheading A 14, n.37 15, ¶ 50 16, ¶ 55, Subheading B 17, ¶¶ 61, 62, Subheading C 18, ¶¶ 65, 70 19, ¶ 72, Subheading D 20, ¶¶ 79, 81 21, Subheadings B, C, D, ¶¶ 85-89 22, ¶¶ 90-94, Subheading E Ex. 1, Category Headings Ex. 2, Category Headings & note [C]-[F] |

| ECF or Ex. No. | Document | Portion(s) to Seal |
|---|---|---|
| | Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification | Pages/Lines: 4:11-13 17:22-23 |

Subsection (f) of Local Rule 79-5 sets forth procedures that apply when a party seeks to file information designated as confidential by an another party or non-party. This Administrative Motion is based on Defendants Sara H. Cody, James Williams, Jeffrey Smith and Santa Clara County's designation of certain information as confidential under the protective order entered in this action. *See* ECF No. 69. Plaintiffs take no position on whether the information Defendants marked as confidential meets the standard for sealing at this time. Pursuant to Local Rule 79-5(f)(3), Defendants have seven days to file a statement or declaration establishing that the material is "sealable" (as defined in Local Rule 79-5(c)).

DATED: July 14, 2023

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*/s/        Rachele R. Byrd*
RACHELE R. BYRD

Rachele R. Byrd
byrd@whafh.com
750 B Street, Suite 1820
San Diego, CA  92101
Telephone:      (619) 239-4599
Facsimile:      (619) 234-4599

Robert H. Tyler, Esq.
btyler@faith-freedom.com
Mariah Gondeiro, Esq.
mgondeiro@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone:      (951) 600-2733
Facsimile:      (951) 600-4996

*Attorneys for Plaintiffs and the Class*

29758