1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **UNIFYSCC**, an unincorporated California association on behalf of employees in Santa Clara County; **TOM DAVIS**, individually and on behalf of all others similarly situated; **MARIA RAMIREZ**, individually and on behalf of all others similarly situated; and **ELIZABETH BALUYUT**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> **SARA H. CODY**, in her official capacity as the Santa Clara County Public Health Officer; **JAMES WILLIAMS**, in his official capacity as the County Counsel of Santa Clara County; **JEFFREY SMITH**, in his official capacity as the County Executive of Santa Clara County; and **SANTA CLARA COUNTY**, <br><br> Defendants. | Case No.: 22-cv-01019-BLF <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Hon. Beth Labson Freeman |

This matter comes before the Court on Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Plaintiffs move to seal the following:

| ECF or Ex. No. | Document | Portion(s) to Seal |
|---|---|---|
| Exhibit K | Declaration of Mariah Gondeiro in Support of Plaintiffs' Motion for Class Certification (the "Gondeiro Decl.") (Deposition Transcript of Megan Doyle) | Pages 93-94 |
| Exhibit V | Gondeiro Decl. (Expert Declaration of Mr. Keith L. Mendes, CFA In Support of Plaintiffs' Motion for Class Certification) | Highlighted portions at pages: <br> 7, n.20 <br> 9, n.28 <br> 13, n.44 <br> 14, Subheading A <br> 14, n.37 <br> 15, ¶ 50 <br> 16, ¶ 55, Subheading B <br> 17, ¶¶ 61, 62, Subheading C <br> 18, ¶¶ 65, 70 <br> 19, ¶ 72, Subheading D <br> 20, ¶¶ 79, 81 <br> 21, Subheadings B, C, D, ¶¶ 85-89 <br> 22, ¶¶ 90-94, Subheading E <br> Ex. 1, Category Headings <br> Ex. 2, Category Headings & note [C]-[F] |
| | Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification | Pages/Lines: <br> 4:11-13 <br> 17:22-23 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
CLASS CERTIFICATION; MEMORANDUM OF POINTS AND AUTHORITIES
Case No. 22-cv-01019-BLF

-1-

Upon consideration of the administrative motion to seal, the papers submitted in support and in response thereto, and good cause appearing, the motion is GRANTED.

**IT IS SO ORDERED.**

DATE: _____

THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

29759