1  Robert H. Tyler, Esq., CA Bar No. 179572
   btyler@faith-freedom.com
2  Mariah Gondeiro, Esq., CA Bar No. 323683
   mgondeiro@faith-freedom.com
3  **ADVOCATES FOR FAITH & FREEDOM**
   25026 Las Brisas Road
4  Murrieta, California 92562
   Telephone:     (951) 600-2733
5  Facsimile:     (951) 600-4996

6  Rachele R. Byrd (190634)
   byrd@whafh.com
7  **WOLF HALDENSTEIN ADLER**
     **FREEMAN & HERZ LLP**
8  750 B Street, Suite 1820
   San Diego, CA  92101
9  Telephone:     (619) 239-4599
   Facsimile:     (619) 234-4599
10

11 *Attorneys for Plaintiffs and the Proposed Class*

12             **UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                      **SAN JOSE DIVISION**

| | |
|---|---|
| **UNIFYSCC**, an unincorporated California association on behalf of employees in Santa Clara County; **TOM DAVIS**, individually and on behalf of all others similarly situated; **MARIA RAMIREZ**, individually and on behalf of all others similarly situated; and **ELIZABETH BALUYUT**, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>     vs.<br><br>**SARA H. CODY**, in her official capacity as the Santa Clara County Public Health Officer; **JAMES WILLIAMS**, in his official capacity as the County Counsel of Santa Clara County; **JEFFREY SMITH**, in his official capacity as the County Executive of Santa Clara County; and **SANTA CLARA COUNTY**,<br><br>          Defendants. | Case No.:  22-cv-01019-BLF<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Rachele R. Byrd, hereby certify that I am a citizen of the United States, over the age of eighteen, and not a party to the within action. I hereby certify that on July 14, 2023, I delivered the following documents:

**[UNREDACTED] PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION; MEMORANDUM OF POINTS AND AUTHORITIES**

**[UNREDACTED] EXHIBIT K TO THE DECLARATION OF MARIAH GONDEIRO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**EXHIBIT V TO THE DECLARATION OF MARIAH GONDEIRO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

via electronic mail to the following counsel:

JAMES R. WILLIAMS, County Counsel (S.B. #271253)
BRYAN K. ANDERSON, Deputy County Counsel (S.B. #170666)
NATHAN A. GREENBLATT, Deputy County Counsel (S.B. #262279)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Bryan.Anderson@cco.sccgov.org
Nathan.Greenblatt@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, SARA H. CODY,
JAMES WILLIAMS, and JEFFREY SMITH

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of July 2023 at Poway, California.

DATED: July 14, 2023                    */s/Rachele R. Byrd*
                                         RACHELE R. BYRD