Robert H. Tyler, Esq., CA Bar No. 179572
btyler@faith-freedom.com
Mariah Gondeiro, Esq., CA Bar No. 323683
mgondeiro@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone:   (951) 600-2733
Facsimile:   (951) 600-4996

Rachele R. Byrd (190634)
byrd@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone:   (619) 239-4599
Facsimile:   (619) 234-4599

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **UNIFYSCC**, an unincorporated California association on behalf of employees in Santa Clara County; **TOM DAVIS**, individually and on behalf of all others similarly situated; **MARIA RAMIREZ**, individually and on behalf of all others similarly situated; and **ELIZABETH BALUYUT**, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>    vs.<br><br>**SARA H. CODY**, in her official capacity as the Santa Clara County Public Health Officer; **JAMES WILLIAMS**, in his official capacity as the County Counsel of Santa Clara County; **JEFFREY SMITH**, in his official capacity as the County Executive of Santa Clara County; and **SANTA CLARA COUNTY**,<br><br>            Defendants. | Case No.:  22-cv-01019-BLF<br><br>**PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>DATE:   December 21, 2023<br>TIME:    9:00 a.m.<br>CTRM:   3, 5th Floor<br>JUDGE:  Hon. Beth Labson Freeman |

PLEASE TAKE NOTICE that on December 21, 2023 at 9:00 a.m. in Courtroom 3, 5th Floor of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, Plaintiffs UnifySCC, Tom Davis, Maria Ramirez, and Elizabeth Baluyut ("Plaintiffs") will, and hereby do respectfully move this Court for an order:

1. certifying pursuant to Federal Rules of Civil Procedure, Rule 23(b)(1)(a) and (b)(3) the following Class:

   All individuals who: 1) work or worked for the County and/or are or were subject to its vaccine policies and orders, including the Risk Tier System; 2) were forced by the County to choose between taking the vaccine to maintain their jobs and/or their employment-related benefits or being placed on unpaid leave; 3) are, or have been, classified as working in high risk jobs pursuant to the County's Risk Tier System; and 4) received, or will receive, a religious exemption from the County (the "Class") between August 5, 2021 and September 27, 2022 (the "Class Period").

2. appointing Plaintiffs as Class Representatives; and

3. appointing Advocates for Faith and Freedom ("Advocates") and Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein") as Co-Class Counsel.

All the prerequisites and requirements for class certification are met and therefore certification is warranted. Plaintiffs base their Motion for Class Certification on: the Memorandum of Points and Authorities filed in support of this Motion; the Declaration of Mariah Gondeiro and its exhibits; the Declarations of Plaintiffs UnifySCC, Tom Davis, Maria Ramirez, and Elizabeth Baluyut; the Expert Declaration of Mr. Keith L. Mendes, CFA; all other records and papers on file in this action; any oral argument and evidence that may be presented at the hearing on this Motion; and all other matters properly before the Court.

DATED:  July 21, 2023

        **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

        */s/     Rachele R. Byrd*
        RACHELE R. BYRD

Rachele R. Byrd
byrd@whafh.com
750 B Street, Suite 1820
San Diego, CA  92101
Telephone:     (619) 239-4599
Facsimile:     (619) 234-4599

Robert H. Tyler, Esq.
btyler@faith-freedom.com
Mariah Gondeiro, Esq.
mgondeiro@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone:     (951) 600-2733
Facsimile:     (951) 600-4996

*Attorneys for Plaintiffs and the Class*

29778