TONY LOPRESTI, County Counsel (S.B. #289269)
BRYAN K. ANDERSON, Deputy County Counsel (S.B. #170666)
NATHAN A. GREENBLATT, Deputy County Counsel (S.B. #262279)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Bryan.Anderson@cco.sccgov.org
Nathan.Greenblatt@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, SARA H. CODY,
JAMES WILLIAMS, and JEFFREY SMITH

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San José Division)

| | |
|---|---|
| UNIFYSCC, et al., | No. 22-CV-01019 BLF |
| Plaintiffs, | **SUPPLEMENTAL DECLARATION OF BRYAN K. ANDERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| SARA H. CODY, et al., | |
| Defendants. | Date:     December 20, 2023<br>Time:     9:00 a.m.<br>Ctrm:     3, 5th Floor<br>Judge:    The Honorable Beth Labson Freeman |

1

**DECLARATION OF BRYAN K. ANDERSON**

2

I, Bryan K. Anderson, declare:

3   1.   I am an attorney admitted to practice in the State of California and a Deputy County

4   Counsel in the Office of the County Counsel for the County of Santa Clara, counsel of record for

5   Defendants in the above-captioned case.  Unless otherwise indicated, I have personal knowledge of

6   the following facts, and if called to testify as to those facts, I could and would do so competently.

7   2.   In response to the Court's Order (ECF No. 107) that the County clarify the motion to

8   seal as to ECF Nos. 93-4, 93-5, and 93-6, I submit this declaration to provide corrected public versions

9   of these exhibits to fully redact the personally identifying information email address.

10   3.   Attached as to my declaration is a redacted version of **Corrected Exhibit 3** to my

11   prior declaration in which the personally identifying information is redacted.

12   4.   Attached as to my declaration is a redacted version of **Corrected Exhibit 4** to my

13   prior declaration in which the personally identifying information is redacted.

14   5.   Attached as to my declaration is a redacted version of **Corrected Exhibit 5** to my

15   prior declaration in which the personally identifying information is redacted.

16   I declare under penalty of perjury under the laws of the United States of America that the

17   foregoing is true and correct.

18   Executed on October 25, 2023 at San José, California.

19

20

21   */s/ Bryan K. Anderson*

22   BRYAN K. ANDERSON

23

24

25

26

27

28   2919420

Supplemental Declaration of Bryan K. Anderson ISO
Opposition to Plaintiffs' Motion for Class Certification

22-CV-01019 BLF

# Exhibit 3

**From:** Jim Luna ████████████
**To:** EODRA <EODRA@eod.sccgov.org>
**Subject:** Re: [EXTERNAL] Medical Exemption Form
**Date:** Mon, 23 Aug 2021 21:14:12 -0700
**Importance:** Normal
**Inline-Images:** image002.jpg; image001.jpg

---

Kaiser. Sept. 3rd.

On Saturday, August 21, 2021, 09:21:26 PM PDT, EODRA <eodra@eod.sccgov.org> wrote:

Greetings,

Please provide the date of the appointment and the name of the provider to receive an extension.

Thank you

---

**From:** Jim Luna ████████████
**Sent:** Friday, August 20, 2021 4:03 PM
**To:** EODRA <EODRA@eod.sccgov.org>
**Cc:** Jim Luna ████████████
**Subject:** [EXTERNAL] Medical Exemption Form

James Edward Luna

**EXHIBIT**

**14**

09-29-2023

**COUNTY OF SANTA CLARA**
**MEDICAL EXEMPTION AND/OR DISABILITY EXCEPTION REQUEST FORM**
Exception to SARS-CoV-2 (COVID-19) Vaccination Requirement

| FULL NAME James Luna | EMPLOYEE ID (IF APPLICABLE) 29558 |
|---|---|
| JOB TITLE (IF APPLICABLE) Deputy | LOCATION OF WORKSITE Elmwood Correctional Facility |
| COUNTY DEPARTMENT OR AGENCY Sheriff | COUNTY SUPERVISOR (IF APPLICABLE) |
| PHONE NUMBER ▮▮▮ | EMAIL ▮▮▮ |

NAME OF EMPLOYER/SCHOOL (IF CONTRACTOR OR STUDENT)
Santa Clara County Sheriff

*This form should be used by County of Santa Clara employees, contractors, interns, and volunteers (including commissioners) working or volunteering on-site at a County facility or other County location to request an exception to the County's COVID-19 vaccination requirement based on (a) medical exemption due to a contraindication or precaution to COVID-19 vaccination recognized by the U.S. Centers for Disease Control and Prevention (CDC) or by the vaccines' manufacturers; or (b) disability.*

*Fill out Part A to request an Exception based on Medical Exemption. Fill out Part B to request an Exception based on Disability. Both sections may be completed if both apply to you, and both sections refer to an attached certification form from a qualified licensed health care provider. Important: Do not identify any diagnosis, disability, or other medical information. That information is not required to submit your request.*

## Part A: Request for Exception Based on Medical Exemption

☑ The Contraindications or Precautions to COVID-19 vaccination recognized by the CDC or by the vaccines' manufacturers apply to me with respect to all available COVID-19 vaccines. For that reason, I am requesting an Exception to the COVID-19 vaccination requirement based on medical exemption. My request is supported by the attached certification from my physician, nurse practitioner, or other licensed medical professional practicing under the license of a physician.

## Part B: Request for Exception Based on Disability

☐ I have a Disability and am requesting an Exception to the COVID-19 vaccination requirement as a disability accommodation. My request is supported by the attached certification from my licensed physician, nurse practitioner, or other licensed medical professional practicing under the license of a physician.

*** FORM CONTINUES ON NEXT PAGE ***

**COUNTY OF SANTA CLARA**
**MEDICAL EXEMPTION AND/OR DISABILITY EXCEPTION REQUEST FORM**
Exception to SARS-CoV-2 (COVID-19) Vaccination Requirement

Please provide any additional information that you think may be helpful in processing your request. *Again, do not identify your diagnosis, disability, or other medical information.*

I have a Doctors appointment in September to see wheather the Covid shot is ok to take. Paper work will come following the outcome.

**While my request is pending, I understand that I must comply with all other COVID-19 prevention requirements (e.g., face coverings, regular asymptomatic testing) for unvaccinated or not fully vaccinated individuals under County policy and state and local public health directives. If my request is granted, I understand that I will be required to comply with COVID-19 prevention requirements, other than vaccination, as specified.**

I verify the truth and accuracy of the statements in this request form.

Signature: _____  Date: 8/20/21

Name of County Staff Receiving This Request Form: _____

Date Received: _____

Sent from my iPhone

# Exhibit 4

**From:** "EODRA" <EODRA@eod.sccgov.org>
**To:** "Jim Luna" <██████████████>
**Subject:** RE: [EXTERNAL] Medical Exemption Form
**Date:** Mon, 04 Oct 2021 09:39:04 -0700
**Importance:** Normal
**Inline-Images:** image001.jpg

---

Dear Mr. Luna,

If you continue to be off of work on 4850 leave, the requirement is that the exemption request be complete or that you upload proof of vaccination as required before you return to work at the County. As indicated in our message, your exemption request did not include the required Certification that needs to be completed by a health care provider. If you submit a complete request while you remain off of work on 4850 leave, the Equal Opportunity Division can consider that request.

Thank you.

*Equal Opportunity Division*
*Office of the County Counsel – EOD*

**The mission of the County of Santa Clara is to**
***plan* for the needs of a dynamic community, *provide* quality services,
and *promote* a healthy, safe and prosperous community for all.**

NOTICE: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.



**From:** Jim Luna ██████████████>
**Sent:** Sunday, September 19, 2021 9:46 PM
**To:** EODRA <EODRA@eod.sccgov.org>
**Subject:** Re: [EXTERNAL] Medical Exemption Form

Greetings EODRA,

I'm responding to your recent Email about not being eligible for Medical exemption. I've been on 4850 from work since Since Sept. 1st. I also been dealing with a recent death in the Family. Do to these events I have not always checked emails, which is why I'm just now responding to this email. I apologize for the late response but I'm asking for an extension for my Medical Exemption till Tues Sept. 21st.

I would really appreciate it if you can take this under consideration.

Thank you very much,
Deputy James Luna

On Wednesday, September 15, 2021, 05:22:54 PM PDT, EODRA <eodra@eod.sccgov.org> wrote:

Greetings,

EOD did not receive your completed vaccination exemption request by the applicable deadline. As a result, you are currently not eligible for an exemption and we will close our file on this matter. Please be aware that you must comply with the County directives and policies regarding vaccination, testing, and masking, including the memorandum entitled "COVID-19 Vaccination Requirement for County Personnel" and the memorandum entitled "COVID-19 Symptom Screening for On-Site Personnel and Visitors; and COVID-19 Testing of Unvaccinated Personnel". According to the memorandum, County employees who fail to comply with these requirements are subject to release or discharge from County employment.

Thank you.

- "COVID-19 Vaccination Requirement for County Personnel"
- "COVID-19 Symptom Screening for On-Site Personnel and Visitors; and COVID-19 Testing of Unvaccinated Personnel"

*Equal Opportunity Division*

*Office of the County Counsel – EOD*

**The mission of the County of Santa Clara is to**
***plan* for the needs of a dynamic community, *provide* quality services,**

**and**
***promote* a healthy, safe and prosperous community for all.**

NOTICE: This email message and/or its attachments may contain

information that is confidential or restricted. It is intended only for

the individuals named as recipients in the message. If you are NOT an

authorized recipient, you are prohibited from using, delivering,

distributing, printing, copying, or disclosing the message or content to

others and must delete the message from your computer. If you have

received this message in error, please notify the sender by return

email.

COUNTY_UNIFY_024029

# Exhibit 5

**From:** "EODRA" <EODRA@eod.sccgov.org>
**To:** "Jim Luna" ██████████████ >
**Subject:** RE: [EXTERNAL] Change of Exemption form
**Date:** Wed, 06 Oct 2021 12:21:23 -0700
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.jpg

---

Greetings,
We received your COVID-19 Vaccination Exemption/Exception Request. We will notify you if additional information or other follow-up is needed.
**Please do not reply to this email.**
Thank you

*Equal Opportunity Division*
*Office of the County Counsel – EOD*

**The mission of the County of Santa Clara is to**
***plan*** **for the needs of a dynamic community,** ***provide*** **quality services, and** ***promote*** **a healthy, safe and prosperous community for all.**

NOTICE: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

---

**From:** Jim Luna ██████████████ >
**Sent:** Wednesday, October 6, 2021 11:14 AM
**To:** EODRA <EODRA@eod.sccgov.org>
**Cc:** Jim Luna ██████████████
**Subject:** [EXTERNAL] Change of Exemption form

If I may, I would like to change my Original Exemption form from Medical to Religious.

James Edward Luna
**EXHIBIT**
**16**
09-29-2023

## COUNTY OF SANTA CLARA
## RELIGIOUS EXCEPTION REQUEST FORM
Accommodation to SARS-CoV-2 (COVID-19) Vaccination Requirement

| FULL NAME | EMPLOYEE ID (IF APPLICABLE) |
|---|---|
| James Luna | 29558 |
| JOB TITLE (IF APPLICABLE) | LOCATION OF WORKSITE |
| Sheriff Deputy | Elmwood |
| COUNTY DEPARTMENT OR AGENCY | COUNTY SUPERVISOR (IF APPLICABLE) |
| Santa Clara Co. Sheriff Department | |
| PHONE NUMBER | EMAIL |
| ███████ | ███████ |
| NAME OF EMPLOYER/SCHOOL (IF CONTRACTOR OR STUDENT) | |

**Based on my sincerely held religious belief, practice, or observance, I am requesting an exception to the County of Santa Clara's COVID-19 vaccination requirement as a religious accommodation.**

Please identify your sincerely held religious belief, practice, or observance that is the basis for your request for an exception as a religious accommodation.

Catholic.

Please briefly explain how your sincerely held religious belief, practice, or observance conflicts with the County's COVID-19 vaccination requirement.

Although I have taken vaccines before as a child, I do believe my body is a Temple and have not taken any since.

Please provide any additional information that you think may be helpful in processing your religious accommodation request.

Matthew 9:12 But when he heard it, he said, "Those who are well have no need of a physician, but those who are sick.

*While my request is pending, I understand that I must comply with all other COVID-19 prevention requirements (e.g., face coverings, regular asymptomatic testing) for unvaccinated or not fully vaccinated individuals under County policy and state and local public health directives. If my request is granted, I understand that I will be required to comply with COVID-19 prevention requirements, other than vaccination, as specified.*

I verify the truth and accuracy of the statements in this request form.

Signature: _James Luna_     Date: 10-6-21

Name of County Staff Receiving This Request Form: _____

Date Received: _____

Sent from my iPhone