Robert H. Tyler, Esq., CA Bar No. 179572
btyler@faith-freedom.com
Mariah Gondeiro, Esq., CA Bar No. 323683
mgondeiro@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 600-2733
Facsimile: (951) 600-4996

Rachele R. Byrd (190634)
byrd@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**UNIFYSCC**, an unincorporated California association on behalf of employees in Santa Clara County; **TOM DAVIS**, individually and on behalf of all others similarly situated; **MARIA RAMIREZ**, individually and on behalf of all others similarly situated; and **ELIZABETH BALUYUT**, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

**SARA H. CODY**, in her official capacity as the Santa Clara County Public Health Officer; **JAMES WILLIAMS**, in his official capacity as the County Counsel of Santa Clara County; **JEFFREY SMITH**, in his official capacity as the County Executive of Santa Clara County; and **SANTA CLARA COUNTY**,

Defendants.

Case No.: 22-cv-01019-BLF

**SUPPLEMENTAL DECLARATION OF MARIAH GONDEIRO IN FURTHER SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

DATE: December 20, 2023
TIME: 9:00 a.m.
CTRM: 3, 5th Floor
JUDGE: Hon. Beth Labson Freeman

I, Mariah Gondeiro, declare as follows:

1. I am an attorney duly licensed in the State of California and represent Plaintiffs Unify Santa Clara County ("UnifySCC"), Tom Davis, Maria Ramirez, and Elizabeth Baluyut (collectively, "Plaintiffs"). I submit this supplemental declaration in further support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the matters set forth below and could and would testify competently to them if called upon to do so.

2. Below are true and correct copies of documents and communications I received from Defendant Santa Clara County (the "County") during discovery. The documents have been redacted to remove personal identifying information, such as email addresses and employee identification numbers.

3. Attached hereto as **Exhibit A** is a true and correct copy of a document bates stamped County_UnifySCC_006728–31. At County_UnifySCC_006728, a county employee emails the following: medically exempt employees "are being given priority consideration for vacant positions as part of the accommodation process" while "those with provisionally approved religious exemptions will be considered for positions for which they apply the same as other[s] being considered for the positions."

4. Attached hereto as **Exhibit B** is a true and correct copy of a document bates stamped County_UnifySCC_007057–59. At County-UnifySCC_007059, the Equal Opportunity Director explains in an email to an employee that if he chooses "to request a medical/disability exemption from the County's vaccination requirements, and that request is approved," he "may be entitled to priority consideration for placement in or selection for vacant positions as part of the accommodation process."

5. Attached hereto as **Exhibit C** is a true and correct copy of a document bates stamped County_UnifySCC_007065–66, wherein a County employee states in an email to a religiously exempt employee, "[W]e cannot reassign or place you in a position ahead of others who may wish to apply for an open position.").

6. Attached hereto as **Exhibit D** is a true and correct copy of a document bates stamped County_UnifySCC_007392-007401. At County_UnifySCC_007394, a County employee emails the following: "All employees with provisionally approved exemptions may apply for positions through the normal County job-filling and recruitment processes (transfer line, internal recruitments, open recruitments, etc.). But since priority cannot be given based on religious beliefs, it is very important for employees with provisionally approved religious exemptions to apply for positions through these normal processes, including updating their job applications on NeoGov and considering their qualifications for posted positions."

7. Attached hereto as **Exhibit E** is a true and correct copy of a document bates stamped County_UnifySCC_007533 – 007534, wherein a County employee states, "I do believe there may be several in clinic locations for example, but we cannot place them into positions, they must apply, which may mean immediately checking the transfer line on these."

8. Attached hereto as **Exhibit F** is a true and correct copy of a document bates stamped County_UnifySCC_009332–33, wherein the County's Chief Operating Officer on August 5, 2021, announces the implementation of the County's vaccination policy even though "the vast majority of the County's workforce is already fully vaccinated."

9. Attached hereto as **Exhibit G** is a true and correct copy of a portion of a PowerPoint presentation bates stamped County_UnifySCC_012421–63 and dated August 5, 2021, which reflects that COVID-19 cases were slowing down prior to issuance of the vaccination mandate and that the worst of the pandemic was already over.

10. Attached hereto as **Exhibit H** is a true and correct copy of a portion of a PowerPoint presentation bates stamped County_UnifySCC_012548, which reflects that when the vaccination mandate was implemented, 81.7% of the County was already vaccinated.

11. Attached hereto as **Exhibit I** is a true and correct copy of a portion of a document bates stamped County_UnifySCC_011727, which reflects at that the Omicron variant was still present in those who were vaccinated.

12. Attached hereto as **Exhibit J** is a true and correct copy of a document bates stamped County_UnifySCC_001852–53, which reflects Exempt employees in high-risk roles

were placed on administrative leave as a reasonable accommodation and the County "assist[ed] them in seeking reassignment or transfer to lower or intermediate-risk positions." The Employee Services Agency (ESA) "established a specific, dedicated team to work with any employee exempted from COVID-19 vaccination for any reason, to help to identify and potentially recommend vacant positions with the County for which the employee may consider applying," but employees "who obtained an exemption based on a disability or medical contraindication vaccination are encouraged to work with" the Equal Opportunity Division (EOD), "which can assist them with transfers."

13. Attached hereto as **Exhibit K** is a true and correct copy of a document bates stamped County_UnifySCC_003635. The letter demonstrates that the County did deny religious exemptions.

14. Attached hereto as **Exhibit L** is a true and correct copy of document bates stamped County_UnifySCC_006429. The letter demonstrates that the County did deny religious exemptions.

15. Attached hereto as **Exhibit N** is a true and correct copy of a document bates stamped County_UnifySCC_010276, which identifies 10 Sheriff's Office employees whose exemption requests were denied.

16. Attached hereto as **Exhibit O** is a true and correct copy of County_UnifySCC_032841-42, which reflects that the County denied 8 Sheriff's Office employees' requests for exemption.

17. Attached hereto as **Exhibit P** is a true and correct copy of a document bates stamped County_UnifySCC_005640–41, which reflects that religiously exempt employees were referred to Vaxjobreview@esa.sccgov.org within ESA, while medically exempt employees were referred to the EOD and Guy.Nuzum@eod.sccgov.org within EOD.

18. Attached hereto as **Exhibit Q** is a true and correct copy of a document bates stamped County_UnifySCC_033423–25, which reflects that if a religiously exempt employee emailed EOD, they were referred to ESA and VaxJobs Review.

19. Attached hereto as **Exhibit R** is a true and correct copy of a document bates

stamped County_UnifySCC_006181-84, which states at 006182, "EOD staff have expertise in helping employees find appropriate County positions when employees are unable to perform their existing jobs due to *medical/disability* issues."

20. Attached hereto as **Exhibit S** is a true and correct copy of a document bates stamped County_UnifySCC_006191, which states, "The RA [i.e. EOD] team is not helping employees who have been granted a religious exemption we are helping employees who have requested medical exemptions."

21. Attached hereto as **Exhibit T** is a true and correct copy of a document bates stamped County_UnifySCC_006913–15, which is a letter from the CEO of Santa Clara Valley Medical Center to exempt individuals stating that vaxjobreview was created for religiously exempt employees, while EOD exists to help those with medical/disability issues.

22. Attached hereto as **Exhibit V** is a true and correct copy of a document bates stamped County_UnifySCC_27755, which is a County spreadsheet reflecting approximately 52 employees with medical exemptions in high-risk settings.

23. Attached hereto as **Exhibit W** is a true and correct copy of a document bates stamped County_UnifySCC_006176–79, which reflects the County denying accommodations in favor of unpaid administrative leave.

24. Attached as **Exhibit X** is a true and correct copy of a document bates stamped County_UnifySCC_006192-95, which reflects the County denying accommodations in favor of unpaid administrative leave.

25. Attached hereto as **Exhibit Y** is a true and correct copy of a document bates stamped County_UnifySCC_004867–68, which reflects the County denying accommodations in favor of unpaid administrative leave.

26. Attached hereto as **Exhibit Z** is a true and correct copy of a document bates stamped County_UnifySCC_006708–10, which is email correspondence demonstrating an employee categorized as high-risk could have continued working without remotely and it was not necessary for them to make in-person visits.

27. Attached hereto as **Exhibit AA** is a true and correct copy of a document bates

stamped County_UnifySCC_007060–61, which is email correspondence from a County employee classified as high-risk and which states in an email dated March 29, 2022 that "the Fire Department and Police Department unvaccinated workers were able to return to work 2 weeks ago."

28. Attached hereto as **Exhibit BB** is a true and correct copy of a document bates stamped County_UnifySCC_006269-76. At County_UnifySCC_006272, a county employee from the ESA wrote the following in an email: "Each department's managers collaborated [with] the County Counsel's Office to implement guidance and direction from Public Health on which areas/assignments within each department would be considered high risk."

29. Attached hereto as **Exhibit CC** is a true and correct copy of County_UnifySCC_007392 – 007401. At County_UnifySCC_007397, a County employee emails the following: "People involved in determining the risk levels were members of the Public Health Department, County Executive's Office, County Counsel's Office, County Counsel's office, and experts within each department familiar with the employees' role and work; not just one person."

30. Attached hereto as **Exhibit DD** is a true and correct copy of a document bates stamped County_UnifySCC_007649–51. At County_UnifySCC_7650, the County's Labor Relations Director responds to questions from Union representatives: "Members of Behavior Health's executive team and managers collaborated with the Office of the County Counsel to implement guidance and direction from the Public Health Department and the County Executive on the COVID-19 related risks associated with areas/assignments, including what areas/assignments are sufficiently high-risk such that employee or community member safety would be significantly compromised by having unvaccinated staff in those roles."

31. Attached hereto as **Exhibit EE** is a true and correct copy of a document bates stamped County_UnifySCC_032421, which is an email sent by the EOD to all medically exempt employees reflecting that, prior to the Court's injunction, the County admittedly placed medically exempt employees into vacant County positions, but not religious exemptions. The email informs medically exempt employees of the Court's preliminary injunction and directs all

medically exempt employees to go through the competitive process to find alternate positions.

32. Attached hereto as **Exhibit FF** is the Supplemental Expert Declaration of Keith L. Mendes, CFA in Support of Plaintiffs' Motion for Class Certification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 1, 2023, at Palo Alto, California.

Mariah Gondeiro

Mariah Gondeiro

30201v2