Robert H. Tyler, Esq., CA Bar No. 179572
btyler@faith-freedom.com
Mariah Gondeiro, Esq., CA Bar No. 323683
mgondeiro@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 600-2733
Facsimile: (951) 600-4996

Betsy C. Manifold (182450)
Rachele R. Byrd (190634)
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **UNIFYSCC**, an unincorporated California association on behalf of employees in Santa Clara County; **TOM DAVIS**, individually and on behalf of all others similarly situated; **MARIA RAMIREZ**, individually and on behalf of all others similarly situated; and **ELIZABETH BALUYUT**, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>vs.<br><br>**SARA H. CODY**, in her official capacity as the Santa Clara County Public Health Officer; **JAMES WILLIAMS**, in his official capacity as the County Counsel of Santa Clara County; **JEFFREY SMITH**, in his official capacity as the County Executive of Santa Clara County; and **SANTA CLARA COUNTY**,<br><br>     Defendants. | Case No.: 22-cv-01019-BLF<br><br>**NOTICE OF APPEARANCE OF BETSY C. MANIFOLD ON BEHALF OF PLAINTIFFS** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Betsy C. Manifold of WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP hereby enters an appearance as counsel for Plaintiffs in the above-referenced actions. Please serve said counsel with all pleadings and notices in this action.

Betsy C. Manifold
manifold@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

Dated: December 18, 2023

Respectfully submitted,

By: /s/ *Betsy C. Manifold*
Betsy C. Manifold

Rachele R. Byrd
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

Robert H. Tyler, Esq., CA Bar No. 179572
btyler@faith-freedom.com
Mariah Gondeiro, Esq., CA Bar No. 323683
mgondeiro@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 600-2733
Facsimile: (951) 600-4996