1   TONY LOPRESTI, County Counsel (S.B. #289269)
    BRYAN K. ANDERSON, Deputy County Counsel (S.B. #170666)
2   NATHAN A. GREENBLATT, Deputy County Counsel (S.B. #262279)
    OFFICE OF THE COUNTY COUNSEL
3   70 West Hedding Street, East Wing, Ninth Floor
    San José, California  95110-1770
4   Telephone: (408) 299-5900
    Facsimile:  (408) 292-7240
5   Bryan.Anderson@cco.sccgov.org
    Nathan.Greenblatt@cco.sccgov.org
6
    Attorneys for Defendants
7   COUNTY OF SANTA CLARA, SARA H. CODY,
    JAMES WILLIAMS and JEFFREY SMITH
8

9                   UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       (San José Division)

11

12  UNIFYSCC, et al.,                      No. 22-CV-01019 BLF

13              Plaintiffs,                **DECLARATION OF JEFFREY V. SMITH
                                           IN SUPPORT OF DEFENDANTS' CROSS-
14  v.                                     MOTION FOR SUMMARY JUDGMENT
                                           AND OPPOSITION TO PLAINTIFFS'
15  SARA H. CODY, et al.,                  MOTION FOR PARTIAL SUMMARY
                                           JUDGMENT**
16              Defendants.
                                           Date:     October 24, 2024
17                                         Time:     9:00 a.m.
                                           Ctrm:     3, 5th Floor
18                                         Judge:    Honorable Beth Labson Freeman

19

20

21

22

23

24

25

26

27

28

                                      1

# DECLARATION OF JEFFREY V. SMITH

I, JEFFREY V. SMITH, M.D., declare as follows:

1.      I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently to them.

2.      I received my M.D. from the University of Southern California, School of Medicine. I earned my Juris Doctor degree from University of California Berkeley.

3.      I began my career as a family practice doctor working for Contra Costa County's health system.  I later became the Family Practice Residency Director and Chief Medical Officer for Contra Costa County's health system.  Additionally, I served as a Contra Costa County Board Supervisor and a Councilmember for the City of Martinez.

4.      I held the position of County Executive of the County of Santa Clara (the "County") from 2009 through 2023.  I retired from the County in June, 2023.

5.      The most significant public health emergency the County confronted during my tenure as County executive was the COVID-19 pandemic.  In the face of this public health emergency, the County issued public health guidance and public health orders beginning in March 2020 in an effort to slow the spread of Covid-19 and mitigate the resulting cases of severe illness, hospitalization, and deaths.  Attached as **Exhibit 1** to my declaration is a true and correct copy of the public health order archive published by the County, identifying Covid-19 health orders issued between March 2020 and December 2022.  This archive is available at https://covid19.sccgov.org/public-health-orders#archive.

6.      The COVID-19 pandemic presented unique challenges and risks to the County because of the residents we serve and the facilities we operate.  For example, the County operates the second largest public health care system in California and provides medical care to residents who are unable to obtain care anywhere else.  The County's patient population is at significant risk of serious illness and death from COVID-19 even before they enter a hospital.  Our health system suffered interruptions in patient care because of the COVID-19 pandemic.  We also traced multiple COVID-19 outbreak clusters to health system facilities that have impacted staff and patients.

/ /

7.     County leaders identified County buildings and facilities that presented a high risk of infection in congregate settings, and a higher risk of severe illness and death in settings with vulnerable populations.  Such facilities included the County's hospitals and clinics, jail facilities, homeless shelters, and other congregate settings.  The County and its departments used this identification of high-risk facilities in formulating infection prevention strategies, including implementation of the Health Order from Public Health as well as the County's administrative policies relating to vaccines.

8.     In the summer of 2021, the County experienced a surge in COVID-19 cases due to the Delta variant of the SARS-CoV-2 virus.  Daily case rates during the Delta surge were higher than the case rates experienced by residents of the county during the summer 2020 surge.  Federal, state, and local public health agencies were urging at this time that vaccination provided the most effective means of preventing infection, illness, and death.  Due to efforts undertaken by the County, we also had sufficient available vaccine stock to ensure that persons seeking vaccination could promptly do so.

9.     In August, 2020, I approved a County employee policy requiring all employees, interns, volunteers, and contractors to receive the COVID-19 vaccination by September 30, 2021, to "protect County personnel, the community members with whom County personnel interact, and all residents of the county."  I approved this policy as an emergency measure based on the guidance of the County's Public Health Department that all employers adopt such policies based on the significant rise of COVID-19 cases and hospitalizations among the unvaccinated due to the Delta variant.

10.    I considered this policy necessary to protect County personnel, the community members with whom County personnel interact, and all residents of the county.  I understood that the federally approved COVID-19 vaccines were safe and the most effective method of preventing people from getting and spreading the virus that causes COVID-19 and from getting seriously ill, ending up hospitalized, or dying if they get COVID-19.  A true and correct copy of the County's August 5, 2021 Memorandum Re: COVID-19 Vaccination Requirement for County Personnel is attached to my declaration as **Exhibit 2**.

11.     The County's employee vaccination policy permitted County employees to request an exemption if they (1) had "a contraindication"—*i.e.*, a "condition that makes vaccination inadvisable"—"recognized by the U.S. Centers for Disease Control and Prevention (CDC) or by the vaccine's manufacturer to ***every*** approved COVID-19 vaccine"; (2) had a disability and required a reasonable accommodation; or (3) objected to COVID-19 vaccination "based on their sincerely-held religious belief, practice, or observance."  Employees who requested an exemption could also request a reasonable accommodation.

12.     Attached as **Exhibit 3** is a true and correct copy of Report 110360 dated April 19, 2022 from the Office of the County Executive relating to the County employee COVID-19 vaccination requirements.  This report provides a summary of the County's accommodation process.

13.     The County identified reasonable accommodations for exempt employees in each type of low, intermediate, and high-risk role.  Those in lower-risk roles could be reasonably accommodated by wearing a surgical mask and receiving a COVID-19 test each week.  An example of a lower-risk role is an office worker who in many cases has minimal to no contact with the public. Unvaccinated exempted personnel in intermediate-risk roles could be reasonably accommodated by wearing an N95 respirator and obtaining two PCR COVID-19 tests each week.  An example of an intermediate-risk role is a staff member who may interact with the public but where there are risk-mitigating factors, such as the interactions taking place largely outdoors by a park ranger.  The County would reasonably accommodate unvaccinated exempted personnel working in high-risk roles with leave, with the option of using applicable paid leave banks, during which the County would assist them in seeking reassignment or transfer to a lower- or intermediate-risk position. Examples of a high-risk role is a doctor or nurse providing in-person patient care.

14.     Each County department designated positions occupied by employees granted exemptions based on the level of COVID-19 transmission risk: lower-, intermediate-, or high-risk. The departments were assigned this process because they are most familiar with the specific job duties required of personnel in their respective departments and whether such duties would require the employee to work in congregate settings in which vulnerable populations were present, such as County hospitals, clinics, shelters, and jails.

15.     County departments notified unvaccinated employees with approved exemptions performing high-risk roles that the County could not safely accommodate them in those roles.  The County also informed all such exempted employees that it would place them on administrative leave while their departments worked with them to determine whether reassignments or transfers within their departments were available.  These employees were allowed to apply their accrued, paid leave banks to this period of leave.

16.     The County also informed all exempted employees in high-risk roles that they could seek lower- and intermediate-risk roles in other County departments outside of their own, and that the County's Equal Opportunity Division (EOD) and Employee Services Agency (ESA) would assist them in this process.  Those who had received disability or medical exemptions were informed they may be entitled to priority consideration for vacant positions, consistent with the requirements of the Americans with Disabilities Act and the Fair Employment and Housing Act.  Such employees would follow the already established reasonable accommodation process used with all employees unable to perform their job functions due to a disability or medical condition.  The County also set up a team within ESA specifically to work with exempt employees to help identify and recommend vacant positions within the County for which the employee could consider applying.

17.     After entry of this Court's June 30, 2022 preliminary injunction ("P.I.") order, the County instructed employees responsible for assisting exempt employees with job placements to not give any exempt employee priority consideration.  The ESA team established by the County continued to work with exempt employees to help identify and recommend vacant positions within the County for which the employee could consider applying.

18.     On January 4, 2022, the County updated its vaccination policy to comply with the State's December 22, 2021 CDPH Health Order and the County Health Officer's December 28, 2021 Vaccination Health Order.  A true and correct copy of the COVID-19 Vaccination Requirement for County Personnel, Updated January 4, 2022, is attached to my declaration as **Exhibit 4**.

19.     On March 7, 2022, the County Health Officer issued her December 28, 2021 Vaccination Health Order that strongly urged all eligible persons to get vaccinated and boosted against COVID-19 as soon as possible, and recommended that "governmental entities should

implement mandatory vaccination requirements for all personnel[.]"  The Order specified that "[r]egular testing and masking…are not as protective of public health as being Up-to-Date on vaccination in helping prevent transmission of COVID-19; accordingly, those measures are a minimum safety requirement for exempt personnel in Higher-Risk Settings."

20.     I authorized the amendment of "COVID-19 Vaccination Requirements for County Personnel," to eliminate references to or requirements regarding "Higher-Risk Settings" as defined in the December 28 Vaccination Health Order and to revert to those requirements that were in place before the December 28 Vaccination Health Order.  A true and correct copy of the COVID-19 Vaccination Requirement for County Personnel, Updated March 28, 2022, to go into effect on April 1, 2022, is attached to my declaration as **Exhibit 5**.

21.     Allowing staff to work in high-risk roles unvaccinated during the period August 2021 to September 2022 would have imposed an undue hardship on the County.  Public health authorities agree that vaccination is the most effective means to reduce the rate of COVID-19 transmission and risk of serious illness, hospitalization, and death.  Moreover, the use of Personal Protective Equipment (PPE) and surveillance testing had proven insufficient to prevent outbreaks in healthcare and correctional settings.

22.     Allowing unvaccinated individuals to remain in "high risk" settings also would have imposed undue hardship on the County because it would expose the County to increased claims and liability.  The County is self-insured for workers' compensation purposes and liability for workers' compensation claims is borne directly by the County.  The County is legally obligated to provide a safe work environment for its employees.  Unvaccinated individuals in high-risk roles do not work alone, and they posed a significantly higher risk of contracting and therefore spreading COVID-19 than vaccinated employees.  To accommodate exempted employees unvaccinated status in their respective high-risk roles, the County would have had to adopt a less protective standard than the public health guidance it had received.  Doing so would have exposed the County to tort litigation by workers and members of the public, such as the medically vulnerable patients or the inmates in the custodial facilities, who could claim the County was negligent in disregarding public health's strong recommendation, causing the injury, illness, hospitalization, or death of staff, patients, and members

1    of the public.

2       23.  I authorized amendment of the vaccination policy in September 2022.  Attached as

3    **Exhibit 6** is a true and correct copy of the County's September 27, 2022 Updated COVID-19

4    Vaccination Requirement for County Personnel.  In authorizing this amendment, I considered the

5    guidance of the County's Public Health Department and data concerning the status of the pandemic.

6    I understood from such public health guidance and data that the COVID-19 pandemic, vaccination

7    rates and efficacy, and available treatments were trending in favor of better prevention and outcomes

8    for our community such that the vaccination mandate could be relaxed.

9

10    Dated: ___8/5/2024_____      _Jeffrey V. Smith_____

                JEFFREY V. SMITH

3086973

# Exhibit 1



County of
Santa Clara

**County Services**       **Departments**       **About the County**



Santa Clara County

*Search...*

Provider Site  ❯

**Menu**                                                              ⌄

🏠 Home  ▸  Public Health Orders

# Public Health Orders

English        中文        Español        Tiếng Việt        Tagalog

*Last content update: 3/25/24*

Public Health Orders are legal orders issued under the authority of California law. Violations of these orders are punishable by fine, imprisonment, or both.

There is currently one active Health Order issued by the County of Santa Clara. This Health Order requires use of Face Masks in Patient Care Areas of Healthcare Delivery Facilities from November 1 through March 31.

Health Order Requiring Use of Face Masks in Patient Care Areas of Health Care Delivery Facilities During Designated Winter Respiratory Virus Period; Rescission of Prior Health Orders | English (PDF) | Chinese | Spanish | Vietnamese | Tagalog

For more information, visit the Public Health Order Frequently Asked Questions webpage.

## Public Health Order Archive

**\*\*These public health orders are no longer in effect and are here for historical purposes only.\*\***

| Date | Title | Full text |
| --- | --- | --- |
| 12/29/2022 | County Public Health Officer's Recommendation Regarding Continued Remote Public Meetings of Governmental Entities | N/A |
| 9/12/2022 | Health Order Requiring Use of Face Coverings in Higher-Risk Settings; and Rescission of Prior Health Orders | English \| Chinese \| Spanish \| Vietnamese \| Tagalog |
| 3/7/2022 | Updated and Amended Order of the Health Officer of the County of Santa Clara Requiring Up-to-Date COVID-19 Vaccinations of Personnel in Higher-Risk Settings | English \| Chinese \| Spanish \| Vietnamese \| Tagalog |
| 2/28/2022 | Rescission of August 2, 2021 Health Order Requiring Use of Face Coverings Indoors By All Persons | English \| Chinese \| Spanish \| |

| Date | Title | Full text |
|------|-------|-----------|
| | | Vietnamese \| Tagalog |
| 1/31/2022 | Order of the Health Officer of the County of Santa Clara Requiring Certain Healthcare Facilities Within the County to Provide COVID-19 Diagnostic Testing | English \| Chinese \| Spanish \| Vietnamese \| Tagalog |
| 12/28/2021 | Order of the Health Officer of the County of Santa Clara Requiring Up-to-date COVID-19 Vaccination of Personnel in Higher Risk Settings | English |
| 8/2/2021 | Order of the Health Officer of the County of Santa Clara Requiring Use of Face Coverings Indoors by All Persons | English |
| 6/21/2021 | Order Of the Health Officer of the County of Santa Clara Phasing Out the May 18, 2021 Health Order Given Widespread Community Vaccination | English \| Chinese \| Spanish \| Vietnamese \| Tagalog |
| 5/18/2021 | Order of the Health Officer of the County of Santa Clara Establishing Focused Safety Measures to Protect the Community from COVID-19 | English \| Chinese \| Spanish \| Vietnamese \| Tagalog |
| 3/23/2021 | Santa Clara County Health Officer Advisory on COVID-19 Risk Reduction Measures - March 23, 2021 | English \| Chinese \| Spanish \| Vietnamese \| Tagalog |
| 1/25/2021 | Executive Summary of Revisions to the Health Officer's Mandatory Directives Issued January 25, 2021 | English |
| 1/7/2021 | Order of the Health Officer of the County of Santa Clara Directing Vaccination Providers in the County to | English \| Chinese \| Spanish |

| Date | Title | Full text |
|------|-------|-----------|
| | Provide COVID-19 Vaccination Information on an Ongoing Basis to the Health Officer and to Prepare Comprehensive Vaccination Plans | Vietnamese \| Tagalog |
| 11/28/2020 | Executive Summary of Revisions to the Health Officer's Mandatory Directives Issued November 28, 2020 | English |
| 10/5/2020 | Executive Summary of the Revised Risk Reduction Order Issued October 5, 2020 | English |
| 10/5/2020 | Order of the Health Officer of the County of Santa Clara Establishing Revised Mandatory Risk Reduction Measures Applicable to All Activities and Sectors to Address the COVID-19 Pandemic | English |
| 9/16/2020 | Order of the Health Officer of the County of Santa Clara Requiring Certain Healthcare Facilities Within the County to Provide COVID-19 Diagnostic Testing to Symptomatic Persons, Persons Who Have Had Contact With Confirmed COVID-19 Cases, Persons Who Have Been Referred for Testing by the County Public Health Department, and Essential Workers | English \| Chinese \| Spanish \| Vietnamese \| Tagalog |
| 9/4/2020 | Order of the Health Officer of the County of Santa Clara Mandating that All Health Care Facilities in Santa Clara County Require Healthcare Workers Receive an Annual Influenza Vaccination or, If They Decline, to Provide a Signed Declination by October 31 | English \| Chinese \| Spanish \| Vietnamese \| Tagalog |

| Date | Title | Full text |
|------|-------|-----------|
| 8/11/2020 | Ordinance No. NS-9.291 - An Uncodified Urgency Ordinance of the Board of Supervisors of the County of Santa Clara Relating to the Enforcement of Public Health Orders and Other Laws Related to the COVID-19 Pandemic, Providing for Administrative Fines, and Declaring the Urgency Thereof | English \| Chinese \| Spanish \| Vietnamese \| Tagalog |
| 7/2/2020 | Summary of New Health Officer Order | English |
| 7/2/2020 | Order of the Health Officer of the County of Santa Clara Establishing Mandatory Risk Reduction Measures Applicable to All Activities and Sectors to Address the COVID-19 Pandemic | English |
| 6/10/2020 | Order of the Health Officer of the County of Santa Clara Requiring Certain Healthcare Facilities Within the County to Offer COVID-19 Diagnostic Testing to Symptomatic Persons, Persons Who Have Had Contact with Confirmed COVID-19 Cases, and Persons Who Are at Higher Risk of Exposure | English |
| 6/5/2020 | Executive Summary June 5, 2020 Shelter-in-Place Order Updates | English (full text) \| Spanish (full text)<br><br>• Appendix B1<br>• Appendix B2<br>• Appendix C1<br>• Appendix C2 |
| 5/18/2020 | Order of the Health Officer of the County of Santa Clara Directing All Individuals in the County to | English |

| Date | Title | Full text |
|------|-------|-----------|
| | Continue Sheltering At Their Place of Residence Except for Identified Deeds and Activities, in Compliance With Specified Requirements | |
| 5/13/2020 | Order of the Health Officer of the County of Santa Clara Directing Hospitals and Skilled Nursing Facilities in the County to Disclose on an Ongoing Basis to the Health Officer Inventories of Personal Protective Equipment and Ventilators | English |
| 4/29/2020 | Order of the Health Officer of the County of Santa Clara Directing All Individuals in the County to Continue Sheltering at Their Place of Residence Except for Essential Needs and Identified Outdoor Activities in Compliance With Specified Requirements | English |
| 4/8/2020 | Order of the Health Officer of the County of Santa Clara Directing All Entities and Individuals in the County to Disclose on an Ongoing Basis to the Health Officer Inventories of Personal Protective Equipment and Ventilators | English |
| 4/6/2020 | Order of the Health Officer of the County of Santa Clara Directing Hospitals and Skilled Nursing Facilities in the County to Disclose on an Ongoing Basis to the Health Officer Inventories of Personal Protective Equipment and Ventilators | English |
| 3/31/2020 | Order of the Health Officer of the County of Santa Clara Directing All Individuals Living in the County to Continue Sheltering at Their Place of Residence Except for Essential Needs | English |
| 3/24/2020 | Order of the Health Officer of the County of Santa Clara Directing All Laboratories Conducting COVID-19 Diagnostic Tests to Report COVID-19 Test Information - | English |

| Date | Title | Full text |
|------|-------|-----------|
| | Including Positive, Negative, and Inconclusive Test Results - to Local and State Public Health Authorities | |
| | Order of the Health Officer of the County of Santa Clara Directing All Individuals Living in the County to | English \| Spanish |

## Quick Links

COVID Home

COVID Vaccines, Testing, and Treatment

COVID Data Dashboards

COVID Guidelines

Information for Healthcare Providers

Public Health Orders-Frequently Asked Questions

Subscribe to Public Health Newsletters

| | Gatherings of 1,000 or More Persons to Mitigate the Spread of COVID-19 | |

▶ Report a problem on this page

**FOLLOW PHD**

 Facebook

 Twitter

 YouTube

 Instagram

 LinkedIn

**LANGUAGES**                              **CONTACT**

中文

Español

Tiếng Việt

Tagalog

United Way 2-1-1: Call 24 hours a day, 7 days a week, available in 150 languages

## MORE INFORMATION

California Department of Public Health (CDPH)

Center for Disease Control and Prevention (CDC)

Subscribe to Public Health newsletters

COUNTY SERVICES

DEPARTMENTS AND AGENCIES

BOARD AGENDAS, MINUTES, AND WEBCASTS

VOLUNTEER OPPORTUNITIES

CAREERS

CONTACT US

COUNTY HOLIDAYS

ACCESSIBILITY

LINKS POLICY

PRIVACY POLICY

TERMS OF USE

©2024 County of Santa Clara. All rights reserved.

# Exhibit 2

DocuSign Envelope ID: B57BCAFF-DF0D-4C85-BA54-D6AD47862490

**OFFICE OF THE COUNTY EXECUTIVE**
**COUNTY OF SANTA CLARA**

Jeffrey V. Smith
**COUNTY EXECUTIVE**

County Government Center
70 West Hedding Street
East Wing, 11th Floor
San Jose, California 95110-1770

(408) 299-5105



**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

James R. Williams
**COUNTY COUNSEL**

County Government Center
70 West Hedding Street
East Wing, 9th Floor
San Jose, California 95110-1770

(408) 299-5900

## MEMORANDUM

TO:     All County of Santa Clara Personnel

FROM:   Jeffrey V. Smith, County Executive
        James R. Williams, County Counsel

RE:     **COVID-19 Vaccination Requirement for County Personnel**

DATE:   August 5, 2021

---

Clinical trials, scientific research, and safety monitoring have demonstrated that the federally approved COVID-19 vaccines are safe and are the most effective method of preventing people from getting and spreading the virus that causes COVID-19 and from getting seriously ill, ending up hospitalized, or dying, even if they do get COVID-19.

To protect County personnel, the community members with whom County personnel interact, and all residents of the county, the County will require all County personnel to be fully vaccinated subject to the limited exceptions below. County departments are responsible for ensuring that their employees, interns, volunteers, and also any contractors who regularly work onsite for their department, comply with this policy. This policy is issued as an emergency measure based on the strong recommendation of the Health Officer that employers adopt such policies immediately and based on the significant rise of COVID-19 cases and hospitalizations among the unvaccinated due to the Delta variant.

County personnel may obtain the COVID-19 vaccine at a County Health System vaccination site or through another location of their choosing. County employees may take paid time off to obtain the COVID-19 vaccination, consistent with information previously provided to all County staff. Information on the COVID-19 vaccines and how to obtain vaccination is available at sccfreevax.org.

## A.     Definitions

**County personnel,** for purposes of this Memorandum and related requirements, includes: (1) County employees, interns, and volunteers; and (2) County contractors who regularly perform

County_Unify_000543

Docusign Envelope ID: BC8C4854-695E-487F-8963-2F9F5A14D22F5
DocuSign Envelope ID: B57BCAFF-DF0D-4C85-BA54-D6AD47862490

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021
Page 2 of 4

services for the County onsite and interact with other individuals in person as part of their services for the County.  County contractors who qualify as County personnel include, for example, contract physicians and contracted staff who consistently work within County facilities, but would not include, for example, a third-party that a department retains on occasion to pick up or deliver a package or documents.

**COVID-19 vaccine** means a vaccine authorized to prevent COVID-19 by the federal Food and Drug Administration, including by way of an emergency use authorization.

**Fully vaccinated** means (1) it has been at least two weeks since a person has completed the entire recommended series of a COVID-19 vaccine, and (2) the person has provided proof of vaccination in a form consistent with the requirements for verification of vaccine status in the State of California's July 26, 2021 Public Health Officer Order.

**Partially vaccinated** means (1) a person has received (i) one dose of a two dose recommended series of a COVID-19 vaccine or (ii) the complete recommended series of a COVID-19 vaccine but it has not been at least two weeks since the person has completed the entire recommended series, and (2) the person has provided proof of vaccination in a form consistent with the requirements for verification of vaccine status in the State of California's July 26, 2021 Public Health Officer Order.

**B.     Required Vaccination**

- **By August 20, 2021** (*15 days from issuance of policy*) **all County personnel must be partially or fully vaccinated** or must have submitted a request for exemption.[1]

- **By September 30, 2021** (*8 weeks from issuance of policy*) **all County personnel must be fully vaccinated** or must have submitted a request for exemption.

- **Effective September 30, 2021** (*8 weeks from issuance of policy*) **all newly hired County employees and any new volunteers, interns, and/or contractors must be fully vaccinated** or must have submitted a request for exemption.

Requests for exemption must be submitted per Section C, below.  If a person's request for exemption is not approved, they must be partially or fully vaccinated within 14 days and fully vaccinated within 8 weeks of when they were notified that the request was not approved.

County employees who fail to comply with this policy are subject to release or discharge from County employment.  County contractors who fail to comply with this vaccination or exception

---

[1] If a person will not work for an extended period due to a leave of absence (such as for FMLA leave or pregnancy disability leave), they may contact their department head or designee to request a deferral of the vaccination requirements until they return to work.  But they must be fully vaccinated or have submitted a request for exemption by the time they return to work.

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021
Page 3 of 4

requirement may be barred from County worksites and not allowed to perform services for the County.  In addition, the County may, as appropriate, suspend or terminate the applicable contract.

## C.    Limited Exemptions to Vaccination Requirement

### 1.  Limited Exemptions for County Employees

_Limited exemptions_.  County employees may request a reasonable accommodation to the vaccination requirement if they:

1.  Have a contraindication recognized by the U.S. Centers for Disease Control and Prevention (CDC) or by the vaccine's manufacturer to _every_ approved COVID-19 vaccine.  A contraindication means a condition that makes vaccination inadvisable;

2.  Have a disability and are requesting an exception as a reasonable accommodation; or,

3.  Object to COVID-19 vaccination based on their sincerely-held religious belief, practice, or observance.

_How to request exemption_.  To seek a reasonable accommodation from the vaccination requirements in this Memorandum, County employees should:

1.  Contact their department head or designee(s) to obtain a copy of the appropriate form. The available forms are:
    a.  Medical Exemption and/or Disability Accommodation Request Form
    b.  Religious Accommodation Request Form

2.  Complete and submit the applicable form(s) to the County Equal Opportunity Division (EOD) at eodra@eod.sccgov.org.

If an accommodation is granted, the EOD will notify the employee and their department of the approval and the associated expiration date.  If a request for accommodation is denied, the EOD will notify the employee and their department.

### 2.  Limited Exemptions for County Contractors, Interns, and Volunteers

If a County contractor, intern, or volunteer is covered by this Memorandum and does not meet the vaccination requirements, the individual's sponsoring department may request an ad hoc exemption from Chief Operating Officer Miguel Márquez, who will consider the requested exemption on a case-by-case basis.  To the extent interns are entitled to be considered as part of the County's Reasonable Accommodation process, the Chief Operating Officer will forward the requested exception to EOD.  The Chief Operating Officer's consideration will include but not

DocuSign Envelope ID: B57BCAFF-DF0D-4C85-BA54-D6AD47862490

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021
Page 4 of 4

be limited to the sponsoring department's need and whether the contractor, intern, or volunteer meets the standard for an exception under Section C-1.

## **CONCLUSION**

Your timely attention to ensure compliance with these requirements is essential to the County's efforts to control the spread of COVID-19 and to comply with public health recommendations.  Employees, contractors, interns, and volunteers may direct any questions to their department head or designee(s).  If a department has any questions or concerns about these requirements, it may contact Chief Operating Officer Miguel Márquez.

Exhibit 3

Docusign Envelope ID: BC8C4854-695E-487F-8963-2E05A14D22E5

**County of Santa Clara**
**Office of the County Executive**



110360

**DATE:**     April 19, 2022

**TO:**        Board of Supervisors

**FROM:**    Jeffrey V. Smith, County Executive

**SUBJECT:** County Employee Vaccination Requirements

## RECOMMENDED ACTION

Under advisement from April 5, 2022 (Item No. 21): Receive report relating to County employee COVID-19 vaccination requirements. (Office of the County Executive)

## FISCAL IMPLICATIONS

There are no fiscal implications associated with receiving this informational report.

## REASONS FOR RECOMMENDATION

On March 8, 2022 (Item No. 8), at the request of Supervisor Ellenberg, the Board directed Administration to provide information relating to the number of employees remaining on unpaid leave status related to County employee vaccination requirements and how many individuals have returned to work. On April 5, 2022 (Item No. 21), at the request of Supervisors Chavez and Ellenberg, the Board of Supervisors directed Administration to report to the Board on April 19, 2022 with additional information relating to COVID-19 vaccination requirements for County employees, including a description of the reasonable accommodation process for vaccination exemptions, details on the risk rating criteria that impact the accommodations that can be offered to unvaccinated employees, and information regarding the number of employees with approved exemptions and their status.  This report responds to these requests through the following attached documents:

- A description of the County's risk tiers and risk-rating criteria utilized in determining the risks associated with unvaccinated employees working in various roles and work locations.

- A description of the County's reasonable accommodation process related to vaccination exemptions.

- Information regarding the number of County employees with approved vaccination exemptions and their work status.

County_UnifySCC_001834

## CHILD IMPACT

The recommended action will have no/neutral impact on children and youth.

## SENIOR IMPACT

The recommended action will have no/neutral impact on seniors.

## SUSTAINABILITY IMPLICATIONS

The recommended action will have no/neutral sustainability implications.

## BACKGROUND

Clinical trials, scientific research, and safety monitoring have demonstrated that federally approved COVID-19 vaccines are safe and are the most effective method of preventing the spread of the virus and preventing serious illness, hospitalization and death related to the COVID-19.  In order to protect County employees, community members served by the County, and all residents, the County of Santa Clara, as an employer, currently requires all County personnel to be fully vaccinated against COVID-19 and boosted when eligible, with limited exceptions.

## ATTACHMENTS:

- County of Santa Clara COVID-19 Risk Tiers and Risk-Rating Criteria (PDF)
- County of Santa Clara Vaccination Exemption Reasonable Accommodation Process (PDF)

Board of Supervisors: Mike Wasserman, Cindy Chavez, Otto Lee, Susan Ellenberg, S. Joseph Simitian
County Executive:  Jeffrey V. Smith
Agenda Date: April 19, 2022

Page **2** of **2**

County_UnifySCC_001835

County of Santa Clara Vaccination Exemption Reasonable Accommodation Process

All staff members whose COVID-19 vaccination-exemption requests were granted—including those working in high-risk roles—have been reasonably accommodated in accordance with the law and the County Public Health Department's guidance.

For many employees, the reasonable accommodation includes allowing them to continue working in their current positions, provided they comply with specific masking and COVID-19 testing guidance the County has received from the County Public Health Department.

For employees in high-risk positions or high-risk roles, however, the reasonable accommodation has been to allow them to remain employed and be on a leave of absence, for which they may choose to use their leave banks, while efforts are made to obtain a different County position—one that is either intermediate risk or lower risk with respect to COVID-19.

Presently, unvaccinated employees with exemptions who are in lower-risk roles can be reasonably accommodated in their current positions by wearing a surgical mask and receiving a PCR or antigen COVID-19 test each week.  Unvaccinated employees with exemptions in intermediate-risk roles can be reasonably accommodated by wearing an N95 respirator and obtaining two PCR or antigen COVID-19 tests each week.[1]

Based on the significant COVID-19 health and safety risks to and posed by unvaccinated employees working in high-risk roles, the County cannot safely accommodate them in their high-risk positions, duties, and work environments.  This is true, whether their exemptions are based on disability, medical contraindication to COVID-19 vaccines, or a sincerely held religious belief that precludes the person from being vaccinated against COVID-19.  The County is not required to endanger the public, other employees, or the unvaccinated employees by keeping them in these high-risk roles; and the County is not required to create temporary or permanent positions or to change their existing positions to eliminate essential job functions or assign those essential functions to other employees.  However, personnel in high-risk roles have not been released from County employment.  Instead, as discussed below, the County reasonably accommodates them by offering them a period of administrative leave—during which they may choose to use their applicable leave banks—and assisting them in seeking reassignment or transfer to lower- or intermediate-risk positions for which they may be qualified.

When employees in high-risk roles are placed on administrative leave, departments work with them in the interactive process to determine whether reassignments or transfers within their current department is available.  The County also informs these employees that they may seek lower- and intermediate-risk positions in other County departments and that the Employee Services Agency (ESA) and the Equal Opportunity Division (EOD) will assist them in this process.  ESA established a specific, dedicated team to work with any employee exempted from COVID-19 vaccination for any reason, to help to identify and potentially recommend vacant positions within the County for which the employee may consider applying, to help review the employee's job applications, and to assist employees in understanding the County's transfer and

---

[1] Personnel may also request exemptions from these COVID-19 testing and personnel protective equipment (PPE) requirements.  Those exemption requests, and possible reasonable accommodations, are assessed based on the specific circumstances, consistent with the law and County Public Health Department guidance.

County_UnifySCC_001836

Docusign Envelope ID: BC8C4854-695E-487F-8963-2F9F5A14D22E5

<u>County of Santa Clara Vaccination Exemption Reasonable Accommodation Process</u>

job application requirements and processes.  Employees can contact the dedicated ESA team via email at <u>vaxjobreview@esa.sccgov.org</u>.  Employees who obtained an exemption based on a disability or medical contraindication vaccination are encouraged to work with EOD, which can assist them with transfers and give them appropriate consideration pursuant to California state and federal disability regulations.  EOD staff have expertise in helping employees find appropriate County positions when employees are unable to perform their existing jobs due to medical/disability issues.  Those with religious exemptions to the County's COVID-19 vaccine booster requirement may also contact EOD, but the ESA team may be best suited to assist.

In addition, ESA is requiring all County departments when submitting a requisition to fill a vacancy, to identify the risk level for the position(s) to be filled.  That way, ESA can more readily share whether a vacancy is a high-risk position; or a lower-risk or intermediate-risk position for which unvaccinated employees with exemptions from the COVID-19 vaccine requirement can be considered, provided they comply with applicable masking and COVID-19 testing requirements.

County_UnifySCC_001837

**Number of County of Santa Clara Employees in High-Risk Roles, with COVID-19 Vaccination Exemptions, on Leave, as of April 12-15, 2022, by Department/Agency**

| Department/Agency | Number of Employees in High-Risk Roles with Vaccination Exemptions on Leave* | Budgeted FTEs** |
|---|---|---|
| Agriculture and Environmental Management | 1 | 121 |
| Behavioral Health Services Department | 7 | 804 |
| Custody Health Services | 4 | 315 |
| Department of Correction | 3 | 307 |
| Environmental Health | 2 | 113 |
| Facilities and Fleet | 8 | 375 |
| Pre-Trial Services | 2 | 70 |
| Probation | 5 | 866 |
| Sheriff's Office (including Custody Bureau) | 20 | 1,529 |
| Social Services Agency | 4 | 2,868 |
| Valley Medical Center and Community Health Services | 82 | 8,304 |
| **Total** | **138** | **15,672** |

*Numbers are estimates as of the period April 12–15, 2022 and may change based on updates to employees' vaccination exemption status (e.g., expiration of temporary exemption), vaccination status, leave and employment status, or position. At least two employees included in the table were offered but declined a transfer, reassignment, or job modification as a reasonable accommodation. (Additional employees accepted a transfer, reassignment, or job modification and are accordingly not on leave and are not reflected in the table.) The County has offered all employees reflected in the table, at a minimum, a leave of absence (to which they may apply any applicable, accrued, paid leave banks) and specialized assistance to secure a lower- or intermediate-risk position. Approximately 30 employees included in the table are currently on a leave unrelated to their unvaccinated status and inability to safely perform a high-risk role (e.g., medical, family, or other personal leave).

**Figures are for the Current Modified Budget (CMB), are rounded to the nearest FTE, and do not include Extra Help staff.

# Exhibit 4

<table>
<tr><td>

**OFFICE OF THE COUNTY EXECUTIVE**
**COUNTY OF SANTA CLARA**

Jeffrey V. Smith
**COUNTY EXECUTIVE**

County Government Center
70 West Hedding Street
East Wing, 11th Floor
San Jose, California 95110-1770

(408) 299-5105

</td><td>

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

James R. Williams
**COUNTY COUNSEL**

County Government Center
70 West Hedding Street
East Wing, 9th Floor
San Jose, California 95110-1770

(408) 299-5900

</td></tr>
</table>



## MEMORANDUM

TO:        All County of Santa Clara Personnel

FROM:      Jeffrey V. Smith, County Executive
           James R. Williams, County Counsel

RE:        **COVID-19 Vaccination Requirement for County Personnel**

DATE:      August 5, 2021 (Updated January 4, 2022)

---

Clinical trials, scientific research, and safety monitoring have demonstrated that federally approved COVID-19 vaccines are safe and are the most effective method of preventing people from getting and spreading the virus that causes COVID-19 and from getting seriously ill, ending up hospitalized, or dying, even if they do get COVID-19.  Evidence indicates that many new variants are significantly more transmissible than prior variants of the virus, and that individuals who have had only their initial vaccine series are susceptible to contracting these variants and then exposing others to them.  Individuals who have received a booster shot increase their immunity and the booster confers more protection from all circulating SARS-CoV-2 variants.

In line with orders and recommendations from the State and Local Health Officers, to protect County personnel, the community members with whom County personnel interact, and all residents of the county, **all County personnel must be fully vaccinated and, as of January 24, 2022, up-to-date on boosters for which they are eligible**, subject to the limited exceptions below.  County departments are responsible for ensuring that their employees and their non-employee personnel (defined below) comply with this policy.  This policy is issued as an emergency measure based on the strong recommendation of the Health Officer that employers adopt such policies immediately.

County personnel should obtain vaccines, including boosters, through their regular healthcare provider such as Kaiser, PAMF, Stanford, SCVMC, or other provider. They are also available at several retail pharmacies or at the County's vaccination sites.  County employees may take paid time off to obtain that COVID-19 vaccination consistent with information previously provided to all County staff.  Information on the COVID-19 vaccines and how to obtain vaccination is available at sccfreevax.org.

County_Unify_000664

DocuSign Envelope ID: 8E1F8FF6-E44A-42D5-BEE6-78563799D2B0

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Updated January 4, 2022)
Page 2 of 5

## A.    Definitions

**County personnel,** for purposes of this Memorandum and related requirements, includes: (1) County employees; and (2) County non-employee personnel (including contractors, interns, and volunteers) who routinely perform services for the County onsite and share airspace with or proximity to other people at a County facility as part of their services for the County.  For example, County contractors who qualify as County personnel include contract physicians and contracted staff who work within County facilities, but would not include, for example, a third-party that a department retains on occasion to pick up or deliver a package or documents.

**COVID-19 vaccine** means a vaccine authorized or approved to prevent COVID-19 by the federal Food and Drug Administration, including by way of an emergency use authorization.

**Fully vaccinated** means that both of the following are true:

(1) It has been at least two weeks since the person has completed the entire recommended series of a COVID-19 vaccine.  For example, as of the date of the most recent update to this memorandum, the person would be fully vaccinated at least two weeks after receiving a second dose of the Pfizer or Moderna COVID-19 vaccine or two weeks after receiving a single dose of the Johnson & Johnson COVID-19 vaccine.

(2) The person has provided proof of vaccination in a form consistent with the requirements for verification of vaccine status in the State of California's July 26, 2021 Public Health Officer Order.

**Up-to-date** means that both of the following are true:

(1) that a person is not only fully vaccinated but has also obtained any booster doses of a COVID-19 vaccination for which they are eligible as authorized or approved by the federal Food and Drug Administration, within 15 calendar days of becoming eligible. For example, as of the date of the most recent update to this memorandum, individuals aged 16 or older who received their second dose of the Pfizer or Moderna COVID-19 vaccine more than six months ago are eligible for and must obtain a booster shot to be up-to-date, while individuals who received one dose of the Johnson & Johnson COVID-19 vaccine more than two months ago are eligible for and must obtain a booster shot to be up-to-date.

(2) the person has provided proof that they have obtained required boosters in a form consistent with the requirements for verification of vaccine status in the State of California's July 26, 2021 Public Health Officer Order.

//

County_Unify_000665

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Updated January 4, 2022)
Page 3 of 5

## B.    Required Vaccination

- All current County employees must be fully vaccinated and, as of January 24, 2022, up-to-date, unless they have a pending or approved exemption.[1]

- All newly hired County employees must be fully vaccinated and, as of January 24, 2022, up-to-date, prior to their start date unless they have obtained an approved exemption before their start date.

- County non-employee personnel (including contractors, interns, and volunteers) who perform work onsite at a County facility and share airspace with or proximity to other people must be fully vaccinated and, as of January 24, 2022, up-to-date, or have an approved exemption before they perform work onsite at a County facility.

- All personnel who become eligible for a booster after January 24, 2022 must be up-to-date within 15 calendar days of their booster eligibility.

- As explained below in section C.2, regardless of exemption status, effective no later than February 1, 2022, County personnel are not permitted to work in higher-risk settings at County facilities[2] if they are not fully vaccinated and, as of January 24, 2022, up-to-date.

Requests for exemption by County employees must be submitted per Section C, below.  If a County employee's request for exemption is denied, they must receive their next vaccine dose within 14 days of notification their exemption was denied, be fully vaccinated within 8 weeks, and must remain up-to-date.  Exemptions for County non-employee personnel are addressed in the County memorandum, *Application of COVID-19 Vaccination Requirement to County Contractors, Interns, and Volunteers*.  Personnel who have already obtained an exemption or provisional exemption from the County's full vaccination requirement are not required to obtain an additional exemption from the County's booster requirement.

---

[1] If a person will not work for an extended period due to a leave of absence (such as for FMLA leave or pregnancy disability leave), they may contact their department head or designee to request a deferral of the vaccination requirements until they return to work.  But they must be fully vaccinated and up-to-date or have an approved exemption by the time they return to work.

[2] "Higher-risk settings" are those identified in the Order of the Health Officer of the County of Santa Clara Requiring Up-to-Date COVID-19 Vaccination of Personnel in Higher-Risk Settings, *available at*: https://covid19.sccgov.org/december-28-2021-booster-health-order.  There are certain high-risk roles and high-risk areas that are not within higher-risk settings.  Regardless of exemption status, effective no later than February 1, 2022, County personnel are not permitted to work in these high-risk roles and high-risk areas if they are not fully vaccinated and, as of January 24, 2022, up-to-date.

County_Unify_000666

Docusign Envelope ID: BC8C4854-695E-487F-8963-2E95FA14D22E5
Case 5:22-cv-01019-BLF   Document 144   Filed 08/08/24   Page 32 of 45

DocuSign Envelope ID: 8E1F8FF6-E44A-42D5-BEE6-78563799D2B0

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Updated January 4, 2022)
Page 4 of 5

County employees who fail to comply with this policy are subject to release or discharge from County employment.  County non-employee personnel who fail to comply with this policy may be barred from County worksites and not allowed to perform services for the County.  In addition, the County may, as appropriate, suspend or terminate the applicable contract.

## C.    Limited Exemptions to Vaccination Requirement

### 1.    Limited Exemptions for County Employees

_Limited exemptions_.  County employees may request a reasonable accommodation to the vaccination and booster requirement if they:

1. Have a contraindication recognized by the U.S. Centers for Disease Control and Prevention (CDC) or by the vaccine's manufacturer to _every_ authorized and approved COVID-19 vaccine.  A contraindication means a condition that makes vaccination inadvisable;

2. Have a disability and are requesting an exception as a reasonable accommodation; or,

3. Object to COVID-19 vaccination based on their sincerely-held religious belief, practice, or observance.

_How to request exemption_.  To seek a reasonable accommodation from the vaccination and booster requirements in this Memorandum, County employees should:

1. Contact their department head or designee(s) to obtain a copy of the appropriate form. The available forms are:
   a.  Medical Exemption and/or Disability Accommodation Request Form
   b.  Religious Accommodation Request Form

2. Complete and submit the applicable form(s) to the County Equal Opportunity Division (EOD) at eodra@eod.sccgov.org.

If an accommodation is granted, the County will notify the employee and their department of the approval and the associated expiration date.  If a request for accommodation is denied, the EOD will notify the employee and their department.

The County memorandum, _Application of COVID-19 Vaccination Requirement to County Contractors, Interns, and Volunteers_, details the vaccination requirement, exemptions, and verification process for County non-employee personnel.  In that memorandum, exemptions for contractor personnel are discussed in Section A and exemptions for volunteers, interns, and students are discussed in Section B.

DocuSign Envelope ID: 8E1F8FF6-E44A-42D5-BEE6-78563799D2B0

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Updated January 4, 2022)
Page 5 of 5


### 2. Prohibition on Working in Higher-Risk Settings

County Departments, in collaboration with the Office of the County Counsel, have implemented guidance and direction from the Public Health Department and the County Executive on which settings and assignments present higher risk for the spread of COVID-19. To work in those settings and assignments, employees must be fully vaccinated and, as of January 24, 2022, up-to-date.  Even with an approved exemption, County personnel who are not fully vaccinated and up-to-date are prohibited from working in higher-risk settings, as defined by the December 28, 2021 Order of the County Health Officer, and in other high-risk roles or high-risk areas.

### <u>CONCLUSION</u>

Your timely attention to ensure compliance with these requirements is essential to the County's efforts to control the spread of COVID-19 and to comply with public health orders and recommendations.  Employees, contractors, interns, and volunteers may direct any questions to their designated point of contact at the County.  If a department has any questions or concerns about these requirements, it may contact Chief Operating Officer Miguel Márquez.

Exhibit 5

DocuSign Envelope ID: 91D1FBAA-0D18-4931-9ACE-EBDE0BEFF280

# County of Santa Clara

## Office of the County Executive

County Government Center, East Wing
70 West Hedding Street
San Jose, California 95110
(408) 299-5105



### MEMORANDUM

TO:        All County of Santa Clara Personnel

FROM:      Jeffrey V. Smith, County Executive        *JVS*

RE:        **COVID-19 Vaccination Requirement for County Personnel**

DATE:      August 5, 2021 (Last updated March 28, 2022, to go into effect on April 1,
           2022)

Clinical trials, scientific research, and safety monitoring have demonstrated that federally
approved COVID-19 vaccines are safe and are the most effective method of preventing people
from getting and spreading the virus that causes COVID-19 and from getting seriously ill, ending
up hospitalized, or dying, even if they do get COVID-19.  Evidence indicates that many new
variants are significantly more transmissible than prior variants of the virus, and that individuals
who have had only their initial vaccine series are generally more susceptible to contracting these
variants and then exposing others to them.  Individuals who have received a booster shot increase
their immunity and the booster confers more protection from all circulating SARS-CoV-2
variants.

In line with orders and recommendations from the State and Local Health Officers, to protect
County personnel, the community members with whom County personnel interact, and all
residents of the county, all County personnel must be fully vaccinated and up-to-date on boosters
for which they are eligible, subject to the limited exceptions below.  County departments are
responsible for ensuring that their employees and their non-employee personnel (defined below)
comply with this policy.  This policy is issued as an emergency measure based on the strong
recommendation of the Health Officer that employers adopt such policies immediately.

County personnel should obtain vaccines, including boosters, through their regular healthcare
provider such as Kaiser, Palo Alto Medical Foundation (PAMF), Stanford, or Santa Clara Valley
Medical Center (SCVMC).  They are also available at several retail pharmacies or at the
County's vaccination sites.  County employees may take paid time off to obtain COVID-19
vaccination consistent with information previously provided to all County staff.  Information on
the COVID-19 vaccines and how to obtain vaccination is available at <u>sccfreevax.org</u>.

This March 28, 2022 update goes into effect on April 1, 2022.

Board of Supervisors: Mike Wasserman, Cindy Chavez, Otto Lee, Susan Ellenberg, S. Joseph Simitian
County Executive: Jeffrey V. Smith


2-006

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Updated March 28, 2022)
Page 2 of 5

## A.    Definitions

**County personnel,** for purposes of this Memorandum and related requirements, includes: (1) County employees; and (2) County non-employee personnel (including contractors, interns, and volunteers) who routinely perform services for the County onsite and share airspace with or proximity to other people at a County facility as part of their services for the County.  For example, County contractors who qualify as County personnel include contract physicians and contracted staff who work within County facilities, but would not include, for example, a third-party that a department retains on occasion to pick up or deliver a package or documents.

**COVID-19 vaccine** means a vaccine authorized or approved to prevent COVID-19 by the federal Food and Drug Administration, including by way of an emergency use authorization.

**Fully vaccinated** means that both of the following are true:

> (1) It has been at least two weeks since the person has completed the entire recommended series of a COVID-19 vaccine.  For example, as of the date of the most recent update to this memorandum, the person would be fully vaccinated at least two weeks after receiving a second dose of the Pfizer or Moderna COVID-19 vaccine or two weeks after receiving a single dose of the Johnson & Johnson COVID-19 vaccine.

> (2) The person has provided proof of vaccination in a form consistent with the requirements for verification of vaccine status in the State of California's July 26, 2021 Public Health Officer Order.

**Up-to-date** means that both of the following are true:

> (1) that a person is not only fully vaccinated but has also obtained any booster doses of a COVID-19 vaccination for which they are eligible as authorized or approved by the federal Food and Drug Administration, within 15 calendar days of becoming eligible.[1] For example, as of the most recent update to this memorandum:

>> a.  Individuals aged 12 or older who received their second dose of the Pfizer COVID-19 vaccine at least five months ago are eligible for and must obtain a booster shot to be up-to-date;

>> b.  Individuals aged 18 or older who received their second dose of the Moderna COVID-19 vaccine at least five months ago are eligible for and must obtain a booster shot to be up-to-date;

---

[1]  If an individual develops a documented COVID-19 infection after being fully vaccinated but before receiving a booster for which they are eligible, they may wait for up to 90 days from the date of their first positive test or clinical diagnosis of COVID-19 before obtaining a booster.

DocuSign Envelope ID: 91D1FBAA-0D18-4931-9ACE-EBDE0BEFF280

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Updated March 28, 2022)
Page 3 of 5

> c. Individuals aged 18 or older who received one dose of the Johnson & Johnson COVID-19 vaccine at least two months ago are eligible for and must obtain a booster shot to be up-to-date.

> (2) the person has provided proof that they have obtained required boosters in a form consistent with the requirements for verification of vaccine status in the State of California's July 26, 2021 Public Health Officer Order.

**B.     Required Vaccination**

- All current County employees must be fully vaccinated and up-to-date unless they have a pending or approved exemption.[2]

- All newly hired County employees must be fully vaccinated and up-to-date prior to their start date unless they have obtained an approved exemption before their start date.

- County non-employee personnel (including contractors, interns, and volunteers) who routinely perform work onsite at a County facility and share airspace with or proximity to other people must be fully vaccinated and up-to-date, or have an approved exemption before they perform work onsite at a County facility.

- All personnel who become eligible for a booster must be up-to-date within 15 calendar days of their booster eligibility.

- Regardless of exemption status, County personnel are not permitted to work in high-risk roles if they are not fully vaccinated and up-to-date.  County personnel with a pending or approved exemption who are in intermediate- and low-risk roles may continue to work in those roles subject to specified measures they must take to reduce the risk of COVID-19 transmission.[3]

Requests for exemption by County employees must be submitted per Section C, below.  If a County employee's request for exemption is denied, they must receive their next vaccine dose within 14 days of notification their exemption was denied, be fully vaccinated within 8 weeks, and must remain up-to-date.  Exemptions for County non-employee personnel are addressed in the County memorandum, *Application of COVID-19 Vaccination Requirement to County*

---

[2]  If a person will not work for an extended period due to a leave of absence (such as for FMLA leave or pregnancy disability leave), they may contact their department head or designee to request a deferral of the vaccination requirements until they return to work.  But they must be fully vaccinated and up-to-date or have an approved exemption by the time they return to work.

[3]  The risk ratings associated with certain roles, and the resulting risk-reduction requirements, are subject to change based on several factors, including but not limited to, changes in job duties, changes in scientific data regarding the nature of risk associated with the role, and other changed circumstances.  The risk rating process also takes into account requirements in State and local health orders.

County_Unify_000692

Docusign Envelope ID: BC0C4854-695E-487F-8963-2F0F5A14D22E5

DocuSign Envelope ID: 91D1FBAA-0D18-4931-9ACE-EBDE0BEFF280

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Updated March 28, 2022)
Page 4 of 5

*Contractors, Interns, and Volunteers*.  Personnel who have already obtained an exemption or provisional exemption from the County's full vaccination requirement are not required to obtain an additional exemption from the County's booster requirement.

County employees who fail to comply with this policy are subject to release or discharge from County employment.  County non-employee personnel who fail to comply with this policy may be barred from County worksites and not allowed to perform services for the County.  In addition, the County may, as appropriate, suspend or terminate the applicable contract.

## C.      Limited Exemptions to Vaccination Requirement

*Limited exemptions*.  County employees may request a reasonable accommodation to the vaccination and booster requirement if they:

1. Have a contraindication recognized by the U.S. Centers for Disease Control and Prevention (CDC) or by the vaccine's manufacturer to *every* authorized and approved COVID-19 vaccine.  A contraindication means a condition that makes vaccination inadvisable;

2. Have a disability and are requesting an exception as a reasonable accommodation; or,

3. Object to COVID-19 vaccination based on their sincerely-held religious belief, practice, or observance.

*How to request exemption*.  To seek a reasonable accommodation from the vaccination and booster requirements in this Memorandum, County employees should:

1. Contact their department head or designee(s) to obtain a copy of the appropriate form, or obtain a copy from the County Equal Opportunity Division (EOD) website.  The available forms are:
   a.  Medical Exemption and/or Disability Accommodation Request Form
   b.  Religious Accommodation Request Form

2. Complete and submit the applicable form(s) to the EOD at eodra@eod.sccgov.org.

If an accommodation is granted, the County will notify the employee and their department of the approval and any associated expiration date.  If a request for accommodation is denied, the EOD will notify the employee and their department.

The County memorandum, *Application of COVID-19 Vaccination Requirement to County Contractors, Interns, and Volunteers*, details the vaccination requirement, exemptions, and verification process for County non-employee personnel.  In that memorandum, exemptions for

Docusign Envelope ID: BC8C4854-695E-487F-8963-2E9FA14D22E6

DocuSign Envelope ID: 91D1FBAA-0D18-4931-9ACE-EBDE0BEFF280

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Updated March 28, 2022)
Page 5 of 5

contractor personnel are discussed in Section A and exemptions for volunteers, interns, and students are discussed in Section B.

## **CONCLUSION**

Your timely attention to ensure compliance with these requirements is essential to the County's efforts to control the spread of COVID-19 and to comply with public health orders and recommendations.  Employees, contractors, interns, and volunteers may direct any questions to their designated point of contact at the County.  If a department has any questions or concerns about these requirements, it may contact Chief Operating Officer Miguel Márquez.

# Exhibit 6

DocuSign Envelope ID: 36878103-E956-435E-B4CD-F6D91757D4C4

**OFFICE OF THE COUNTY EXECUTIVE**
**COUNTY OF SANTA CLARA**

Jeffrey V. Smith
**COUNTY EXECUTIVE**

County Government Center
70 West Hedding Street
East Wing, 11th Floor
San Jose, California 95110-1770

(408) 299-5105



**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

James R. Williams
**COUNTY COUNSEL**

County Government Center
70 West Hedding Street
East Wing, 9th Floor
San Jose, California 95110-1770

(408) 299-5900

## MEMORANDUM

TO:      All County of Santa Clara Personnel

FROM:   Jeffrey V. Smith, County Executive
           James R. Williams, County Counsel

RE:      **Updated COVID-19 Vaccination Requirement for County Personnel**

DATE:   August 5, 2021 (Last updated September 27, 2022)

---

In line with orders and recommendations from the State and Local Health Officers, to protect County personnel, the community members with whom County personnel interact, and all residents of the county, **all County personnel must be fully vaccinated, subject to the limited exceptions below**.

County departments are responsible for ensuring that their employees and their non-employee personnel (defined below) comply with this updated policy. This updated policy is issued as an emergency measure based on the strong recommendation of the Health Officer that employers adopt such policies immediately.

The Health Officer continues to recommend that all individuals receive booster shots for which they are eligible, including the new bivalent booster. However, given the rapid emergence of new and different variants, the anticipated release of additional boosters on a periodic basis, and changing guidance on when individuals should obtain boosters in light of prior vaccination and prior COVID-19 infection, the requirement that employees obtain a booster shot within 14 days of becoming eligible is being discontinued at this time. Accordingly, while the County continues to require that all County personnel be fully vaccinated, as of the effective date of this updated policy, it will no longer require that County personnel remain up-to-date on all boosters for which they are eligible, even though the County continues to encourage all employees to obtain all boosters for which they are eligible.[1]

---

[1] County departments are required by law to implement any State-issued requirements, including ones that are more restrictive than the County's internal policies. As of the date of this policy, the California Department of Public Health (CDPH) requires that workers in health care facilities, as well as specified workers in custodial settings,

County_UnifySCC_003367.01

Docusign Envelope ID: BC8C4854-695E5-487F-8963-2F0FA14D22E5

DocuSign Envelope ID: 36878103-E956-435E-B4CD-F6D91757D4C4

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Last updated September 27, 2022)
Page 2 of 5

County personnel should obtain vaccines through their regular healthcare provider such as Kaiser, Palo Alto Medical Foundation (PAMF), Stanford, or Santa Clara Valley Medical Center (SCVMC).  They are also available at several retail pharmacies or at the County's vaccination sites.  County employees may take paid time off to obtain their COVID-19 vaccination consistent with information previously provided to all County staff.  Information on the COVID-19 vaccines and how to obtain vaccination is available at sccfreevax.org.

This September 27, 2022 updated policy goes into effect upon issuance.

**A.      Definitions**

**County personnel,** for purposes of this Memorandum and related requirements, includes: (1) County employees; and (2) County non-employee personnel (including contractors, interns, and volunteers) who routinely perform services for the County onsite and share airspace with or proximity to other people at an indoor County facility as part of their services for the County. For example, County contractors who qualify as County personnel include contract physicians and contracted staff who work within County facilities, but would not include, for example, a third-party that a department retains on occasion to pick up or deliver a package or documents.

**COVID-19 vaccine** means a vaccine authorized or approved to prevent COVID-19 by the federal Food and Drug Administration, including by way of an emergency use authorization.

**Fully vaccinated** means that both of the following are true:

> (1) It has been at least two weeks since the person has completed the entire recommended initial series of a COVID-19 vaccine.  For example, as of the date of the most recent update to this memorandum, the person would be fully vaccinated at least two weeks after receiving a second dose of the Pfizer, Moderna, or Novavax COVID-19 vaccine or two weeks after receiving a single dose of the Johnson & Johnson COVID-19 vaccine.

> (2) The person has provided proof of vaccination in a form consistent with the requirements for verification of vaccine status in the State of California's May 2, 2022 Vaccine Records Guidelines and Standards.

//

//

---

obtain a COVID-19 booster dose.  Thus, personnel subject to this CDPH booster requirement are expected to comply with it, in addition to this policy.  The exemption process in Section C of this memorandum shall apply to any requests for exemption from the State booster requirement.

County_UnifySCC_003367.02

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Last updated September 27, 2022)
Page 3 of 5

## B.    Required Vaccination

- All current County employees must be fully vaccinated unless they have a pending or approved exemption.[2]

- All newly hired County employees must be fully vaccinated prior to their start date unless they have obtained an approved exemption before their start date.

- County non-employee personnel (including contractors, interns, and volunteers) who routinely perform work indoors at a County facility and share airspace with or proximity to other people must be fully vaccinated, or have an approved exemption before they perform work indoors at a County facility.

- County personnel in intermediate- and lower-risk roles who have a pending or approved exemption may work in those roles subject to completion of specified measures they must take to reduce the risk of COVID-19 transmission.  County personnel who are unvaccinated may not work in high-risk roles until they receive an approved exemption and successfully complete specified safety measures to reduce the risk of COVID-19 transmission.[3]

Requests for exemption by County employees must be submitted per Section C, below.  If a County employee's request for exemption is denied, they must receive their next vaccine dose within 14 days of notification their exemption was denied and be fully vaccinated within 8 weeks.  Exemptions for County non-employee personnel are addressed in the County memorandum, *Application of COVID-19 Vaccination Requirement to County Contractors, Interns, and Volunteers*.

County employees who fail to comply with this policy are subject to release or discharge from County employment.  County non-employee personnel who fail to comply with this policy may be barred from working indoors at County facilities.  In addition, the County may, as appropriate, suspend or terminate the applicable contract.

//

---

[2]  If a person will not work for an extended period due to a leave of absence (such as for FMLA leave or pregnancy disability leave), they may contact their department head or designee to request a deferral of the vaccination requirements until they return to work.  But they must be fully vaccinated or have an approved exemption by the time they return to work.

[3]  The risk ratings associated with certain roles, and the resulting risk-reduction requirements, are subject to change based on several factors, including but not limited to, changes in job duties, changes in scientific data regarding the nature of risk associated with the role, and other changed circumstances.  The risk rating process also takes into account requirements in State and local health orders.

Docusign Envelope ID: BC8C4854-695E-487F-8963-2F9F5A14D22E5

DocuSign Envelope ID: 36878103-E956-435B-B4CD-F6D91757D4C4

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Last updated September 27, 2022)
Page 4 of 5

### C.      Limited Exemptions to Vaccination Requirement

*Limited exemptions*.  County employees may request a reasonable accommodation to the updated vaccination requirement if they:

1. Have a contraindication recognized by the U.S. Centers for Disease Control and Prevention (CDC) or by the vaccine's manufacturer to *each and every* authorized and approved COVID-19 vaccine.  A contraindication means a condition that makes vaccination inadvisable;

2. Have a disability and are requesting an exception as a reasonable accommodation; or,

3. Object to receiving a COVID-19 vaccination based on their sincerely-held religious belief, practice, or observance.

*How to request exemption*.  To seek a reasonable accommodation from the vaccination and booster requirements in this Memorandum, County employees should:

1. Contact their department head or designee(s) to obtain a copy of the appropriate form, or obtain a copy from the County Equal Opportunity Division (EOD) website.  The available forms are:
   a. Medical Exemption and/or Disability Accommodation Request Form
   b. Religious Accommodation Request Form

2. Complete and submit the applicable form(s) to the EOD at eodra@eod.sccgov.org.

If an accommodation is granted, the County will notify the employee and their department of the approval and any associated expiration date.  If a request for accommodation is denied, the EOD will notify the employee and their department.

The County memorandum, *Application of COVID-19 Vaccination Requirement to County Contractors, Interns, and Volunteers*, details the vaccination requirement, exemptions, and verification process for County non-employee personnel.  In that memorandum, exemptions for contractor personnel are discussed in Section A and exemptions for volunteers, interns, and students are discussed in Section B.

## <u>CONCLUSION</u>

Your timely attention to ensure compliance with these requirements is essential to the County's efforts to control the spread of COVID-19 and to comply with public health orders and recommendations.  Employees, contractors, interns, and volunteers may direct any questions to

DocuSign Envelope ID: 36878103-E956-435E-B4CD-F6D91757D4C4

Memorandum to All County Personnel
Re:  Required COVID-19 Vaccination for County Personnel
August 5, 2021 (Last updated September 27, 2022)
Page 5 of 5

their designated point of contact at the County.  If a department has any questions or concerns about these requirements, it may contact Chief Operating Officer Greta Hansen.