Docusign Envelope ID: B6024DD0-48DF-46F7-B57A-8F85FAF36C5A

TONY LOPRESTI, County Counsel (S.B. #289269)
BRYAN K. ANDERSON, Deputy County Counsel (S.B. #170666)
NATHAN A. GREENBLATT, Deputy County Counsel (S.B. #262279)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
Bryan.Anderson@cco.sccgov.org
Nathan.Greenblatt@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, SARA H. CODY,
JAMES WILLIAMS and JEFFREY SMITH

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| UNIFYSCC, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>SARA H. CODY, et al.<br><br>             Defendants. | No. 22-CV-01019 BLF<br><br>**DECLARATION OF MICHELLE QUON IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:    October 24, 2024<br>Time:   9:00 a.m.<br>Ctrm:   3, 5th Floor<br>Judge:  Honorable Beth Labson Freeman |

# DECLARATION OF MICHELLE QUON

I, MICHELLE QUON, declare:

1. I have personal knowledge of the following facts unless stated otherwise, and if called to testify as to those facts, I could and would do so competently.

2. I was hired by the County of Santa Clara in December 2016 as a Human Resources Analyst, promoted to a Human Resources Manager in 2021, and promoted into my current role as the Assistant Human Resources Director in 2022.

3. When the County's COVID Vaccination Policy was active from August 2021 to September 2022, I oversaw the VaxJobReview team that monitored and managed recruitment inquiries from County employees that requested a COVID vaccination accommodation. The VaxJobReview team was created to assist individuals unable to work in high risk level positions with respect to COVID-19, by identifying County lower-risk or intermediate-risk job classifications, vacancies, and position opportunities for which they may qualify, and to assist them with how to apply to those recruitments.

4. All applicants for County employment opportunities for countywide transfers, promotional, and open-competitive are posted and processed through NEOGOV. This includes all applications by employees with exemptions to the County's COVID Vaccination Policy who applied for lower-risk or intermediate-risk job classifications, vacancies, and position opportunities.

5. Attached as **Exhibit 1** to my declaration is a listing of 309 individuals who, on information and belief, are members of the class of current and former County employees that were granted a religious exemption to the County's vaccination policy and worked in high-risk roles. NEOGOV does not have any record of these individuals applying for any position with the County during the period August 1, 2021 to September 30, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on   8/5/2024   at San José, California.

_____
MICHELLE QUON

# EXHIBIT 1 to the Declaration of Michelle Quon in Support of Cross-Motion for Summary Judgment

# (Document Filed Under Seal)

# Exhibit 1

## UnifySCC v. Cody, et al

## List of Class Members
## who did Not Apply for Other Positions

|     | Employee Name | Department/Division | Job Title |
|-----|---------------|---------------------|-----------|
| 1.  |               | Valley Medical Center | Respiratory Care Prac II |
| 2.  |               | Valley Medical Center | Surgical Aide |
| 3.  |               | Valley Medical Center | Clinical Nurse III - Step A |
| 4.  |               | Probation | Group Counselor II |
| 5.  |               | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 6.  |               | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 7.  |               | Valley Medical Center | Medical Social Worker II |
| 8.  |               | Facilities | Roofer |
| 9.  |               | Valley Medical Center | Janitor |
| 10. |               | Public Defender | Public Defender Invest II |
| 11. |               | Probation | Sr Group Counselor |
| 12. |               | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 13. |               | Valley Medical Center | Clinical Nurse I - Extra Help |
| 14. |               | Valley Medical Center | Clinical Nurse I - Extra Help |
| 15. |               | Social Services Agency | Social Worker I |
| 16. |               | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 17. |               | Valley Medical Center | Surgical Technician |
| 18. |               | Valley Medical Center | Clinical Nurse III |
| 19. |               | Valley Medical Center | Per Diem Clinical Nurse |
| 20. |               | Valley Medical Center | Inpatient Case Manager |
| 21. |               | Probation | Sr Group Counselor |
| 22. |               | Valley Medical Center | Medical Unit Clerk |
| 23. |               | Sheriff-DOC Contract | Sheriff's Correctional Serg |
| 24. |               | Probation | Probation Counselor II |
| 25. |               | Social Services Agency | Deputy Public Guardian - Cons |
| 26. |               | Probation | Group Counselor I |
| 27. |               | Valley Medical Center | Clinical Nurse III |
| 28. |               | Valley Medical Center | Clin Nurse III - Extra Help |
| 29. |               | Custody Health Services | Marriage & Family Therapist I |
| 30. |               | Valley Medical Center | Clinical Nurse III |
| 31. |               | Facilities | General Maint Mechanic II |
| 32. |               | Valley Medical Center | Medical Laboratory Asst II |
| 33. |               | Facilities | Locksmith |
| 34. |               | Behavioral Health Services | Program Mgr I |

|     | Employee Name | Department/Division | Job Title |
| --- | --- | --- | --- |
| 35. | | Valley Medical Center | Health Services Rep |
| 36. | | Valley Medical Center | Per Diem Clinical Nurse |
| 37. | | Valley Medical Center | Physician-Vmc |
| 38. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 39. | | Public Health | Public Health Nurse II |
| 40. | | Valley Medical Center | Ophthalmic Technician |
| 41. | | Probation | Probation Counselor II |
| 42. | | Probation | Probation Assistant II |
| 43. | | Valley Medical Center | Respiratory Care Prac II |
| 44. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 45. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 46. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 47. | | Public Defender | Sr Paralegal |
| 48. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 49. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 50. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 51. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 52. | | Valley Medical Center | Per Diem Clinical Nurse |
| 53. | | Valley Medical Center | Clinical Nurse III - Step B |
| 54. | | Valley Medical Center | Clinical Nurse III |
| 55. | | Valley Medical Center | Hospital Services Asst II |
| 56. | | Public Defender | Sr Paralegal |
| 57. | | Probation | Probation Assistant II |
| 58. | | Valley Medical Center | Clinical Nurse III - Step A |
| 59. | | Valley Medical Center | Clinical Nurse III - Step B |
| 60. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 61. | | Valley Medical Center | Licensed Vocational Nurse |
| 62. | | Valley Medical Center | Licensed Vocational Nurse |
| 63. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 64. | | Department of Correction | Custody Support Assistant |
| 65. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 66. | | Valley Medical Center | Clinical Nurse III - Step A |
| 67. | | Valley Medical Center | Licensed Vocational Nurse |
| 68. | | Valley Medical Center | Per Diem Clinical Nurse |
| 69. | | Valley Medical Center | Clinical Nurse II |
| 70. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 71. | | Valley Medical Center | Nurse Practitioner - Step A |
| 72. | | Valley Medical Center | Medical Social Worker II |
| 73. | | Facilities | HVAC/R Mechanic |
| 74. | | Facilities | Plumber |
| 75. | | Valley Medical Center | Per Diem Diagnostic Img Tech I |
| 76. | | Sheriff-DOC Contract | Correctional Officer |

|  | Employee Name | Department/Division | Job Title |
|---|---|---|---|
| 77. |  | Custody Health Services | Clinical Nurse II |
| 78. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 79. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 80. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 81. |  | County Executive | Human Relations Coord III |
| 82. |  | Valley Medical Center | Per Diem Clinical Nurse |
| 83. |  | Valley Medical Center | Licensed Vocational Nurse |
| 84. |  | Valley Medical Center | Per Diem Clinical Nurse |
| 85. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 86. |  | Valley Medical Center | Emergency Room Tech |
| 87. |  | Pre-Trial Services | Pretrial Serv Officer III |
| 88. |  | Valley Medical Center | Per Diem Respiratory Care Prct |
| 89. |  | Valley Medical Center | Per Diem Clinical Nurse |
| 90. |  | Department of Correction | Rehabilitation Officer II |
| 91. |  | Department of Correction | Sheriff's Correctional Lieut |
| 92. |  | Pre-Trial Services | Pretrial Serv Officer III |
| 93. |  | Valley Medical Center | Surgical Technician |
| 94. |  | Valley Medical Center | Clinical Nurse III - Step A |
| 95. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 96. |  | Environmental Health | Environmental Hlth Specialist |
| 97. |  | Sheriff-DOC Contract | Correctional Officer |
| 98. |  | Valley Medical Center | Medical Social Worker II |
| 99. |  | Social Services Agency | Social Worker II |
| 100. |  | Pre-Trial Services | Pretrial Serv Officer I |
| 101. |  | Behavioral Health Services | Health Services Rep |
| 102. |  | Valley Medical Center | Per Diem Clinical Nurse |
| 103. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 104. |  | Valley Medical Center | Radiation Therapist |
| 105. |  | Valley Medical Center | Nurse Coordinator |
| 106. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 107. |  | Behavioral Health Services | Psychiatric Social Worker I |
| 108. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 109. |  | Probation | Probation Counselor I |
| 110. |  | Valley Medical Center | Janitor |
| 111. |  | Valley Medical Center | Per Diem Clinical Nurse |
| 112. |  | Department of Correction | Custody Support Assistant |
| 113. |  | Valley Medical Center | Per Diem Clinical Nurse |
| 114. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 115. |  | Valley Medical Center | Mental Health Worker |
| 116. |  | Valley Medical Center | Per Diem Clinical Nurse |
| 117. |  | Valley Medical Center | Physician-Vmc - Eh |
| 118. |  | Valley Medical Center | Surgical Technician |

|  | **Employee Name** | **Department/Division** | **Job Title** |
|---|---|---|---|
| 119. |  | Facilities | Work Center Manager |
| 120. |  | Sheriff-DOC Contract | Correctional Officer |
| 121. |  | Valley Medical Center | Per Diem Diagnostic Img Tech I |
| 122. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 123. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 124. |  | Valley Medical Center | Nurse Coordinator - Step A |
| 125. |  | Valley Medical Center | Nurse Practitioner |
| 126. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 127. |  | Valley Medical Center | Per Diem Psychiatric Nurse |
| 128. |  | Valley Medical Center | Physician-Vmc |
| 129. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 130. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 131. |  | Valley Medical Center | Clinical Nurse III |
| 132. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 133. |  | Valley Medical Center | Radiation Therapist |
| 134. |  | Valley Medical Center | Clinical Nurse III |
| 135. |  | Valley Medical Center | Hospital Services Asst II |
| 136. |  | Valley Medical Center | Clinical Nurse III |
| 137. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 138. |  | Valley Medical Center | Clinical Nurse III - Step A |
| 139. |  | Facilities | Plumber |
| 140. |  | Valley Medical Center | Medical Social Worker II |
| 141. |  | Behavioral Health Services | Health Services Rep |
| 142. |  | Behavioral Health Services | Psychiatric Social Worker II |
| 143. |  | Valley Medical Center | Clinical Nurse III |
| 144. |  | Valley Medical Center | Ekg Technician |
| 145. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 146. |  | Social Services Agency | Social Worker II |
| 147. |  | Valley Medical Center | Post Graduate Year I |
| 148. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 149. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 150. |  | Valley Medical Center | Clinical Nurse II |
| 151. |  | Sheriff-DOC Contract | Sheriff's Correctional Dep-Eh |
| 152. |  | Public Health | Public Health Nutrition Assoc |
| 153. |  | Valley Medical Center | Medical Assistant |
| 154. |  | Facilities | General Maint Mechanic II |
| 155. |  | Valley Medical Center | Medical Assistant |
| 156. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 157. |  | Valley Medical Center | Per Diem Psychiatric Nurse |
| 158. |  | Sheriff-DOC Contract | Correctional Officer |
| 159. |  | Valley Medical Center | Clinical Nurse III - Step A |
| 160. |  | Sheriff-DOC Contract | Correctional Officer |

|  | **Employee Name** | **Department/Division** | **Job Title** |
|---|---|---|---|
| 161. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 162. |  | Probation | Probation Counselor II |
| 163. |  | Probation | Probation Counselor II |
| 164. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 165. |  | Valley Medical Center | Occupational Therapist II |
| 166. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 167. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 168. |  | Valley Medical Center | Per Diem Clinical Nurse |
| 169. |  | Valley Medical Center | Clinical Nurse I - Extra Help |
| 170. |  | Social Services Agency | Social Worker III |
| 171. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 172. |  | Sheriff-DOC Contract | Sheriff's Correctional Serg |
| 173. |  | Custody Health Services | Clinical Nurse III |
| 174. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 175. |  | Behavioral Health Services | Admin Assistant |
| 176. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 177. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 178. |  | Valley Medical Center | Clinical Nurse III |
| 179. |  | Valley Medical Center | Clinical Nurse III |
| 180. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 181. |  | Valley Medical Center | Occupational Therapist II |
| 182. |  | Valley Medical Center | Per Diem Clinical Nurse |
| 183. |  | Valley Medical Center | Clinical Nurse III - Step A |
| 184. |  | Valley Medical Center | Clinical Nurse I - Extra Help |
| 185. |  | Valley Medical Center | Physician-Vmc |
| 186. |  | Valley Medical Center | Clinical Nurse III - Step A |
| 187. |  | Valley Medical Center | Nurse Coordinator |
| 188. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 189. |  | Valley Medical Center | Clinical Nurse III |
| 190. |  | Public Health | Utilization Review Coordinator |
| 191. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 192. |  | Valley Medical Center | Clinical Nurse II |
| 193. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 194. |  | Valley Medical Center | Physician Asst Prim Care-Xtr H |
| 195. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 196. |  | Valley Medical Center | Clinical Nurse III |
| 197. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 198. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 199. |  | Probation | Probation Counselor II |
| 200. |  | Valley Medical Center | Clinical Nurse II |
| 201. |  | Valley Medical Center | INPATIENT CASE MANAGER |
| 202. |  | Valley Medical Center | Per Diem Clinical Nurse |

|  | **Employee Name** | **Department/Division** | **Job Title** |
|---|---|---|---|
| 203. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 204. |  | Sheriff-DOC Contract | Sheriff's Correctional Serg |
| 205. |  | Sheriff-DOC Contract | Correctional Officer |
| 206. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 207. |  | Valley Medical Center | Diag Imaging Tech I -Mammo |
| 208. |  | Valley Medical Center | Clinical Nurse II |
| 209. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 210. |  | Valley Medical Center | Mri Technologist - Angio |
| 211. |  | Valley Medical Center | Nurse Practitioner |
| 212. |  | Valley Medical Center | Medical Assistant |
| 213. |  | Valley Medical Center | Respiratory Care Prac II |
| 214. |  | Valley Medical Center | Clinical Nurse II |
| 215. |  | Valley Medical Center | Per Diem Clinical Nurse |
| 216. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 217. |  | Valley Medical Center | Diag Imaging Tech I -Mammo |
| 218. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 219. |  | Sheriff-DOC Contract | Correctional Officer |
| 220. |  | Valley Medical Center | Pharmacy Assistant |
| 221. |  | Behavioral Health Services | Marriage & Family Therapist I |
| 222. |  | Probation | Sr Group Counselor |
| 223. |  | Probation | Sr Group Counselor |
| 224. |  | Valley Medical Center | Hospital Services Asst II |
| 225. |  | Sheriff-DOC Contract | Correctional Officer |
| 226. |  | Valley Medical Center | Clinical Nurse III - Step A |
| 227. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 228. |  | Department of Correction | Law Enforcement Records Tech |
| 229. |  | Valley Medical Center | Clinical Nurse II - Extra Help |
| 230. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 231. |  | Valley Medical Center | Clinical Nurse II |
| 232. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 233. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 234. |  | Valley Medical Center | Clinical Nurse I - Extra Help |
| 235. |  | Probation | Sr Group Counselor |
| 236. |  | Valley Medical Center | Medical Assistant |
| 237. |  | Valley Medical Center | Surgical Technician |
| 238. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 239. |  | Valley Medical Center | Licensed Vocational Nurse |
| 240. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 241. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 242. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 243. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 244. |  | Valley Medical Center | Per Diem Clinical Nurse |

|     | Employee Name | Department/Division | Job Title |
| --- | --- | --- | --- |
| 245. |  | Valley Medical Center | Emergency Room Tech |
| 246. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 247. |  | Custody Health Services | Marriage & Family Therapist I |
| 248. |  | Valley Medical Center | Pharmacist |
| 249. |  | Behavioral Health Services | Marriage & Family Therapist I |
| 250. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 251. |  | Custody Health Services | Marriage & Family Therapist II |
| 252. |  | Probation | Sr Group Counselor |
| 253. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 254. |  | Valley Medical Center | Sr Health Services Rep |
| 255. |  | Sheriff-DOC Contract | Correctional Officer |
| 256. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 257. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 258. |  | Valley Medical Center | Per Diem Clinical Nurse |
| 259. |  | Valley Medical Center | Diag Imaging Tech I-Ct |
| 260. |  | Valley Medical Center | Psychiatrist-Eh |
| 261. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 262. |  | Facilities | Electrician |
| 263. |  | Custody Health Services | Clinical Nurse II |
| 264. |  | Valley Medical Center | Health Services Rep |
| 265. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 266. |  | Sheriff-DOC Contract | Sheriff's Correctional Serg |
| 267. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 268. |  | Valley Medical Center | Clinical Nurse II - Extra Help |
| 269. |  | Valley Medical Center | Clinical Nurse I - Extra Help |
| 270. |  | Valley Medical Center | Clinical Nurse II |
| 271. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 272. |  | Valley Medical Center | Clinical Nurse I - Extra Help |
| 273. |  | Valley Medical Center | Physical Therapist I |
| 274. |  | Valley Medical Center | Radiation Therapist |
| 275. |  | Sheriff's Office | Deputy Sheriff |
| 276. |  | Valley Medical Center | Per Diem Respiratory Care Prct |
| 277. |  | Custody Health Services | Per Diem Clinical Nurse |
| 278. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 279. |  | Valley Medical Center | Radiation Therapist |
| 280. |  | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 281. |  | Probation | Probation Assistant II |
| 282. |  | Social Services Agency | Social Worker II |
| 283. |  | Custody Health Services | Mgmt Analyst |
| 284. |  | Valley Medical Center | Clinical Nurse III - Step A |
| 285. |  | Valley Medical Center | Clinical Nurse III - Step B |
| 286. |  | Valley Medical Center | Pharmacist |

| | Employee Name | Department/Division | Job Title |
|---|---|---|---|
| 287. | | Probation | Group Counselor I |
| 288. | | Valley Medical Center | Sr Psychosocial Occ Therapist |
| 289. | | Valley Medical Center | Anesthesia Technician |
| 290. | | Valley Medical Center | Clinical Nurse III |
| 291. | | Facilities | Locksmith |
| 292. | | Department of Correction | Sheriff's Correctional Lieut |
| 293. | | Valley Medical Center | Per Diem Clinical Nurse |
| 294. | | Valley Medical Center | Medical Assistant |
| 295. | | Valley Medical Center | Clinical Nurse I - Extra Help |
| 296. | | Valley Medical Center | Respiratory Care Prac II |
| 297. | | Valley Medical Center | Psychiatric Nurse II |
| 298. | | Valley Medical Center | Per Diem Clinical Nurse |
| 299. | | Sheriff-DOC Contract | Correctional Officer |
| 300. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 301. | | Facilities | Electrician |
| 302. | | Sheriff-DOC Contract | Correctional Officer |
| 303. | | Probation | Sr Group Counselor |
| 304. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |
| 305. | | Valley Medical Center | Clinical Nurse III - Step A |
| 306. | | Valley Medical Center | Per Diem Clinical Nurse |
| 307. | | Sheriff-DOC Contract | Sheriff's Correctional Dep-Eh |
| 308. | | Department of Correction | Custody Support Assistant |
| 309. | | Sheriff-DOC Contract | Sheriff's Correctional Deputy |