TONY LOPRESTI, County Counsel (S.B. #289269)
BRYAN K. ANDERSON, Deputy County Counsel (S.B. #170666)
NATHAN A. GREENBLATT, Deputy County Counsel (S.B. #262279)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Bryan.Anderson@cco.sccgov.org
Nathan.Greenblatt@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, SARA H. CODY,
JAMES WILLIAMS, and JEFFREY SMITH

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| UNIFYSCC, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SARA H. CODY, et al.,<br><br>　　　　Defendants. | No. 22-CV-01019 BLF<br><br>**DECLARATION OF DR. SARAH RUDMAN IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　October 24, 2024<br>Time:　9:00 a.m.<br>Ctrm:　3, 5th Floor<br>Judge:　Honorable Beth Labson Freeman |

1

# DECLARATION OF SARAH RUDMAN

I, SARAH L. RUDMAN, M.D., M.P.H. declare as follows:

1. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the matters set forth herein.

2. I received a bachelor's degree from Stanford University, and my medical degree from Weill Cornell School of Medicine. Following an Internship and Residency in Internal Medicine at Harvard University's Brigham and Women's Hospital, I completed a fellowship in infectious diseases at the University of California San Francisco (UCSF) and obtained a master's degree in public health from the University of California Berkeley.

3. I am currently the Deputy Public Health Officer of the County of Santa Clara's Public Health Department and have played a leadership role in the County's efforts to combat COVID-19, including leading the County's contact tracing efforts. I have held the Deputy Health Officer position since 2022. I previously served as Assistant Public Health Officer from 2016 to 2022, working to control the spread of various diseases and on other efforts to protect the health and wellbeing of residents of the County. I also currently serve as an affiliated clinical assistant professor in the Infectious Disease Division of Stanford University's Department of Medicine, and previously served as a clinical assistant professor at UCSF Medical Center and as a public health medical officer and epidemiologist at the California Department of Public Health. I attach a true and correct copy of my curriculum vitae as **Exhibit 1** to this declaration.

4. The mission of the Public Health Department is to protect and improve the health and well-being of Santa Clara County's population of approximately 1.9 million people. None of Santa Clara County's 15 cities has a health department. All 15 cities, and all Santa Clara County residents, rely on the Public Health Department to perform essential public health functions.

5. The work of the Public Health Department is focused on five main areas: (1) infectious disease and emergency response; (2) maternal, child, and family health; (3) healthy communities and chronic disease prevention, (4) environmental health, and (5) science, epidemiology, informatics, and improvement. The Public Health Department's work is guided by core values of equity, diversity and collaboration, accountability, integrity, and impact. This work—

in particular, infectious disease control and emergency response—is critical to the health of the entire community countywide.

6. I have previously provided to this Court declarations in which I provided background information on the COVID-19 pandemic and the tools utilized by the Public Health Department to assess the status of the pandemic's impacts on our community, including rates of infection, hospitalization, and deaths, as well as data concerning the rates of vaccination and efficacy of vaccines. ECF 31-4 and ECF 95. I incorporate my prior declaration at ECF 95, which includes my declaration at ECF 31-4 as an exhibit and attach a true and correct copy as **Exhibit 2 (control numbers Ctrl_0009-211**) to this declaration for the convenience of the Court.

7. I attach a true and correct copy of notes I made concerning the Expert Report of Ram Duriseti as **Exhibit 3 (control numbers Ctrl_0212-237)** to this declaration. As reflected in these notes and my deposition testimony in this matter, I disagree with much of Dr. Duriseti's proffered analysis and conclusions. I did note my agreement with Dr. Duriseti's statement in paragraph 8 of his report that a primary benefit of the vaccination is accrued by the vaccinated individual. However, this benefit includes that the vaccinated individual is substantially less likely to become infected and infect other individuals. Dr. Duriseti's estimate of a 30% decrease in infections over five months provides such a substantial and significant benefit.

8. As stated in my prior declarations, vaccination was and remains critical to reducing COVID-19 transmission and the risk of severe illness, hospitalization, and death. The vaccines were effective in reducing transmission of the SARS-CoV-2 virus by preventing infections, which prevented downstream infections. Literature published as of September 2022 demonstrated vaccine efficacy to prevent symptomatic infection as ranging from 67% to 98% overall, and from 63% to 88% effective at reducing overall infections depending on the variants spreading prior to winter of 2021. Later publications found effectiveness against the Omicron variant that was predominant

/ /

/ /

/ /

/ /

during the winter of 2021-2022 as 55.9%. All these ranges were extremely effective when compared to other vaccines against respiratory viruses such as seasonal influenza.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2024 at San José, California.

*[signature]*
SARAH RUDMAN, M.D.

# Exhibit 1

# Curriculum Vitae

**SARAH LEWIS RUDMAN, MD MPH (NÉE SARAH CATHERINE LEWIS)**
Deputy Public Health Officer | Director, Infectious Disease & Response Branch
County of Santa Clara Public Health Department
976 Lenzen Avenue, 2nd Floor | San José, CA 95126
Desk: 408-792-5051 | Mobile: 408-316-3123
Email: sarah.rudman@phd.sccgov.org

### EDUCATION & TRAINING

| | |
|---|---|
| B.A in Feminist Studies, minor in Biology<br>Stanford University; Stanford, CA | September 2001 – June 2005 |
| MD, *ranked 1sr of 106 in graduating class*<br>Weill Cornell Medical College; New York, NY | September 2006 – June 2010 |
| MPH in Epidemiology<br>University of California, Berkeley; Berkeley, CA | September 2014 – May 2015 |
| Intern, Department of Medicine<br>Brigham and Women's Hospital; Boston, MA | June 2010 – June 2011 |
| Resident, Department of Medicine<br>Brigham and Women's Hospital; Boston, MA | June 2011 – June 2013 |
| Fellow, Division of Infectious Diseases, Department of Medicine<br>University of California, San Francisco; San Francisco, CA | July 2013 – September 2015 |

### LICENSURE AND CERTIFICATIONS

Medical Board of California Physician and Surgeon License: #A125919 (active)
Board Certified, Infectious Diseases (Granted by ABIM December 2015): #342155 (active)
Board Certified, Internal Medicine (Granted by ABIM August 2013): #342155 (active)
Commonwealth of Massachusetts Board of Registration in Medicine License: #251046 (lapsed)

### ACADEMIC APPOINTMENTS

| | |
|---|---|
| Clinical Assistant Professor (Affiliated)<br>Department of Medicine, Division of Infectious Diseases<br>Stanford University School of Medicine, Stanford, CA | November 2018 – present |
| Assistant Clinical Professor in Medicine<br>Department of Medicine, Division of Infectious Diseases<br>San Francisco, VA Medical Center, San Francisco, CA | October 2015 – June 2018 |
| Assistant Clinical Professor in Medicine<br>Department of Medicine, Division of Infectious Diseases<br>UCSF Medical Center; San Francisco, CA | October 2015 – March 2017 |
| Clinical Fellow in Medicine<br>Harvard Medical School; Boston, MA | June 2010 – June 2013 |

### PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| Deputy Public Health Officer<br>Director, Infectious Disease & Response Branch<br>Acting Tuberculosis Controller<br>County of Santa Clara Public Health Department<br>San José, CA | August 2022 - present |
| Clinical Staff in Internal Medicine<br>Department of Medicine, Division of Infectious Diseases<br>Santa Clara Valley Medical Center, San José, CA | November 2016 – present |
| Acting Health Officer and Department Director<br>County of Santa Clara Public Health Department<br>San José, CA | March 2023 – July 2024 |
| Medical Director<br>The Crane Center / Lenzen Sexually Transmitted Infection Clinic<br>County of Santa Clara Public Health Department, San José, CA | July 2016 – November 2022 |

| | |
|---|---:|
| Assistant Public Health Officer and STD/HIV Controller<br>Director, STD/HIV Prevention & Control Program<br>County of Santa Clara Public Health Department, Infectious Disease & Response Branch | July 2016 – July 2022 |
| COVID-19 Operations Section Chief<br>Public Health Department COVID-19 Operations Center<br>County of Santa Clara Public Health Department, San José, CA | January 2021 – April 2022 |
| Director, Case Investigation and Contact Tracing<br>Public Health Department COVID-19 Operations Center<br>County of Santa Clara Public Health Department, San José, CA | June 2020 – December 2020 |
| COVID-19 Outbreak Investigation and Policy Leadership Group<br>COVID-19 Emergency Operations Center<br>County of Santa Clara, San José, CA | January 2020 – June 2020 |
| Co-Medical Director<br>California Prevention Training Center<br>Oakland, CA | June 2018 – March 2020 |
| Public Health Medical Officer III/Epidemiologist<br>California Department of Public Health, Division of Communicable Disease Control<br>Infectious Disease Branch, Disease Investigation Section | October 2015 – July 2016 |
| Associate Physician (secondary appointment)<br>Division of General Internal Medicine and Primary Care<br>Department of Medicine<br>Brigham and Women's Hospital; Boston, MA | September 2012 – June 2013 |

**OTHER EMPLOYMENT**

| | |
|---|---:|
| Locum Tenens Physician<br>Division of Infectious Diseases, Department of Medicine<br>St. Mary's Medical Center; San Francisco, CA | January 2015 – September 2017 |
| Locum Tenens Physician<br>Division of Infectious Diseases, Department of Medicine<br>St. Francis Memorial Hospital; San Francisco, CA | December 2014 – January 2017 |
| Physician (moonlighter)<br>Division of General Internal Medicine and Primary Care, Department of Medicine<br>Brigham and Women's Hospital and Brigham and Women's Faulkner Hospital; Boston, MA | October 2012 – June 2013 |
| Colposcopy Clinic Coordinator<br>Sunnyvale Health Center<br>Planned Parenthood Mar Monte; Sunnyvale, CA | January 2005 – April 2006 |

**AWARDS & HONORS**

| | |
|---|---:|
| Innovative Practice Award<br>"Machine Learning for language Matching in COVID-19 Contact Tracing"<br>National Association of City and County Health Officers | July 2022 |
| Susan P. Baker Award for Public Health Impact<br>National Association of Medical Examiners Annual Conference | September 2021 |
| Epic Award: Social Media Best Use Overall for "STDs on the Rise"<br>CAPIO Excellence in Public Information & Communications Awards | June 2019 |
| Alpha Omega Alpha Honor Medical Society<br>Weill Cornell Medical College | June 2010 |
| Weiss Prize for Excellence in Clinical Medicine<br>Weill Cornell Medical College | June 2010 |
| John Polk Prize for Highest Ranking Graduate by GPA<br>Weill Cornell Medical College | June 2010 |
| Glasgow-Rubin Award for Scholastic Achievement<br>Weill Cornell Medical College | June 2010 |
| Student Executive Council Award for Service to the Medical School<br>Weill Cornell Medical College | June 2010 |
| JE Wallace Sterling Award for Service to the Community<br>Stanford University Alumni Association | June 2005 |
| Meserve Award for Scholarship and Community Service<br>The Charles Dana Meserve Fund | June 2001 |

## CLINICAL ACTIVITIES

### CLINICAL SERVICES

| | |
|---|---|
| VHC Lenzen Sexually Transmitted Infection Clinic<br>Clinician and medical directorship, three half days per week | September 2016 – June 2022 |
| UCSF General Infectious Diseases Clinic<br>Clinician, two half days per month | September 2015 – August 2016 |

## PROFESSIONAL ACTIVITIES

### PROFESSIONAL ORGANIZATION MEMBERSHIPS

California STD/HIV Controllers' Association Executive Committee,
- Past-president — 2020
- President — 2019
- President-elect — 2018
- Member-at-large — 2016 – 2018

| | |
|---|---|
| National Association of County & City Health Officials | 2015 – present |
| California Conference of Local Health Officers, Communicable Disease Committee | 2015 – 2018 |
| Infectious Disease Society of America | 2013 – 2015 |
| Infectious Disease Society of California | 2014 - 2015 |
| Massachusetts Medical Association | 2010 - 2013 |
| American Medical Association | 2010 – 2013 |

### CLINICAL COMMITTEE SERVICE

| | |
|---|---|
| Clinical Pathology Conference Committee, Co-chair<br>Department of Medicine<br>Brigham and Women's Hospital; Boston, MA | September 2012 – June 2013 |

## UNIVERSITY AND PUBLIC SERVICE

### ACADEMIC COMMITTEE SERVICE

| | |
|---|---|
| Intern Curriculum Committee, Coordinator<br>Department of Medicine<br>Brigham and Women's Hospital; Boston, MA | March 2011 – June 2013 |
| Intern Selection Committee, Member<br>Department of Medicine<br>Brigham and Women's Hospital; Boston, MA | January 2011 – January 2013 |
| LCME Reaccreditation Committee, Member Clinical Curriculum Sub-Committee<br>Weill Cornell Medical College, New York, NY | September 2009 – May 2010 |
| Class of 2010 Leadership Council, President<br>Weill Cornell Medical College, New York, NY | September 2006 – June 2010 |
| Medical Student Executive Council, Member<br>Weill Cornell Medical College, New York, NY | September 2006 – June 2010 |
| Admissions Committee, Member<br>Weill Cornell Medical College, New York, NY | June 2009 – February 2010 |

### COMMUNITY SERVICE

| | |
|---|---|
| Royal Flying Doctors: Volunteer medical assistant in the Departments of Emergency Medicine and Orthopedic Surgery. Broken Hill Hospital; Broken Hill, NWS, Australia. | March 2010 |
| AIDS Teaching Program: Developed curriculum and taught basic science of HIV and other risks of sexual contact to students age 12-17. Weill Cornell Medical College; New York, NY | September 2006 – June 2008 |
| Grand Central Clinic: Provided basic medical attention and triage for residents of Grand Central Homeless Shelter. Weill Cornell Medical College; New York, NY | September 2006 – May 2007 |
| Child Family Health International: Served as volunteer medical assistant in emergency rooms and labor and delivery in three city hospitals. Quito, Ecuador | June 2007 – August 2007 |
| Facts of Life Hotline: Provided anonymous reproductive and sexual health counseling and clinic referrals; Planned Parenthood Mar Monte; San José, CA | January 2006 – June 2006 |

## INVITED PRESENTATIONS

### REGIONAL

| | |
|---|---|
| Data-driven Intelligence for COVID-19 Response: The Government-Academic Partnership | October 2021 |

| | |
|---|---:|
| Biomedical Informatics Research Colloquium<br>Stanford Center for Biomedical Informatics Research<br>Stanford University; Stanford, CA | |
| Update from the Field: the Santa Clara County COVID-19 Response<br>Stanford Epidemiology Seminar<br>Stanford University; Stanford, CA | October 2021 |
| COVID-19 Speakers' Panel<br>Knight-Hennessy Scholars Panel Presentation and Debate<br>Stanford University; Stanford, CA | February 2021 |
| A view from the ground: the Santa Clara County COVID-19 Response<br>Stanford Epidemiology Seminar<br>Stanford University; Stanford, CA | October 2020 |
| A view from the ground: the Santa Clara County COVID-19 Response<br>Stanford Department of Medicine COVID-19 Grand Rounds<br>Stanford University; Stanford, CA | July 2020 |
| Clinician Training: Syphilis in Santa Clara County<br>Vaden Student Health Center, Department of Medicine<br>Stanford University; Stanford, CA | June 2019 |
| Clinician Trainings<br>Topics: PrEP and PEP, STD Screening<br>Roots Clinic; San José, CA | May 2019 – June 2019 |
| Data-to-Care for HIV Retention in Santa Clara County<br>California STD/HIV Controllers Association Annual Meeting<br>California STD/HIV Controllers Association; Oakland, CA | May 2019 |
| Obstetrics and Gynecology Grand Rounds: Syphilis in Pregnancy<br>Department of Obstetrics and Gynecology<br>Santa Clara Valley Medical Center; San José, CA | March 2019 and April 2021 |
| Dermatology Grand Rounds: Syphilis in the Bay Area<br>Department of Dermatology<br>Stanford University; Stanford, CA | January 2019 |
| Clinician Trainings<br>Topics: PrEP and PEP, Syphilis, STD Update<br>One Medical; San José, CA | June 2018 – June 2019 |
| Internal Medicine Noon Conferences<br>Topics: PrEP and PEP, Syphilis, STD Update<br>Santa Clara Valley Medical Center; San José, CA | June 2018 – June 2019 |
| Obstetrics and Gynecology Grand Rounds: Congenital Syphilis in Santa Clara County<br>Department of Obstetrics and Gynecology<br>Kaiser Permanente; San José, CA | June 2018 |
| Infectious Disease Curriculum: Bioterrorism Pathogens for ID Fellows<br>Division of Infectious Diseases, Department of Medicine<br>University of California, San Francisco | June 2016 - April 2018 |
| Obstetrics and Gynecology Grand Rounds: Congenital Syphilis in Santa Clara County<br>Department of Obstetrics and Gynecology<br>Santa Clara Valley Medical Center; San José, CA | March 2018 |
| Pediatrics Grand Rounds: Congenital Syphilis in Santa Clara County<br>Department of Pediatrics<br>Santa Clara Valley Medical Center; San José, CA | March 2018 |
| Infectious Disease Curriculum: Bioterrorism Pathogens for ID Fellows<br>Division of Infectious Diseases, Department of Medicine<br>Stanford University; Stanford, CA | December 2017 |
| Internal Medicine Grand Rounds: Sexually Transmitted Disease in Santa Clara County<br>Department of Medicine<br>Santa Clara Valley Medical Center; San José, CA | August 2017 |
| Annual Update in Sexually Transmitted Diseases<br>California STD/HIV Controllers Association Annual Meeting<br>California STD/HIV Controllers Association; Los Angeles, CA | May 2017 and May 2018 |
| Internal Medicine Grand Rounds: Zika Virus for Internal Medicine Providers<br>UCSF Medical Center, San Francisco General Hospital, and SF VA Medical Center<br>University of California, San Francisco | March - May 2016 |
| Journal Club and Case Conferences<br>Topics: Streptomyces osteomyelitis, Hepatitis B in transplant, Capnocytophaga aortitis<br>Division of Infectious Diseases, Department of Medicine<br>University of California, San Francisco | October 2013 – October 2015 |

| | |
|---|---:|
| Morning Report Case Conference<br>Topics: Steroid-ARV interactions, Primary care of transgender patients, Myasthenia Gravis<br>Department of Medicine<br>Brigham and Women's Hospital; Boston, MA | March 2011 – June 2013 |
| Case Conferences for Medical Students<br>Hue University of Medicine and Pharmacy; Hue, Vietnam | May 2012 |

**INTERNATIONAL**

| | |
|---|---:|
| Webinar: AI and Machine Learning for Health Care Delivery<br>NEJM Catalyst Events Series<br>New England Journal of Medicine; Boston, MA<br>https://catalyst.nejm.org/doi/full/10.1056/CAT.22.0118 | March 2022 |
| Webinar: Treatment of Drug Resistant Gonorrhea<br>California Prevention Training Center<br>University of California, San Francisco | January 2018 |
| Video: Gonorrhea Treatment and Antibiotic Resistance<br>California Prevention Training Center<br>University of California, San Francisco | January 2017 |

**TEACHING AND MENTORING**

| | |
|---|---:|
| Clinical Preceptor, VHC Lenzen Sexually Transmitted Infection Clinic<br>Infectious Disease Fellowship Outpatient Rotation (120 hours/year)<br>Stanford University; Stanford, CA | August 2017 – Present |
| Research Mentor, Stanford Valley Fellowship<br>Project: Opportunities for Congenital Syphilis Prevention in Santa Clara County<br>Mentee: MS3, Stanford Medical School, Stanford, CA | March 2018 – July 2019 |
| Research Mentor, Stanford Valley Fellowship<br>Project: Predictors of clinical outcomes for people living with HIV among recipients and non-recipients of Ryan White Program funded services.<br>Mentee: MS2, Stanford Medical School, Stanford, CA | February 2018 – July 2019 |
| Clinical Preceptor, San Francisco VA Medical Center HIV Clinic<br>Infectious Disease Fellowship HIV Continuity Clinic (60 hours/year)<br>University of California, San Francisco, CA | October 2016 – July 2017 |
| Women in Medicine Leadership Committee, Co-chair<br>Women in Medicine Leadership Committee, Member<br>Department of Medicine<br>Brigham and Women's Hospital; Boston, MA | June 2012 – June 2013<br>September 2010 – June 2012 |
| Intern Curriculum Development and Teaching<br>Department of Medicine<br>Brigham and Women's Hospital; Boston, MA | March 2011 – October 2013 |
| STRATUS Simulation Session Development and course instruction<br>Department of Medicine<br>Brigham and Women's Hospital; Boston, MA | May 2011 – October 2011 |
| Human Structure and Function, First-year student core curriculum section leader<br>Weill Cornell Medical College; New York, NY | January 2010 – March 2010 |
| Human Structure and Function, Final exam development<br>Weill Cornell Medical College; New York, NY | January 2010 – March 2010 |
| AIDS Teaching Program, Curriculum Development and Section Leader<br>Weill Cornell Medical College; New York, NY | September 2006 – June 2008 |
| AIDS and Narrative: Treatment, Literature, Identity; Course development and instruction<br>Stanford Student Initiated Courses<br>Stanford University; Stanford, CA | November 2004 – March 2005 |

**RESEARCH AND CREATIVE ACTIVITIES**

**UNFUNDED RESEARCH PROJECTS**

Current
County of Santa Clara Public Health Department, STD/HIV Prevention & Control Program
Title: Getting to Zero: Evaluating Effectiveness of Rapid Initiation of Antiretroviral Therapy Protocols Within the County of Santa Clara's Partners in AIDS Care and Education (PACE) Clinic and Custody Health Services
Goal: Evaluate the impact of protocol-driven implementation of rapid ART initiation in a municipal HIV clinic and in a custody health clinic serving two jails through quantitative evaluation of time to ART initiation and viral suppression and qualitative evaluation of client outcomes and provider knowledge and attitudes.
Role: Principle Investigator

County of Santa Clara Public Health Department, COVID-19 Emergency Operations Center
Title: Innovations in COVID-19 Local Public Health Response
Goal: Identify, refine, and disseminate novel strategies and best practices in COVID-19 contact tracing, outbreak investigation, quarantine support, vaccine uptake, and community recovery at the local public health department level.
Role: DOC Operations Section Chief, contributing author

Past
County of Santa Clara Public Health Department, STD/HIV Prevention and Control Program
Title: Predictors of clinical outcomes for people living with HIV among recipients and non-recipients of Ryan White Program funded services.
Goal: Process outcomes such as engagement in care and viral load suppression and clinical outcomes such as death and progression to AIDS have been shown to differ significantly between populations who receive Ryan White funded services and those who don't. This literature review and review of charts and surveillance data will examine utilization of which Ryan White programs confer the greatest benefit to outcomes and which sub-populations of non-Ryan White recipients would likely benefit most from similar services.
Role: Principal Investigator and Mentor/Advisor to Stanford Medical Student

County of Santa Clara Public Health Department, STD/HIV Prevention and Control Program
Title: Missed opportunities for congenital syphilis prevention in Santa Clara County.
Goal: Review patient charts, surveillance data, and clinical practices and policies aims to identify process measures that will increase timely identification and treatment of syphilis in pregnancy and improve the rising rates of congenital syphilis.
Role: Principal investigator and Mentor/Advisor to Stanford Medical Student

County of Santa Clara Public Health Department, STD/HIV Prevention and Control Program
Title: Lessons learned through action research and process evaluation in the Santa Clara County "Getting to Zero" initiative.
Goal: The Santa Clara County Getting to Zero Initiative utilizes a collective impact model to bring together governmental and community-based organizations to strategize and mobilize efforts to improve HIV incidence, mortality, and stigma.
Role: Contributing author (Lead authorship by John Snow, Inc.)

California Department of Public Health, Infectious Disease Branch
Adviser: Duc Vugia
Title: Predictors of hospitalization for cryptococcal disease, California, 2015.
Goal: To report risk factors, demographic descriptors, clinical findings, and death outcomes among patients hospitalized in California with cryptococcal disease.
Role: Contributing author (clinical input to data analysis and document preparation)

California Department of Public Health, Infectious Disease Branch
Adviser: Duc Vugia
Title: Botulism cases and botulinum antitoxin administration among pregnant women in California, 1980-2015
Goal: To report risk factors, demographic descriptors, clinical findings, and outcomes among pregnant and post-partum women in California on record at the CDPH.
Role: Principal Investigator (data collection, data analysis, primary document preparation)

California Department of Public Health, Infectious Disease Branch
Adviser: Duc Vugia
Title: Food-borne botulism in California, 2000-2015
Goal: To report risk factors, demographic descriptors, clinical findings, and antitoxin administration among foodborne botulism cases in California on record at the CDPH from 2000-2015.
Role: Principal Investigator (data collection, data analysis, primary document preparation)

University of California, Berkeley School of Public Health and San Francisco Dept. of Public Health, Population Health Division
Adviser: John Colford MD, PhD and Stephanie E Cohen MD, MPH
Title: Pooled nucleic acid versus fourth generation antigen/antibody testing for diagnosis of acute HIV infection: A meta-analysis.
Goal: To compare test characteristics of pooled nucleic acid testing and fourth generation antigen/antibody tests for diagnosis of acute HIV infection through meta-analysis of peer-reviewed publications.
Role: Principal Investigator (data collection, data analysis, primary document preparation)

San Francisco Department of Public Health, Population Health Division
Supervisor: Susan S. Philip MD, MPH and Trang Nguyen PhD, MPH
Title: Risk factors for chlamydia and gonorrhea among patients at a public youth clinic
Goal: Describe and quantify demographic and detailed risk-factor characteristics of populations presenting for care at a public youth clinic in San Francisco; to describe screening rates for chlamydia and gonorrhea among at-risk youth, and to clarify risk factors for positive tests.
Role: Principal Investigator (data analysis, document preparation)

San Francisco Department of Public Health, Population Health Division
Supervisor: Susan S. Philip MD, MPH and Stephanie E. Cohen MD, MPH
Title: Diagnosis of acute HIV infection by pooled nucleic acid amplification versus fourth generation antibody/antigen test, a sub-analysis of the STOP study.

Goal: Describe and quantify demographic, risk-factor, and testing-related differences between populations with acute HIV infection detected by 4th generation antigen-antibody testing and only by pooled nucleic acid testing within the "**S**creening **T**argeted Populations to Interrupt **O**ngoing Chains of HIV Transmission with Enhanced **P**artner Notification (STOP) Study."
Role: Principal Investigator (data analysis, primary document preparation)

Brigham and Women's Hospital and Department of Population Medicine, Harvard Medical School
Supervisor: Michael Klompas MD, MPH
Title: Risk factors for Ventilator-Associated Events
Goal: To identify risk factors for development of ventilator-associated events as defined by the new health safety network surveillance definitions through retrospective analysis of a database of cases and matched controls.
Role: Principal Investigator (partial data collection, primary document preparation)

Massachusetts General Hospital, Department of Pediatrics, Division of Gastroenterology
Supervisor: Alison Hoppin, MD
Title: Non-alcoholic steatohepatitis and leptin signaling in a leptin-deficient mouse model
Goal: To quantify effects on known hormonal signaling pathways that respond to changes in diet and medication exposure and lead to non-alcoholic steatohepatitis in a leptin-deficient mouse model.
Role: Research Assistant (data collection, care of animal models, quantitative PCR)

Massachusetts General Hospital, Department of Emergency Medicine
Supervisor: John T Nagurney, MD
Title: Comparison of new and old criteria for diagnosis of acute myocardial infarction.
Goal: To evaluate uptake of evolving guidelines for diagnosis of acute myocardial infarction by emergency department physicians in a quaternary teaching hospital in Boston, Massachusetts.
Role: Research Assistant (data collection, chart review)

**PEER-REVIEWED PUBLICATIONS**

1. Nagurney JT, Huang C, Heredia O, Sane S, **Lewis SC**, Chang Y, Jang IK. The new and old definitions of acute myocardial infarction: a data-based comparison. *American Journal of Emergency Medicine.* 2008;26(5):523-31.
2. **Lewis SC,** Li L, Murphy MV, Klompas M, CDC Prevention Epicenters. Risk factors for ventilator-associated events: a case-control multivariable analysis. *Critical Care Medicine.* 2014;42(8):1839–48.
3. Woolston S, Cohen SE, Neblett Fanfair R, **Lewis SC**, Marra CM, Golden M. Notes from the Field: Ocular Syphilis – Seattle, Washington and San Francisco, California, 2014-15. *Morbidity and Mortality Weekly Report.* 2015 Oct 16.
4. COVID-19 Investigation Team (as **Rudman SL**). Clinical and virologic characteristics of the first 12 patients with coronavirus disease 2019 (COVID-19) in the United States. *Nature Medicine.* 2020 April 23.
5. CDC COVID-19 Response Team, Jorden MA, **Rudman SL**, Villarino E, Hoferka S, Patel MT, Bemis K, Simmons CR, Jespersen M, Iberg Johnson J, Mytty E, Arends KD, Henderson JJ, Mathes RW, Weng CX, Duchin J, Lenahan J, Close N, Bedford T, Boeckh M, Chu HY, Englund JA, Famulare M, Nickerson DA, Rieder MJ, Shendure J, Starita LM. Evidence for Limited Early Spread of COVID-19 Within the United States, January – February 2020. *Morbidity and Mortality Weekly Report.* 2020 June 5.
6. Burke RM, Balter S, Barnes E, Barry V, Bartlett K, Beer KD, Benowitz I, Biggs HM, Bruce H, Bryant-Genevier J, Cates J, Chatham-Stephens K, Chea N, Chiou H, Christiansen D, Chu VT, Clark S, Cody SH, Cohen M, Conners EE, Dasari V, Dawson P, DeSalvo T, Donahue M, Dratch A, Duca L, Duchin J, Dyal JW, Feldstein LR, Fenstersheib M, Fischer M, Fisher R, Foo C, Freeman-Ponder B, Fry AM, Gant J, Gautom R, Ghinai I, Gounder P, Grigg CT, Gunzenhauser J, Hall AJ, Han GS, Haupt T, Holshue M, Hunter J, Ibrahim MB, Jacobs MW, Jarashow MC, Joshi K, Kamali T, Kawakami V, Kim M, Kirking HL, Kita-Yarbro A, Klos R, Kobayashi M, Kocharian A, Lang M, Layden J, Leidman E, Lindquist S, Lindstrom S, Link-Gelles R, Marlow M, Mattison CP, McClung N, McPherson TD, Mello L, Midgley CM, Novosad S, Patel MT, Pettrone K, Pillai SK, Pray IW, Reese HE, Rhodes H, Robinson S, Rolfes M, Routh J, Rubin R, **Rudman SL**, Russell D, Scott S, Shetty V, Smith-Jeffcoat SE, Soda EA, Spitters C, Stierman B, Sunenshine R, Terashita D, Traub E, Vahey GM, Verani JR, Wallace M, Westercamp M, Wortham J, Xie A, Yousaf A, Zahn M. Enhanced contact investigations for nine early travel-related cases of SARS-CoV-2 in the United States. *PLoS One.* 2020 Sep 2.
7. Ortiz N, Villarino E, Lee JT, Bajema KL, Ricaldi JN, Smith S, Lin W, Cortese M, Barskey AE, Da Silva JF, Bonin BJ, **Rudman S**, Han GS, Fischer M, Chai SJ, Cody SH, and for the Santa Clara County COVID-19 Case Investigation Team. Epidemiologic Findings from Case Investigations and Contact Tracing for First 200 Cases of Coronavirus Disease, Santa Clara County, California, USA. *Emerging Infectious Diseases*. 2021;27(5); 1301-1308.
8. Villarino E, Deng X, Kemper CA, Jorden MA, Bonin B, **Rudman SL**, Han GS, Yu G, Wang C, Federman S, Bushnell B; CZB COVIDTracker Consortium, Wadford DA, Lin W, Tao Y, Paden CR, Bhatnagar J, MacCannell T, Tong S, Batson J, Chiu CY. Introduction, Transmission Dynamics, and Fate of Early SARS-CoV-2 Lineages in Santa Clara County, California. *Journal of Infect Diseases*. 2021 Jul 15;224(2):207-217.
9. Chugg B, Lu L, Ouyang D, Anderson B, Ha R, D'Agostino A, Sujeer A, **Rudman SL**, Garcia A, Ho DE. Evaluation of Allocation Schemes of COVID-19 Testing Resources in a Community-Based Door-to-Door Testing Program. *JAMA Health Forum*. 2021;2(8):e212260.
10. Lu L, Anderson B, Ha R, D'Agostino A, **Rudman SL,** Ouyang D, Ho DE. A Language Matching Model to Improve Equity and Efficiency of COVID-19 Contact Tracing. *PNAS.* 2021 Oct 26;118(43):e2109443118.
11. Lu L, D'Agostino A, **Rudman, SL**, Ouyang D, Ho DE. Designing Accountable Healthcare Algorithms: Lessons from COVID-19 Contact Tracing. *NEJM Catalyst Innovations in Care Delivery*. 2022 Apr;3(4).

12. Raymond C, Ouyang D, D'Agostino A, **Rudman SL,** Ho DE. Automated vs. Manual Case Investigation and Contact Tracing for Pandemic Surveillance: Evidence from a Stepped Wedge Cluster Randomized Trial. *eClinicalMedicine.* 2022 Nov 12;44:101726.

13. Lu L, Ouyang D, D'Agostino A, Diaz A, **Rudman SL,** Ho DE. Integrating social services with disease investigation: A randomized trial of COVID-19 high-touch contact tracing. *PLoS ONE.* 2023 May 16;18(5):e0285752.

14. Anderson B, Ouyang D, D'Agostino A, Bonin B, Smith E, Kraushaar V, **Rudman SL**, Ho DE. Leveraging genomic sequencing data to evaluate disease surveillance strategies. *iScience.* 2023 Dec 15;26:e108488.

15. Agroia, A, Smith, E, Vaidya, A**, Rudman, SL,** Roy, M. Monkeypox (Mpox) Vaccine Hesitancy Among Mpox Cases: A Qualitative Study. Health Promotion Practice. 2023;0(0). doi: 10.1177/0123456789123456.

**ABSTRACTS**

1. **Lewis SC**, Li L, Murphy MV, Klompas M. Risk Factors for Ventilator-Associated Events: A Case-Control Multivariate Analysis. Presented at the 2013 ID Week conference of the Infectious Disease Society of America. San Francisco, CA. October 2013.

2. **Lewis SC**, Cohen SE, Philip SS, Gay C, Hightow-Weidman L, Westheimer E, Fu J, Hall L, Peters PJ. Predictors of Acute HIV Cases Missed by Fourth Generation Assays. Oral presentation given at the 2015 National HIV Prevention Conference of the Centers for Disease Control and Prevention, Atlanta, GA. December 2015.

3. Chibber K and **Lewis SC**. Using Developmental Evaluation to Assess the Impact of a Multi-Sector Collaborative on HIV/AIDS. Presented at the 2018 Evaluation Conference of the American Evaluation Association. Cleveland, OH. October 2018.

4. Chibber K, Bladin M, Gill R, **Rudman SL**, Hackett J, and Salomon, A. A multi-sector HIV/AIDS prevention program in California: Impact and lessons learned. Presented at the 2020 Annual Meeting of the American Public Health Association. Denver, CO. September 2020.

5. Jorden MA, Villarino E, **Rudman SL**, Bonin BJ, Chen CY. The Medical Examiner-Coroner and Public Health: An innovative and collaborative approach to the COVID-19 Pandemic – The Experience of Santa Clara County, CA. Presented at the 2021 Annual Meeting of the National Association of Medical Examiners. West Palm Beach, FL. October 2021. **Winner of the 2021 Susan P. Baker Public Health Impact Award.**

**NON-PEER REVIEWED PUBLICATIONS**

1. Plotzker RE, **Rudman SL**, Harmon, JL, Kovaleski, L. Expanded Syphilis Screening Recommendations for the Prevention of Congenital Syphilis: Guidelines for California Medical Providers, 2020. https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/Expanded-Syphilis-Screening-Recommendations.pdf