**From:** ███████████████@hhs.sccgov.org>
**To:** ███████████████@cco.sccgov.org>, ███████████████@hhs.sccgov.org>, ███████████████@hhs.sccgov.org>, ███████████████@hhs.sccgov.org>
**Subject:** FW: [EXTERNAL] LVN out of work
**Date:** Mon, 4 Apr 2022 16:06:13 +0000
**Importance:** Normal

---

FYI

---

**From:** ███████████████@yahoo.com>
**Sent:** Sunday, April 3, 2022 8:12 PM
**To:** ███████████████@hhs.sccgov.org>
**Subject:** [EXTERNAL] LVN out of work

Dear Chief Executive Officer ███,

Happy Sunday.

I am writing to you to respectfully implore to your righteousness in allowing me to return to my work in VSC. I am one of the public servants who worked through the Pandemic. I was once called a 'hero' but the organization I serve had taken my livelihood away. I voluntarily offer to return the hero pay that was generously given in return for my job. I pray that "when today you hear His voice, to harden not your heart."

Below is a copy of my recent email to EODRA for your review when you have another moment to spare.

Thank you for your kind and generous consideration.

Sincerely Yours,
███████

VSC - Rheumatology LVN
Clinical Manager - ███████

Begin forwarded message:

> **From:** ███████████████@yahoo.com>
> **Date:** March 29, 2022 at 11:15:46 AM PDT
> **To:** eodra@eod.sccgov.org
> **Subject:** Return to work - Memo 8/5/21 update 3/28/22
>
> To EOD,
>
> Happy Tuesday : - )
> I hope this note finds you well.
>
> I would just like to follow up with you about a Memorandum 8/5/21 with update 3/28/22.
>
> I was granted a provisional approval of my Religious exemption from vaccination requirements in October 18, 2021. I applied to more than 16 internal non high risk (clerical) job openings. 10 automatic rejection because I do not meet their requirements. 4 other applications, I was passed over to experienced qualified applicants. I only have clinical skills acquired in 28 years of LVN working experience. The vaccine mandate has taken away my

livelihood.

In my Religious Exemption Form submitted late August 2021, the stated reason for my request of exemption is due to the use of aborted fetus cell lines in the creation, development and testing of covid vaccine by Pfizer, Moderna and Johnson&Johnson.

I am ProLife. The Catholic Church has advised individual Catholics to respond to their own conscience about Covid 19 vaccination. To me, if I vaccinate with Pfizer, Moderna and Johnson&Johnson, I am supporting the deaths of unborn and that I should be thankful for their death so that I may live. I believe I am compromising my faith if I do vaccinate with Pfizer, Moderna and Johnson&Johnson.

I have also stated in my exemption form that I am willing to vaccinate with Sanofi covid vaccine that was still in its trial phase in October 2021. Sanofi is a flu vaccine maker. Sanofi has now completed its covid vaccine (2/28/22) studies and is now awaiting for a general approval that can take 6-8 months.

I am happy to know that the Fire Department and Police Department unvaccinated workers were able to return to work 2 weeks ago. I also heard that hospitals and nursing homes in SCC are now honoring vaccine exemptions and exempted workers have already returned to work.

I would like to know if I am able to return to work this Friday, April 1 as indicated in the updated memorandum of August 5, 2021 (updated March 28, 2022, effective April 1, 2022). It seems that the old memo, although unclear, was updated in response to people's request to rightfully have their lives back by returning back to work.

I implore kind understanding and mercy.

I am willing to do routine testing and masking at work. I will vaccinate as soon as Sanofi Covid Vaccine gets FDA approval. Would you kindly allow me to return to work?

Sincerely Yours,

[redacted]

Employee ID - [redacted]
VSC LVN Rheumatology