United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNIFYSCC, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SARA H. CODY, et al.,<br><br>        Defendants. | Case No.  5:22-cv-01019-BLF<br><br>**ORDER ADMONISHING PLAINTIFFS FOR FAILURE TO COMPLY WITH STANDING ORDERS AND STRIKING PLAINTIFFS' FOOTNOTES**<br><br>[Re:  ECF No. 156] |

Plaintiffs have submitted an Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Partial Summary Judgment that fails to comply with this Court's standing orders because it contains footnotes with citations to evidence or case law.  *See* Standing Order re Civil Cases § IV.F.  Plaintiffs are ADMONISHED for their lack of compliance with the Court's Standing Order re Civil Cases, and all footnotes containing substantive arguments are hereby STRICKEN.  Plaintiffs SHALL familiarize themselves with the Court's standing orders and shall comply with them in the future.

      **IT IS SO ORDERED.**

Dated:  September 6, 2024

_____
BETH LABSON FREEMAN
United States District Judge