# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNIFYSCC, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SARA H. CODY, et al.,<br><br>        Defendants. | Case No. 5:22-cv-01019-BLF<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES**<br><br>[Re: ECF Nos. 141, 159] |

The Court has not yet received chambers copies of Plaintiffs' motion for partial summary judgment and the exhibits in support thereof. ECF No. 141. Likewise, the Court has not yet received chambers copies of Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for partial summary judgment, and the exhibits in support thereof. ECF No. 159. The Court ORDERS Plaintiffs to submit chambers copies of their briefing and their supporting exhibits and declarations in accordance with this Court's Standing Orders Re Civil Cases § IX no later than September 18, 2024.

**IT IS SO ORDERED.**

Dated: September 11, 2024

_____
BETH LABSON FREEMAN
United States District Judge