# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNIFYSCC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SARA H. CODY, et al.,<br><br>        Defendants. | Case No. 5:22-cv-01019-BLF<br><br>**ORDER RESETTING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT FROM OCTOBER 24, 2024 AT 9:00 A.M. TO OCTOBER 25, 2024 AT 9:00 A.M.** |

The hearing on the Parties' cross-motions for summary judgment is hereby RESET from October 24, 2024 at 9:00 a.m. to October 25, 2024 at 9:00 a.m., to be conducted in person at the Robert F. Peckham Federal Building & United States Courthouse.

**IT IS SO ORDERED.**

Dated:  October 2, 2024

_____
BETH LABSON FREEMAN
United States District Judge