**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| UNIFYSCC, et al., | Case No.  5:22-cv-01019-BLF |
| Plaintiffs, | |
| v. | **ORDER REGARDING PREPARATION FOR OCTOBER 25, 2024 HEARING** |
| SARA H. CODY, et al., | |
| Defendants. | |

In light of the Ninth Circuit's recent opinion in *Arizona Alliance for Retired Americans v. Mayes*, No. 22-16490, 2024 WL 4246721 (9th Cir. Sept. 20, 2024), the Court ORDERS the Parties to come to the October 25, 2024 hearing prepared to discuss whether Plaintiff UnifySCC's theory of associational standing accords with this new Ninth Circuit authority and *Food and Drug Administration v. Alliance for Hippocratic Medicine*, 602 U.S. 367 (2024).

**IT IS SO ORDERED.**

Dated:  October 2, 2024

_____
BETH LABSON FREEMAN
United States District Judge