TONY LOPRESTI, County Counsel (S.B. #289269)
BRYAN K. ANDERSON, Deputy County Counsel (S.B. #170666)
NATHAN A. GREENBLATT, Deputy County Counsel (S.B. #262279)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
bryan.anderson@cco.sccgov.org
nathan.greenblatt@coo.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, SARA H. CODY,
JAMES WILLIAMS, and JEFFREY SMITH

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| UNIFYSCC, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>SARA H. CODY, et al.,<br><br>  Defendants. | No. 22-CV-01019 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING: (1) A BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DECERTIFY THE CLASS; AND (2) A CASE MANAGEMENT CONFERENCE** |

1

Stipulation and [Proposed] Order Setting: (1) A Briefing Schedule
on Defendants' Motion to Decertify the Class; and (2) A CMC

22-CV-01019 BLF

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, at the October 25, 2024 hearing on the parties' cross-motions for summary judgment the Court, based upon certain of Defendants' arguments in its briefing, invited Defendants to file a motion to decertify the class (the "Motion');

WHEREAS, at the October 25, 2024 hearing the Court indicated that the trial and associated dates would need to be continued to allow for briefing and the hearing on the Motion, and that therefore the Court would set a Case Management Conference ("CMC") to discuss a new case schedule;

WHEREAS, Defendants' counsel has obtained the Court's availability for the Motion hearing and a CMC, and the parties have met and conferred on a briefing schedule for the Motion;

THEREFORE, the parties agree and STIPULATE as follows, subject to the Court's approval:

1. Defendants shall file and serve their Motion on or before December 5, 2024;
2. Plaintiffs shall file their opposition to the Motion on or before January 17, 2025;
3. Defendants shall file their reply to Plaintiffs' opposition to the Motion on or before February 7, 2025;
4. The hearing on the Motion shall set for March 13, 2025 at 9:00 a.m.; and
5. The Court shall set a CMC for December 5, 2024 at 11:00 a.m.

   **IT IS SO STIPULATED.**

Dated:  November 8, 2024

Respectfully submitted,

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP


 /s/ *Rachele R. Byrd*
RACHELE R. BYRD
Attorney for Plaintiffs UNIFYSCC, et al.

Bethany Onishenko
ADVOCATES FOR FAITH AND FREEDOM

2

Stipulation and [Proposed] Order Setting: (1) A Briefing Schedule          22-CV-01019 BLF
on Defendants' Motion to Decertify the Class; and (2) A CMC

Dated: November 8, 2024

TONY LOPRESTI
COUNTY COUNSEL

By: /s/ *Bryan K. Anderson*
BRYAN K. ANDERSON
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, SARA H. CODY, JAMES WILLIAMS, and JEFFREY SMITH

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence of Bryan K. Anderson in the filing of this stipulation has been obtained.

Dated: November 8, 2024

By: /s/ *Rachele R. Byrd*
RACHELE R. BYRD

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HON. BETH LABSON FREEMAN
United States District Court Judge

3

Stipulation and [Proposed] Order Setting: (1) A Briefing Schedule on Defendants' Motion to Decertify the Class; and (2) A CMC

22-CV-01019 BLF