Robert H. Tyler, Esq., CA Bar No. 179572
btyler@faith-freedom.com
Bethany Onishenko (*pro hac vice*)
bonishenko@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone:    (951) 600-2733
Facsimile:    (951) 600-4996

Rachele R. Byrd (190634)
byrd@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone:    (619) 239-4599
Facsimile:    (619) 234-4599

*Plaintiffs' Class Counsel*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **UNIFYSCC**, et al.,<br><br>         Plaintiffs,<br>   vs.<br><br>**SARA H. CODY**, et al.,<br><br>         Defendants. | Case No.:  22-cv-01019-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DECERTIFY THE CLASS**<br><br>CTRM:  3, 5th Floor<br>JUDGE: Hon. Beth Labson Freeman |

Plaintiffs UnifySCC, Tom Davis, Maria Ramirez, and Elizabeth Baluyut (collectively, "Plaintiffs") and Defendant Santa Clara County ("Defendant" and, together with Plaintiffs, the "Parties") hereby submit this Stipulation and [Proposed] Order Extending Briefing Schedule on Defendants' Motion to Decertify the Class by Two Weeks:

WHEREAS, on October 25, 2024, the Court held a hearing on the partis' cross-motions for summary judgment and invited Defendant to file a motion to decertify the class;

WHEREAS, on December 4, 2024, Defendant filed a motion to decertify the Class (the "Decertification Motion"), Plaintiffs' opposition to the Decertification Motion ("Opposition") is currently due on January 17, 2025, Defendant's reply is due on February 7, 2025, and the hearing is scheduled for March 13, 2025;

WHEREAS, on January 15, 2025, the Court issued its 27-page Order Denying Plaintiffs' Motion for Partial Summary Judgment, and Granting in Part and Denying in Part Defendants' Cross-Motion for Summary Judgment ("MSJ Order");

WHEREAS, Plaintiffs request additional time to review and analyze the Court's lengthy MSJ Order and to thoroughly address in their Opposition any issues raised by the MSJ Order that impact the decertification analysis;

THEREFORE, the Parties STIPULATE, subject to Court approval, to extend the briefing schedule on Defendant's Motion to Decertify as follows:

1. Plaintiffs' opposition shall be due on or before January 29, 2025;
2. Defendant's reply shall be due on or before February 19, 2025; and
3. The hearing on Defendant's Motion to Decertify shall remain scheduled for March 13, 2025.

**IT IS SO STIPULATED.**

DATED: January 16, 2025              **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   /s/ Rachele R. Byrd
RACHELE R. BYRD
byrd@whafh.com
750 B Street, Suite 1820
San Diego, CA  92101
Telephone:    (619) 239-4599

|  |  |
|---|---|
|  | Facsimile:   (619) 234-4599 |
|  | Robert H. Tyler, Esq.<br>btyler@faith-freedom.com<br>Bethany Onishenko (*pro hac vice*)<br>bonishenko@faith-freedom.com<br>**ADVOCATES FOR FAITH & FREEDOM**<br>25026 Las Brisas Road<br>Murrieta, California 92562<br>Telephone:   (951) 600-2733<br>Facsimile:    (951) 600-4996 |
|  | *Plaintiffs' Class Counsel* |
| DATED: January 16, 2025 | By: */s/ Bryan K. Anderson*<br>BRYAN K. ANDERSON<br>Deputy County Counsel<br>Attorneys for Defendants<br>COUNTY OF SANTA CLARA, SARA H. CODY, JAMES WILLIAMS, and JEFFREY SMITH |

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatory.

DATED: January 16, 2025         */s/ Rachele R. Byrd*
                               RACHELE R. BYRD

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 16, 2025         _____
                               HON. BETH LABSON FREEMAN
                               U.S. DISTRICT COURT JUDGE