Robert H. Tyler, Esq., CA Bar No. 179572
btyler@faith-freedom.com
Julianne E. Fleischer, Esq., CA Bar No. 337006
jfleischer@faith-freedom.com
Bethany Onishenko (*pro hac vice*)
bonishenko@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone:   (951) 600-2733
Facsimile:   (951) 600-4996

Rachele R. Byrd (190634)
byrd@whafh.com
Stephanie Aviles (350289)
saviles@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone:   (619) 239-4599
Facsimile:   (619) 234-4599

*Plaintiffs' Class Counsel*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **UNIFYSCC**, et al.,<br><br>                     Plaintiffs,<br>     vs.<br><br>**SARA H. CODY**, et al.,<br><br>                     Defendants. | Case No.: 22-cv-01019-BLF<br><br>**[CORRECTED] STIPULATION AND [PROPOSED] ORDER REVISING DISCOVERY SCHEDULE**<br><br>CTRM:  3, 5th Floor<br>JUDGE: Hon. Beth Labson Freeman |

Plaintiffs UnifySCC, Tom Davis, Maria Ramirez, and Elizabeth Baluyut (collectively, "Plaintiffs") and Defendant Santa Clara County ("Defendant" and, together with Plaintiffs, the "Parties") hereby submit this Stipulation and [Proposed] Order Setting Schedule on Remaining Discovery:

WHEREAS, on February 9, 2024, the Court entered a Stipulation and Order delaying discovery on damages issues until after a trial on liability (ECF No. 127), and the Parties therefore have not yet completed discovery;

WHEREAS, on December 4, 2024, Defendant filed a motion to decertify the Class (the "Decertification Motion"), Plaintiffs filed their opposition on January 29, 2025, Defendant filed its reply on February 19, 2025, and the Court held a hearing on March 13, 2025;

WHEREAS, at the March 13, 2025 hearing, the Court issued a tentative order decertifying the Class, instructed the Parties to submit a stipulation and proposed order with a revised discovery schedule, and suggested the Parties may also need to conduct additional and limited merits and expert discovery given the Court's tentative ruling to decertify the Class;

WHEREAS, the Court set a Case Management Conference for November 13, 2025 at 11:00 a.m.;

WHEREAS, trial is set to begin in this action on May 18, 2026 and the Final Pretrial Conference is scheduled for April 9, 2026 at 1:30 p.m.;

THEREFORE, the Parties STIPULATE, subject to Court approval, to the following schedule:

| EVENT | DATE OR DEADLINE |
|---|---|
| Fact Discovery Ends | September 12, 2025 |
| Amended Designation of Experts | September 12, 2025 |
| Amended Designation of Rebuttal Experts | October 13, 2025 |
| Expert Discovery Ends | November 12, 2025 |
| Final Pretrial Conference | April 9, 2026 at 1:30 p.m. |
| Trial | May 18, 2026 at 9:00 a.m. |

1     **IT IS SO STIPULATED.**

2 DATED: April 3, 2025      **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:    */s/ Rachele R. Byrd*
       RACHELE R. BYRD
byrd@whafh.com
Stephanie Aviles
saviles@whafh.com
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

Robert H. Tyler, Esq.
btyler@faith-freedom.com
Julianne E. Fleischer, Esq.
jfleischer@faith-freedom.com
Bethany Onishenko (*pro hac vice*)
bonishenko@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 600-2733
Facsimile: (951) 600-4996

*Plaintiffs' Class Counsel*

DATED: April 3, 2025      By:    */s/ Nathan A. Greenblatt*
       NATHAN A. GREENBLATT
Deputy County Counsel
Attorneys for Defendant
COUNTY OF SANTA CLARA

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

    As the filer of this document, I attest that concurrence in the filing was obtained from the other signatory.

DATED: April 3, 2025      */s/ Rachele R. Byrd*
       RACHELE R. BYRD

## [PROPOSED] ORDER

PURSUANT TO STIPUALTION, IT IS SO ORDERED.

DATED: _____                    _____
                                          HON. BETH LABSON FREEMAN
                                          U.S. DISTRICT COURT JUDGE