# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNIFYSCC, et al., | Case No. 22-cv-01019-BLF |
| Plaintiffs, | |
| v. | **ORDER RE: SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| SARA H. CODY, et al., | |
| Defendants. | |

Magistrate Judge Nathanael M. Cousins has issued a Sua Sponte Judicial Referral for Purpose of Determining Relationship between cases 22-cv-01019 and 25-cv-06980. ECF No. 200. The Court finds that the cases do not concern substantially the same parties. Civil L.R. 3-12. The Court also finds that relation of a new case involving 33 Plaintiffs would interfere with the upcoming trial schedule in *UnifySCC v. Cody*, 22-cv-01019. *Id.* The Court accordingly DENIES related case status.

**IT IS SO ORDERED.**

Dated: August 27, 2025

_____
BETH LABSON FREEMAN
United States District Judge