UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM DAVIS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SARA H. CODY, et al.,<br><br>  Defendants. | Case No.  22-cv-01019-BLF (SVK)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: Dkt. No. 207 |

Before the Court is Defendants' Administrative Motion to Consider Whether Plaintiffs' materials, namely financial details, should be sealed. *See* Dkt. 207. Having reviewed the submission, the relevant law and the record in this action, the Court **DENIES** the motion.

Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 & n.7 (1978)). A request to seal court records therefore starts with a "strong presumption in favor of access." *Kamakana*, 447 F.3d at 1178 (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). For records attached to motions that are "not related, or only tangentially related, to the merits of the case," such as "a discovery motion unrelated to the merits of the case," a party seeking to seal court records must demonstrate "good cause." *Ctr. For Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016); *see also Kamakana*, 447 F.3d at 1179. For a Motion to Consider Whether Another Party's Material Should Be Sealed, the designating party must file a supporting statement and/or declaration within 7 days. Civil. L.R. 79-5(f)(3). In this case, Plaintiffs have not filed any such statement or declaration. Accordingly, and because the financial information at issue relates to gross amounts (as opposed to sensitive financial details), the Court **DENIES** the motion.

1   The Clerk of Court shall unseal Dkts. 207-3 (the Joint Statement) and 207-4 (Plaintiffs'
2   responses to Defendants' Fourth Set of Interrogatories).

4   **SO ORDERED.**
5   Dated: October 3, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge