ROBERT H. TYLER (179572)
btyler@faith-freedom.com
SAMUEL KANE (*pro hac vice*)
skane@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 600-2733
Facsimile:  (951) 600-4996

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone:  (212) 545-4600
Facsimile:   (212) 686-0114

RACHELE R. BYRD (190634)
byrd@whafh.com
STEPHANIE AVILES (350289)
saviles@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone:  (619) 239-4599
Facsimile:   (619) 234-4599

*Attorneys for Plaintiffs*

TONY LOPRESTI, County Counsel (S.B. #289269)
RICK CHANG, Deputy County Counsel (S.B. #209515)
NATHAN A. GREENBLATT, Deputy County Counsel (S.B. #262279)
**OFFICE OF THE COUNTY COUNSEL**
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
rick.chang@cco.sccgov.org
nathan.greenblatt@cco.sccgov.org

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **MARIA RAMIREZ**, *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>**COUNTY OF SANTA CLARA**, *et al*.;<br><br>Defendant. | Case No.:  22-cv-01019-BLF<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Tom Davis, Maria Ramirez, and Elizabeth Baluyut and Defendant County of Santa Clara hereby jointly provide this Notice of Settlement through their undersigned counsel.

The Parties have reached an agreement-in-principle that resolves all of the outstanding claims alleged in the First Amended Complaint (Dkt. No. 55). The parties are preparing a settlement agreement, and Plaintiffs are preparing a motion for attorneys' fees and costs, which they will file on Tuesday, May 25, 2026. The hearing on Plaintiffs' motion is scheduled for June 25, 2026. The parties request the Court vacate the trial and related dates.

DATED: May 21, 2026

**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**

By:    */s/ Rachele R. Byrd*
          RACHELE R. BYRD
RACHELE R. BYRD
byrd@whafh.com
STEPHANIE AVILES
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: (619) 239-4599

MARK C. RIFKIN
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
rifkin@whafh.com

ROBERT H. TYLER
btyler@faith-freedom.com
SAMUEL KANE
skane@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 600-2733

*Attorneys for Plaintiffs*

DATED: May 21, 2026

By:    */s/ Rick Chang*
          RICK CHANG
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatory.

DATED: May 21, 2026                    */s/ Rachele R. Byrd*
                                       RACHELE R. BYRD