Robert H. Tyler, Esq., CA Bar No. 179572
btyler@faith-freedom.com
Samuel Kane (*pro hac vice*)
skane@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone:     (951) 600-2733
Facsimile:     (951) 600-4996

Rachele R. Byrd (190634)
byrd@whafh.com
Stephanie Aviles (350289)
saviles@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone:     (619) 239-4599
Facsimile:     (619) 234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **RAMIREZ**, *et al.*,<br><br>                Plaintiffs,<br>        vs.<br><br>**COUNTY OF SANTA CLARA**,<br><br>                Defendant. | Case No.:  22-cv-01019-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION DEADLINE**<br><br>CTRM:  3, 5th Floor<br>JUDGE:  Hon. Beth Labson Freeman |

Plaintiffs Tom Davis, Maria Ramirez, and Elizabeth Baluyut (collectively, "Plaintiffs") and Defendant County of Santa Clara ("Defendant" and, together with Plaintiffs, the "Parties") hereby submit this Stipulation and [Proposed] Order Continuing Motion Deadline:

WHEREAS, on May 6, 2026, the Court entered a stipulated order setting, among other things, a briefing schedule for Plaintiffs' motion for attorneys' fees and costs (the "Motion"), including a Motion deadline of May 25, 2026;

WHEREAS, when Plaintiffs' counsel stipulated to May 25, 2026 as the deadline for Plaintiffs' Motion, she did not realize that day is a federal holiday;

WHEREAS, the parties have met and conferred and agree Plaintiffs may file their Motion on May 26, 2026, to avoid overtime expenses;

THEREFORE, the Parties STIPULATE, subject to Court approval, to the continuance of the deadline for Plaintiffs' Motion to May 26, 2026, and that all other deadlines and the hearing date on the Motion shall remain unchanged.

**IT IS SO STIPULATED.**

DATED:  May 21, 2026

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By:    */s/ Rachele R. Byrd*
RACHELE R. BYRD
byrd@whafh.com
Stephanie Aviles
saviles@whafh.com
750 B Street, Suite 1820
San Diego, CA  92101
Telephone:    (619) 239-4599
Facsimile:    (619) 234-4599

Robert H. Tyler, Esq.
btyler@faith-freedom.com
Samuel Kane (*pro hac vice*)
skane@faith-freedom.com
**ADVOCATES FOR FAITH & FREEDOM**
25026 Las Brisas Road
Murrieta, California 92562
Telephone:    (951) 600-2733
Facsimile:    (951) 600-4996

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
**WOLF HALDENSTEIN ADLER**

**FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114

*Attorneys for Plaintiffs*

DATED: May 21, 2026                    By:    */s/ Nathan A. Greenblatt*
                                       NATHAN A. GREENBLATT
                                       Deputy County Counsel
                                       Attorneys for Defendant
                                       COUNTY OF SANTA CLARA

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatory.

DATED: May 21, 2026                    */s/ Rachele R. Byrd*
                                       RACHELE R. BYRD

**[PROPOSED] ORDER**

PURSUANT TO STIPUALTION, IT IS SO ORDERED.

DATED: _____           _____
                                 HON. BETH LABSON FREEMAN
                                 U.S. DISTRICT COURT JUDGE